FILED
2025 Sep-10  PM 02:51
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

ELECTRONICALLY FILED
7/31/2025 6:28 PM
01-CV-2025-903180.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON SMITH, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev. 9/18 | **COVER SHEET<br>CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number:<br>01<br><br>Date of Filing:<br>07/31/2025 | Judge Code: |

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### KIMBERLA ALEXANDER v. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION TR ET AL

**First Plaintiff:** ☐ Business ☑ Individual ☐ Government ☐ Other    **First Defendant:** ☑ Business ☐ Individual ☐ Government ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☑ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/ Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/ Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ EPFA - Elder Protection From Abuse
- ☐ QTLB - Quiet Title Land Bank
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:** F ☑ INITIAL FILING    A ☐ APPEAL FROM DISTRICT COURT    O ☐ OTHER

R ☐ REMANDED    T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☑ YES ☐ NO    **Note:** Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:** ☑ MONETARY AWARD REQUESTED ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**

MCC141 | 7/31/2025 6:28:05 PM<br>Date | /s/ R. BRYANT MCCULLEY<br>Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:** ☐ YES ☑ NO ☐ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:** ☐ YES ☐ NO

ELECTRONICALLY FILED
7/31/2025 6:28 PM
01-CV-2025-903180.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON SMITH, CLERK

# IN THE CIRCUIT COURT
## FOR THE TENTH JUDICIAL CIRCUIT
### JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER;
MARTELL ANDERSON;
GARY ANDRESS;
GREGORY ANDREWS;
KERRY ASHLEY;
ELSIE BARNES;
LAQUETTA BASS;
JUSTIN BEALE;
JULIE BELDIN;
EUGENE BENNERSON;
ISAAC BENNETT;
LORETTA BENSON;
FRANTZ BIENAIME;
KEVIN BOEDICKER;
JOHNETTA BOGINS;
MALIA BOSWELL;
LEROY BOWENS;
JUDY BOYER;
KEVIN BOYKINS;
KERRY BRADSHAW;
MALYNDA BRANCH;
JOHN BRENNAN;
KENNETH BROOKER;
ERIC BROWN;
JAMES BROWN;
JAHAD BRUMSEY;
JACOB BRYANT;
KIMBERLY BUCKMAN;
LATASHA BURRELL;
JULIO CANOVA;
JEANNIE CARRANZA;
KELLY CHRISTOPHER;
JOHNNY CRUZ;
JOHN CUNNINGHAM;
LOTISHA DAVIDSON;
DOMINIC DAVIS;
DYANNE DESHAZO JOHNSON;
KEVIN DICKSON;
LOREN DILLINGHAM;
MARIE DOFTON;

Civil Action No:_____

**COMPLAINT AND JURY DEMAND**

1

**DONNA DUFF;**

**JAMES DURKAN;**

**JAMES EUBANKS;**

**JAMIE EVANS;**

**KIMBERLY FOLKS-COX;**

**JANICE FOMBON;**

**JACQUELINE FORD;**

**LAQUITA FOSTER;**

**HELEN FOX-VOGELFANGER;**

**ERNESTO FRU;**

**LEOBARDO GALLEGOS;**

**JACOB GERMAN;**

**KIMBERLY GLOVER;**

**JOHNATHAN GOODNER;**

**JENNA GRAVES;**

**JABARI GRAY;**

**MARIA GUERRERO;**

**IKE HALL;**

**LETROY HAMPTON;**

**FRANKLIN HARDEMAN;**

**JANICE HARRISON;**

**ERWIN HAYDEN;**

**KIA HENLEY;**

**GILBERT HERNANDEZ;**

**MARK HINDS;**

**JAMES HINTON;**

**KENNETH W. HOPKINS;**

**KENNETH ISLER;**

**EARLENE JACKSON;**

**JULICIA JACKSON;**

**LARRY JAMES;**

**KENNEDA JOBE;**

**LATASHA JORDAN;**

**LOVENS JOSEPH;**

**KRISTAL KIMBREL;**

**SANDRA KINNAMON-CARMICHAEL**
**AS REPRESENTATIVE OF**
**JULIUS CARMICHAEL;**

**EUGENE LARK;**

**JOAN LASON;**

**JOE LAU;**

**JOHN LEONARD;**

**HOWELL LITTLE;**

**JAMES LOUIS SCOTT;**

2

**LUIS LUQUE;**
**KARINA LUZANILLA;**
**LYNN MALENA;**
**MARNDENA MANNING;**
**LASHANDA MARTIN;**
**LYNDELL MARTIN;**
**HOLLIE MCCOY;**
**GRACE MEDRANO;**
**ERIC MENDOZA;**
**KIMBERLY MOILANEN;**
**JORDAN MOORE;**
**JOHN MORGAN;**
**ERNEST NORWOOD;**
**JOHN P PARKER;**
**GEOFFREY K PARKER JR;**
**KATHY PAXIAO;**
**KATHY PAYNE;**
**KEITH PAYTON;**
**JOE PERRET;**
**KENNETH PERRY;**
**MARCUS PETTIT;**
**JENNIFER PHARES;**
**LARRY PITRE;**
**JESSE POORE;**
**JOSEPH POPPS;**
**KRISTOPHER PRESTON;**
**DONALD PUGH;**
**JUDY REID;**
**JAMES RICE;**
**ISABEL ROBINSON;**
**LAMUNA ROBINSON;**
**LEON ROBINSON;**
**LUCILLE ROBINSON;**
**JOSE RODRIGUEZ;**
**FRANK ROMO;**
**JANICE ROUSH;**
**ERIC RUGG;**
**JUAN SANCHEZ;**
**FRIENDLEY SERTILE;**
**EDWARD SILVERNAIL;**
**MARILYN SMITH;**
**GILMER SOUTHERN;**
**LOYLE STAGNER;**
**LLOYD STAPLETON;**

DOCUMENT 2

**MARCUS STOKES;**
**LAURIE SUMRALL;**
**KAWAINE TATE;**
**JUSTIN THOMPSON;**
**LASHAUNDRA THOMPSON;**
**LUIS TURNER;**
**JESUS VAZQUEZ;**
**EARL VIGNES;**
**GEESJI VIGUIE;**
**KATHLEEN VILLAGRANA;**
**GARY WALSBURG;**
**GERALD WALTON;**
**JEFFREY WEBSTER;**
**HERBERT WEISS;**
**MAE WELLS;**
**LAWRENCE WEST;**
**JUANAKEE WHITE;**
**JOHN WIEBEL;**
**ERIC WILLIAMS;**
**LISA WILLIAMS;**
**LORETTA WINDSOR;**
**HAROLD WISE;**
**KAY WOOD;**
**SAM WORTHY**
**AS REPRESENTATIVE OF**
**LORRAINE WORTHY;**
**JOHNNY WRIGHT;**
**MARIA YELVERTON; and**
**JOHN YOUNG,**

**Plaintiffs,**

**v.**

**3M COMPANY (f/k/a Minnesota**
**Mining and Manufacturing Company);**
**AGC CHEMICALS AMERICAS INC.;**
**AMEREX CORPORATION;**
**ARCHROMA U.S. INC.;**
**ARKEMA, INC.;**
**BASF CORPORATION;**
**BUCKEYE FIRE EQUIPMENT**
**COMPANY;**
**CARRIER GLOBAL CORPORATION;**

4

**CHEMDESIGN PRODUCTS, INC.;**
**CHEMGUARD, INC.;**
**CHEMICALS, INC.;**
**CHEMOURS COMPANY FC, LLC;**
**CHUBB FIRE, LTD;**
**CLARIANT CORP.;**
**CORTEVA, INC.;**
**DAIKIN AMERICA, INC.;**
**DEEPWATER CHEMICALS, INC.;**
**DU PONT DE NEMOURS INC. (f/k/a**
**DOWDUPONT INC.);**
**DYNAX CORPORATION;**
**E.I. DU PONT DE NEMOURS AND**
**COMPANY;**
**JOHNSON CONTROLS, INC.;**
**KIDDE PLC;**
**NATION FORD CHEMICAL**
**COMPANY;**
**NATIONAL FOAM, INC.;**
**PERIMETER SOLUTIONS, LP;**
**THE CHEMOURS COMPANY;**
**TYCO  FIRE PRODUCTS LP, as**
**successor-in-interest to The Ansul Company;**
**UNITED TECHNOLOGIES**
**CORPORATION;**
**UTC FIRE &  SECURITY AMERICAS**
**CORPORATION, INC. (f/k/a GE**
**Interlogix, Inc.),**

**Defendants.**

## **COMPLAINT**

COME NOW, the above-named Plaintiffs, by and through the undersigned counsel, and

allege upon information and belief, as follows:

### **INTRODUCTION**

1.      Plaintiffs bring this action for damages for personal injury resulting from exposure

to the toxic chemicals collectively known as per and polyfluoroalkyl substances ("PFAS").  PFAS

includes, but is not limited to, perfluorooctanoic acid ("PFOA") and perfluorooctane sulfonic acid ("PFOS") and related chemicals including those that degrade to PFOA and/or PFOS.

2.      Defendants collectively designed, marketed, developed, manufactured, distributed, released, promoted, sold, and/or otherwise inappropriately disposed of PFAS chemicals with knowledge that PFAS were highly toxic and bio persistent, which would expose Plaintiffs to the risks associated with PFAS.

3.      Defendants also collectively designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used aqueous film-forming foam ("AFFF") products containing PFAS chemicals and/or designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS, with knowledge that PFAS were highly toxic and bio persistent and would expose Plaintiffs to the risks associated with PFAS.

4.      PFAS binds to proteins in the blood of humans exposed to the material and remains and persists over long periods of time.  Due to their unique chemical structure, PFAS accumulates in the blood and body of exposed individuals.

5.      PFAS are highly toxic and carcinogenic chemicals. Defendants knew, or should have known, that PFAS remain in the human body while presenting significant health risks to humans.

6.      Plaintiffs were unaware of the dangerous PFAS in their drinking water and unaware of the toxic nature of Defendants' PFAS in general. Plaintiffs' consumption of PFAS from

Defendants' contamination and inappropriate disposal caused Plaintiffs to develop the serious medical conditions and complications alleged herein.

7.    Through this action, Plaintiffs seek to recover compensatory and punitive damages arising out of the permanent and significant damages sustained as a direct result of exposure to Defendants' PFAS at various locations. Plaintiffs further seek injunctive, equitable, and declaratory relief arising from the same.

## JURISDICTION AND VENUE

8.    Defendants are subject to the jurisdiction of this Court on the grounds that (a) one or more of Defendants is a foreign corporation whose principal place of business is located in the State of Alabama; (b) one or more of Defendants are foreign corporations that either are registered to conduct business in the State of Alabama and have actually transacted business in Alabama; and/or (c) one or more of Defendants is a domestic corporation native to the State of Alabama.

9.    Venue is proper pursuant to *Alabama Code Section* 6-3-7 as significant events resulting in the cause of action and subsequent injuries occurred in this county.

10.    Joinder of all parties is proper pursuant to Rule 20(a) of the *Alabama Rules of Civil Procedure*. Defendants are permissively joined in this action because the exposure, injuries, and relief requested all arise out of similar occurrences or transactions and questions of law and fact are common to all parties.

## PARTIES

11.    Plaintiff Kimberla Alexander is a resident and citizen of Lafayette, LA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

7

12.     Plaintiff Kimberla Alexander was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

13.     Plaintiff Martell Anderson is a resident and citizen of Redford, MI and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

14.     Plaintiff Martell Anderson was diagnosed with and has suffered from testicular cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

15.     Plaintiff Gary Andress is a resident and citizen of Saginaw, MI and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

16.     Plaintiff Gary Andress was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

17.     Plaintiff Gregory Andrews is a resident and citizen of Round Rock, TX and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

18.     Plaintiff Gregory Andrews was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

19.     Plaintiff Kerry Ashley is a resident and citizen of Richcrest, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

20.     Plaintiff Kerry Ashley was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

21.     Plaintiff Elsie Barnes is a resident and citizen of Chesapeake, VA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

22.     Plaintiff Elsie Barnes was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

23.     Plaintiff Laquetta Bass is a resident and citizen of Dayton, OH and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

24.     Plaintiff Laquetta Bass was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

25.     Plaintiff Justin Beale is a resident and citizen of Exeter, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

26.     Plaintiff Justin Beale was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

27.     Plaintiff Julie Beldin is a resident and citizen of Visalia, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

28.     Plaintiff Julie Beldin was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

29.     Plaintiff Eugene Bennerson is a resident and citizen of Atlanta, GA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

30.     Plaintiff Eugene Bennerson was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

31.     Plaintiff Isaac Bennett is a resident and citizen of Fresno, TX and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

32.     Plaintiff Isaac Bennett was diagnosed with and has suffered from testicular cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

33.     Plaintiff Loretta Benson is a resident and citizen of Pinedale, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

34.     Plaintiff Loretta Benson was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

35.     Plaintiff Frantz Bienaime is a resident and citizen of Miami, FL and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

36.     Plaintiff Frantz Bienaime was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

37.     Plaintiff Kevin Boedicker is a resident and citizen of Cleveland, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

38.     Plaintiff Kevin Boedicker was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

39.     Plaintiff Johnetta Bogins is a resident and citizen of Jacksonville, FL and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

40.    Plaintiff Johnetta Bogins was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

41.    Plaintiff Malia Boswell is a resident and citizen of Cathedral City, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

42.    Plaintiff Malia Boswell was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

43.    Plaintiff Leroy Bowens is a resident and citizen of John's Island, SC and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

44.    Plaintiff Leroy Bowens was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

45.    Plaintiff Judy Boyer is a resident and citizen of Jackson, MI and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

46.    Plaintiff Judy Boyer was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

47.     Plaintiff Kevin Boykins is a resident and citizen of Manhattan, NY and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

48.     Plaintiff Kevin Boykins was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

49.     Plaintiff Kerry Bradshaw is a resident and citizen of Zephyrhills, FL and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

50.     Plaintiff Kerry Bradshaw was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

51.     Plaintiff Malynda Branch is a resident and citizen of Bakersfield, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

52.     Plaintiff Malynda Branch was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

53.     Plaintiff John Brennan is a resident and citizen of Rockland, MA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

54.     Plaintiff John Brennan was diagnosed with and has suffered from testicular cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

55.     Plaintiff Kenneth Brooker is a resident and citizen of Highland, NY and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

56.     Plaintiff Kenneth Brooker was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

57.     Plaintiff Eric Brown is a resident and citizen of Los Angeles, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

58.     Plaintiff Eric Brown was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

59.     Plaintiff James Brown is a resident and citizen of Los Angeles, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

60.     Plaintiff James Brown was diagnosed with and has suffered from testicular cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

61.    Plaintiff Jahad Brumsey is a resident and citizen of Charlotte, NC and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

62.    Plaintiff Jahad Brumsey was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

63.    Plaintiff Jacob Bryant is a resident and citizen of Lakeside, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

64.    Plaintiff Jacob Bryant was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

65.    Plaintiff Kimberly Buckman is a resident and citizen of Lancaster, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

66.    Plaintiff Kimberly Buckman was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

67.    Plaintiff Latasha Burrell is a resident and citizen of Coon Rapids, MN and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

68.    Plaintiff Latasha Burrell was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

69.    Plaintiff Julio Canova is a resident and citizen of Homestead, FL and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

70.    Plaintiff Julio Canova was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

71.    Plaintiff Jeannie Carranza is a resident and citizen of Lancaster, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

72.    Plaintiff Jeannie Carranza was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

73.    Plaintiff Kelly Christopher is a resident and citizen of Blackwood, NJ and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

74.    Plaintiff Kelly Christopher was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

75. Plaintiff Johnny Cruz is a resident and citizen of Baytown, TX and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

76. Plaintiff Johnny Cruz was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

77. Plaintiff John Cunningham is a resident and citizen of Middleton, MA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

78. Plaintiff John Cunningham was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

79. Plaintiff Lotisha Davidson is a resident and citizen of Bakersfield, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

80. Plaintiff Lotisha Davidson was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

81. Plaintiff Dominic Davis is a resident and citizen of Atlanta, GA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

82.     Plaintiff Dominic Davis was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

83.     Plaintiff Dyanne DeShazo Johnson is a resident and citizen of Orland, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

84.     Plaintiff Dyanne DeShazo Johnson was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

85.     Plaintiff Kevin Dickson is a resident and citizen of San Lorenzo, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

86.     Plaintiff Kevin Dickson was diagnosed with and has suffered from testicular cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

87.     Plaintiff Loren Dillingham is a resident and citizen of Santa Clarita, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

88.     Plaintiff Loren Dillingham was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

89.     Plaintiff Marie Dofton is a resident and citizen of Wynnewood, PA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

90.     Plaintiff Marie Dofton was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

91.     Plaintiff Donna Duff is a resident and citizen of Shepherdsville, KY and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

92.     Plaintiff Donna Duff was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

93.     Plaintiff James Durkan is a resident and citizen of Boston, MA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

94.     Plaintiff James Durkan was diagnosed with and has suffered from testicular cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

95.     Plaintiff James Eubanks is a resident and citizen of Cabot, AR and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

96.     Plaintiff James Eubanks was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

97.     Plaintiff Jamie Evans is a resident and citizen of Long Beach, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

98.     Plaintiff Jamie Evans was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

99.     Plaintiff Kimberly Folks-Cox is a resident and citizen of Bloomington, IL and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

100.     Plaintiff Kimberly Folks-Cox was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

101.     Plaintiff Janice Fombon is a resident and citizen of Mcallen, TX and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

102.     Plaintiff Janice Fombon was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

103.    Plaintiff Jacqueline Ford is a resident and citizen of Lorain, OH and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

104.    Plaintiff Jacqueline Ford was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

105.    Plaintiff Laquita Foster is a resident and citizen of Petal, MS and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

106.    Plaintiff Laquita Foster was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

107.    Plaintiff Helen Fox-Vogelfanger is a resident and citizen of Ridgecrest, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

108.    Plaintiff Helen Fox-Vogelfanger was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

109.    Plaintiff Ernesto Fru is a resident and citizen of Venus, TX and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

110.    Plaintiff Ernesto Fru was diagnosed with and has suffered from testicular cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

111.    Plaintiff Leobardo Gallegos is a resident and citizen of Merced, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

112.    Plaintiff Leobardo Gallegos was diagnosed with and has suffered from testicular cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

113.    Plaintiff Jacob German is a resident and citizen of Dillon, SC and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

114.    Plaintiff Jacob German was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

115.    Plaintiff Kimberly Glover is a resident and citizen of Moreno Valley, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

116.    Plaintiff Kimberly Glover was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

117.    Plaintiff Johnathan Goodner is a resident and citizen of Austin, TX and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

118.    Plaintiff Johnathan Goodner was diagnosed with and has suffered from testicular cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

119.    Plaintiff Jenna Graves is a resident and citizen of Lancaster, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

120.    Plaintiff Jenna Graves was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

121.    Plaintiff Jabari Gray is a resident and citizen of Miami Gardens, FL and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

122.    Plaintiff Jabari Gray was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

123.    Plaintiff Maria Guerrero is a resident and citizen of Orlando, FL and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

124.    Plaintiff Maria Guerrero was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

125.    Plaintiff Ike Hall is a resident and citizen of Detroit, MI and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

126.    Plaintiff Ike Hall was diagnosed with and has suffered from testicular cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

127.    Plaintiff Letroy Hampton is a resident and citizen of Milledgeville, GA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

128.    Plaintiff Letroy Hampton was diagnosed with and has suffered from testicular cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

129.    Plaintiff Franklin Hardeman is a resident and citizen of Houston, TX and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

130.    Plaintiff Franklin Hardeman was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

131.    Plaintiff Janice Harrison is a resident and citizen of Hawthorne, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

132.    Plaintiff Janice Harrison was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

133.    Plaintiff Erwin Hayden is a resident and citizen of Austin, TX and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

134.    Plaintiff Erwin Hayden was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

135.    Plaintiff Kia Henley is a resident and citizen of Bacliff, TX and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

136.    Plaintiff Kia Henley was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

137.    Plaintiff Gilbert Hernandez is a resident and citizen of Riverside, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

138.    Plaintiff Gilbert Hernandez was diagnosed with and has suffered from testicular cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

139.    Plaintiff Mark Hinds is a resident and citizen of Palm Bay, FL and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

140.    Plaintiff Mark Hinds was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

141.    Plaintiff James Hinton is a resident and citizen of Ypsilanti, MI and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

142.    Plaintiff James Hinton was diagnosed with and has suffered from testicular cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

143.    Plaintiff Kenneth W. Hopkins is a resident and citizen of Gadsden, AL and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

144.    Plaintiff Kenneth W. Hopkins was diagnosed with and has suffered from testicular cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

145.    Plaintiff Kenneth Isler is a resident and citizen of Palmdale, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

146.    Plaintiff Kenneth Isler was diagnosed with and has suffered from testicular cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

147.    Plaintiff Earlene Jackson is a resident and citizen of Hartswell, GA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

148.    Plaintiff Earlene Jackson was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

149.    Plaintiff Julicia Jackson is a resident and citizen of Texas City, TX and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

150.    Plaintiff Julicia Jackson was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

151.    Plaintiff Larry James is a resident and citizen of Wickenburg, AZ and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

152.     Plaintiff Larry James was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

153.     Plaintiff Kenneda Jobe is a resident and citizen of Dickerson, TX and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

154.     Plaintiff Kenneda Jobe was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

155.     Plaintiff Latasha Jordan is a resident and citizen of Galveston, TX and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

156.     Plaintiff Latasha Jordan was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

157.     Plaintiff Lovens Joseph is a resident and citizen of Orlando, FL and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

158.     Plaintiff Lovens Joseph was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

159.    Plaintiff Kristal Kimbrel is a resident and citizen of Woodstock, GA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

160.    Plaintiff Kristal Kimbrel was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

161.    Plaintiff Sandra Kinnamon-Carmichael, a representative of Julius Carmichael, is a resident and citizen of Shawnee, OK and Julius Carmichael was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

162.    Julius Carmichael was diagnosed with and suffered from kidney cancer prior to death as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

163.    Plaintiff Eugene Lark is a resident and citizen of Norristown, PA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

164.    Plaintiff Eugene Lark was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

165.    Plaintiff Joan Lason is a resident and citizen of Congress, AZ and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

166.    Plaintiff Joan Lason was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

167.    Plaintiff Joe Lau is a resident and citizen of Rancho Cordova, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

168.    Plaintiff Joe Lau was diagnosed with and has suffered from testicular cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

169.    Plaintiff John Leonard is a resident and citizen of Cape Coral, FL and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

170.    Plaintiff John Leonard was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

171.    Plaintiff Howell Little is a resident and citizen of Ringgold, GA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

172.    Plaintiff Howell Little was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

173.    Plaintiff James Louis Scott is a resident and citizen of Corona, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

174.    Plaintiff James Louis Scott was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

175.    Plaintiff Luis Luque is a resident and citizen of Bakersfield, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

176.    Plaintiff Luis Luque was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

177.    Plaintiff Karina Luzanilla is a resident and citizen of Long Beach, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

178.    Plaintiff Karina Luzanilla was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

179.    Plaintiff Lynn Malena is a resident and citizen of Myrtle Beach, SC and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

180.    Plaintiff Lynn Malena was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

181.    Plaintiff Marndena Manning is a resident and citizen of Mission Viejo, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

182.    Plaintiff Marndena Manning was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

183.    Plaintiff Lashanda Martin is a resident and citizen of Seaford, VA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

184.    Plaintiff Lashanda Martin was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

185.    Plaintiff Lyndell Martin is a resident and citizen of Bulverde, TX and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

186.    Plaintiff Lyndell Martin was diagnosed with and has suffered from testicular cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

187.    Plaintiff Hollie McCoy is a resident and citizen of Ravenswood, WV and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

188.    Plaintiff Hollie McCoy was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

189.    Plaintiff Grace Medrano is a resident and citizen of Kennewick, WA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

190.    Plaintiff Grace Medrano was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

191.    Plaintiff Eric Mendoza is a resident and citizen of Fort Stockton, TX and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

192.    Plaintiff Eric Mendoza was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

193.    Plaintiff Kimberly Moilanen is a resident and citizen of Clear Lake, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

194.    Plaintiff Kimberly Moilanen was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

195.    Plaintiff Jordan Moore is a resident and citizen of Los Angeles, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

196.    Plaintiff Jordan Moore was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

197.    Plaintiff John Morgan is a resident and citizen of Ripon, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

198.    Plaintiff John Morgan was diagnosed with and has suffered from testicular cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

199.    Plaintiff Ernest Norwood is a resident and citizen of Crowley, TX and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

200.    Plaintiff Ernest Norwood was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

201.    Plaintiff John P Parker is a resident and citizen of Canyon Lake, TX and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

202.    Plaintiff John P Parker was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

203.    Plaintiff Geoffrey K Parker Jr is a resident and citizen of Kingsport, TN and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

204.    Plaintiff Geoffrey K Parker Jr was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

205.    Plaintiff Kathy Paxiao is a resident and citizen of Loomis, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

206.    Plaintiff Kathy Paxiao was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

207.    Plaintiff Kathy Payne is a resident and citizen of Tallahassee, FL and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

208.    Plaintiff Kathy Payne was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

209.    Plaintiff Keith Payton is a resident and citizen of Greenville, NC and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

210.    Plaintiff Keith Payton was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

211.    Plaintiff Joe Perret is a resident and citizen of Chino, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

212.    Plaintiff Joe Perret was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

213.    Plaintiff Kenneth Perry is a resident and citizen of Moreno Valley, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

214.    Plaintiff Kenneth Perry was diagnosed with and has suffered from testicular cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

215.    Plaintiff Marcus Pettit is a resident and citizen of Lancaster, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

216.    Plaintiff Marcus Pettit was diagnosed with and has suffered from testicular cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

217.    Plaintiff Jennifer Phares is a resident and citizen of Dayton, TX and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

218.    Plaintiff Jennifer Phares was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

219.    Plaintiff Larry Pitre is a resident and citizen of Studio City, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

220.    Plaintiff Larry Pitre was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

221.    Plaintiff Jesse Poore is a resident and citizen of Port Charlotte, FL and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

222.    Plaintiff Jesse Poore was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

223.    Plaintiff Joseph Popps is a resident and citizen of Silver Springs, FL and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

224.    Plaintiff Joseph Popps was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

225.    Plaintiff Kristopher Preston is a resident and citizen of Parker Dam, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

226.    Plaintiff Kristopher Preston was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

227.    Plaintiff Donald Pugh is a resident and citizen of Marietta, OH and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

228.    Plaintiff Donald Pugh was diagnosed with liver cancer and has suffered from health conditions as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

229.    Plaintiff Judy Reid is a resident and citizen of Plum Branch, SC and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

230.    Plaintiff Judy Reid was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

231.    Plaintiff James Rice is a resident and citizen of Los Angeles, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

232.    Plaintiff James Rice was diagnosed with and has suffered from testicular cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

233.    Plaintiff Isabel Robinson is a resident and citizen of San Antonio, TX and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

234.    Plaintiff Isabel Robinson was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

235.    Plaintiff Lamuna Robinson is a resident and citizen of Los Angeles, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

236.    Plaintiff Lamuna Robinson was diagnosed with and has suffered from testicular cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

237.    Plaintiff Leon Robinson is a resident and citizen of Miami, FL and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

238.    Plaintiff Leon Robinson was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

239.    Plaintiff Lucille Robinson is a resident and citizen of Long Beach, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

240.    Plaintiff Lucille Robinson was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

241.    Plaintiff Jose Rodriguez is a resident and citizen of Uncasville, CT and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

242.    Plaintiff Jose Rodriguez was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

243.    Plaintiff Frank Romo is a resident and citizen of Pomona, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

244.    Plaintiff Frank Romo was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

245.    Plaintiff Janice Roush is a resident and citizen of Sun Valley, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

246.    Plaintiff Janice Roush was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

247.    Plaintiff Eric Rugg is a resident and citizen of Dighton, MA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

248.    Plaintiff Eric Rugg was diagnosed with and has suffered from testicular cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

249.    Plaintiff Juan Sanchez is a resident and citizen of Fontana, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

250.    Plaintiff Juan Sanchez was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

251.    Plaintiff Friendley Sertile is a resident and citizen of Lake Worth Beach, FL and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

252.    Plaintiff Friendley Sertile was diagnosed with and has suffered from testicular cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

253.    Plaintiff Edward Silvernail is a resident and citizen of Catskill, NY and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

254.    Plaintiff Edward Silvernail was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

255.    Plaintiff Marilyn Smith is a resident and citizen of Hemet, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

256.    Plaintiff Marilyn Smith was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

257.     Plaintiff Gilmer Southern is a resident and citizen of Greensboro, NC and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

258.     Plaintiff Gilmer Southern was diagnosed with and has suffered from testicular cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

259.     Plaintiff Loyle Stagner is a resident and citizen of Bessemer, AL and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

260.     Plaintiff Loyle Stagner was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

261.     Plaintiff Lloyd Stapleton is a resident and citizen of Houston, TX and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

262.     Plaintiff Lloyd Stapleton was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

263.     Plaintiff Marcus Stokes is a resident and citizen of Lafayette, LA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

264.     Plaintiff Marcus Stokes was diagnosed with and has suffered from testicular cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

265.     Plaintiff Laurie Sumrall is a resident and citizen of Hemet, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

266.     Plaintiff Laurie Sumrall was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

267.     Plaintiff Kawaine Tate is a resident and citizen of Gardena, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

268.     Plaintiff Kawaine Tate was diagnosed with and has suffered from testicular cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

269.     Plaintiff Justin Thompson is a resident and citizen of Colusa, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

270.     Plaintiff Justin Thompson was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

271.    Plaintiff Lashaundra Thompson is a resident and citizen of Texas City, TX and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

272.    Plaintiff Lashaundra Thompson was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

273.    Plaintiff Luis Turner is a resident and citizen of Menifee, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

274.    Plaintiff Luis Turner was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

275.    Plaintiff Jesus Vazquez is a resident and citizen of Sanford, FL and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

276.    Plaintiff Jesus Vazquez was diagnosed with and has suffered from testicular cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

277.    Plaintiff Earl Vignes is a resident and citizen of Texas City, TX and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

278.    Plaintiff Earl Vignes was diagnosed with and has suffered from testicular cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

279.    Plaintiff Geesji Viguie is a resident and citizen of Poinciana, FL and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

280.    Plaintiff Geesji Viguie was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

281.    Plaintiff Kathleen Villagrana is a resident and citizen of Murray, UT and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

282.    Plaintiff Kathleen Villagrana was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

283.    Plaintiff Gary Walsburg is a resident and citizen of Brookston, MN and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

284.    Plaintiff Gary Walsburg was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

285.     Plaintiff Gerald Walton is a resident and citizen of Newnan, GA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

286.     Plaintiff Gerald Walton was diagnosed with and has suffered from testicular cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

287.     Plaintiff Jeffrey Webster is a resident and citizen of Westminster, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

288.     Plaintiff Jeffrey Webster was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

289.     Plaintiff Herbert Weiss is a resident and citizen of Island Park, NY and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

290.     Plaintiff Herbert Weiss was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

291.     Plaintiff Mae Wells is a resident and citizen of Columbia, SC and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

292.    Plaintiff Mae Wells was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

293.    Plaintiff Lawrence West is a resident and citizen of Visalia, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

294.    Plaintiff Lawrence West was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

295.    Plaintiff Juanakee White is a resident and citizen of Smith Station, AL and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

296.    Plaintiff Juanakee White was diagnosed with and has suffered from health conditions as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

297.    Plaintiff John Wiebel is a resident and citizen of Pelzer, SC and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

298.    Plaintiff John Wiebel was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

299.    Plaintiff Eric Williams is a resident and citizen of Los Angeles, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

300.    Plaintiff Eric Williams was diagnosed with and has suffered from testicular cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

301.    Plaintiff Lisa Williams is a resident and citizen of Dayton, OH and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

302.    Plaintiff Lisa Williams was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

303.    Plaintiff Loretta Windsor is a resident and citizen of Albertville, AL and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

304.    Plaintiff Loretta Windsor was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

305.    Plaintiff Harold Wise is a resident and citizen of Corona, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

306.    Plaintiff Harold Wise was diagnosed with and has suffered from testicular cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

307.    Plaintiff Kay Wood is a resident and citizen of Paris, TN and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

308.    Plaintiff Kay Wood was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

309.    Plaintiff Sam Worthy, as representative of Lorraine Worthy, is a resident and citizen of New Orleans, LA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

310.    Lorraine Worthy was diagnosed with and suffered from kidney cancer prior to death as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

311.    Plaintiff Johnny Wright is a resident and citizen of Florence, AL and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

312.    Plaintiff Johnny Wright was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

313.     Plaintiff Maria Yelverton is a resident and citizen of Philadelphia, PA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

314.     Plaintiff Maria Yelverton was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

315.     Plaintiff John Young is a resident and citizen of Fulshear, TX and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

316.     Plaintiff John Young was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

317.     Defendant, 3M Company, f/k/a Minnesota Mining and Manufacturing Company, ("3M"), is a Delaware corporation and does business throughout the United States. 3M has its principal place of business at 3M Center, St. Paul, Minnesota 55133.

318.     3M designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used AFFF containing PFAS that are used in firefighting training and response exercises which are the subject of this Complaint. Further, Defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

319.    Defendant AGC Chemicals Americas, Inc. ("AGC") is a Delaware corporation and does business throughout the United States.  AGC has its principal place of business at 55 E. Uwchlan Ave., Suite 201, Exton, Pennsylvania 19341.

320.    AGC designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used AFFF containing PFAS that are used in firefighting training and response exercises which are the subject of this Complaint. Further, Defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

321.    Defendant Amerex Corporation ("Amerex") is an Alabama corporation and does business throughout the United States.  Amerex has its principal place of business at 7595 Gadsden Highway, Trussville, Alabama 35173.

322.    Amerex designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used AFFF containing PFAS that are used in firefighting training and response exercises which are the subject of this Complaint. Further, Defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

323.    Defendant Archroma U.S. Inc. ("Archroma") is a North Carolina company and does business throughout the United States. Archroma has its principal place of business at 5435 77 Center Drive, #10 Charlotte, North Carolina 28217.  Upon information and belief, Archroma was

formed in 2013 as part of the acquisition of Clariant Corporation's Textile Chemicals, Paper Specialties and Emulsions business by SK Capital Partners.

324.    Archroma designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used AFFF containing PFAS that are used in firefighting training and response exercises which are the subject of this Complaint. Further, Defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

325.    Defendant Arkema, Inc. ("Arkema") is a Pennsylvania corporation and does business throughout the United States. Arkema has its principal place of business at 900 1st Avenue, King of Prussia, Pennsylvania 19406. Upon information and belief, assets of Arkema's fluorochemical business were purchased by Defendant Dupont in 2002.

326.    Arkema designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used AFFF containing PFAS that are used in firefighting training and response exercises which are the subject of this Complaint. Further, Defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

327.    Defendant BASF Corporation ("BASF") is a Delaware corporation and does business throughout the United States.  BASF has its principal place of business at 100 Park Avenue, Florham Park, New Jersey 07932.

328.     BASF designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, sold and/or otherwise handled and/or used AFFF containing PFAS that are used in firefighting training and response exercises which are the subject of this Complaint. Further, Defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

329.     Defendant Buckeye Fire Equipment Company ("Buckeye") is an Ohio corporation and does business throughout the United States.  Buckeye has its principal place of business at 110 Kings Road, Mountain, North Carolina 28086.

330.     Buckeye designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, sold and/or otherwise handled and/or used AFFF containing PFAS that are used in firefighting training and response exercises which are the subject of this Complaint.  Further, Defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

331.     Defendant Carrier Global Corporation ("Carrier") is a Delaware corporation and does business throughout the United States. Carrier has its principal place of business at 13995 Pasteur Boulevard, Palm Beach Gardens, Florida 33418. Upon information and belief, Carrier was formed in 2020 and is the parent company of Kidde-Fenwal, Inc., a manufacturer of AFFF.

332.     Carrier designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used

AFFF containing PFAS that are used in firefighting training and response exercises which are the subject of this Complaint. Further, Defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

333.     Defendant ChemDesign Products, Inc. ("ChemDesign") is a Texas corporation and does business throughout the United States. ChemDesign has its principal place of business at 2 Stanton Street, Marinette, Wisconsin 54143.

334.     ChemDesign designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used AFFF containing PFAS that are used in firefighting training and response exercises which are the subject of this Complaint.  Further, Defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

335.     Defendant Chemguard, Inc. ("Chemguard") is a Wisconsin corporation and does business throughout the United States. Chemguard has its principal place of business at One Stanton Street, Marinette, Wisconsin 54143.

336.     Chemguard designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, sold and/or otherwise handled and/or used AFFF containing PFAS that are used in firefighting training and response exercises which are the subject of this Complaint.  Further, Defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled

and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

337.     Defendant Chemicals, Inc. ("Chemicals") is a Texas corporation and does business throughout the United States. Chemicals has its principal place of business at 12321 Hatcherville Road, Baytown, Texas 77521.

338.     Chemicals designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used AFFF containing PFAS that are used in firefighting training and response exercises which are the subject of this Complaint. Further, defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

339.     Defendant Chemours Company FC, LLC ("Chemours FC"), is a Delaware corporation and does business throughout the United States. Chemours has its principal place of business at 1007 Market Street, Wilmington, Delaware 19899. Chemours FC is a subsidiary of The Chemours Company.

340.     Chemours FC designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, sold, and/or otherwise handled and/or used AFFF containing PFAS that are the subject of this Complaint. Further, Defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

341.    Defendant Chubb Fire, Ltd. ("Chubb") is a foreign private limited company, with offices at Littleton Road, Ashford, Middlesex, United Kingdom TW15 1TZ. Upon information and belief, Chubb is registered in the United Kingdom with a registered number of 134210. Upon information and belief, Chubb is or has been composed of different subsidiaries and/or divisions, including but not limited to, Chubb Fire & Security Ltd., Chubb Security, PLC, Red Hawk Fire & Security, LLC, and/or Chubb National Foam, Inc.

342.    Chubb Fire designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, sold, and/or otherwise handled and/or used AFFF containing PFAS that are the subject of this Complaint. Further, Defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

343.    Defendant Clariant Corporation ("Clariant") is a New York corporation and does business throughout the United States. Clariant has its principal place of business at 4000 Monroe Road, Charlotte, North Carolina 28205.

344.    Clariant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used AFFF containing PFAS that are used in firefighting training and response exercises which are the subject of this Complaint. Further, Defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

345.    Defendant Corteva, Inc. ("Corteva") is a Delaware Corporation that conducts business throughout the United States. Its principal place of business is Chestnut Run Plaza 735, Wilmington, Delaware 19805.  Corteva is the successor-in-interest to Dupont Chemical Solutions Enterprise.

346.    Corteva designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, sold, and/or otherwise handled and/or used AFFF containing PFAS that are the subject of this Complaint. Further, Defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

347.    Defendant Daikin America, Inc. ("Daikin") is a Delaware corporation and does business throughout the United States. Daikin has its principal place of business in Orangeburg, New York.

348.    Daikin designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used AFFF containing PFAS that are used in firefighting training and response exercises which are the subject of this Complaint. Further, Defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

349.    Defendant Deepwater Chemicals, Inc. ("Deepwater") is a Delaware corporation and does business throughout the United States. Deepwater's principal place of business is at 196122 E County Road 735, Woodward, Oklahoma 73801.

350.    Deepwater designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used AFFF containing PFAS that are used in firefighting training and response exercises which are the subject of this Complaint. Further, Defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

351.    Defendant Du Pont de Nemours Inc. (f/k/a DowDuPont, Inc.) ("DowDuPont"), is a Delaware corporation and does business throughout the United States. DowDuPont, has its principal place of business at 1007 Market Street, Wilmington, Delaware 19899 and 2211 H.H. Dow Way, Midland, Michigan 48674. DowDupont was created in 2015 to transfer Chemours and DuPont liabilities for manufacturing and distributing flurosurfactants to AFFF manufacturers.

352.    DowDuPont designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, sold, and/or otherwise handled and/or used AFFF containing PFAS that are the subject of this Complaint. Further, Defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

353.    Defendant Dynax Corporation ("Dynax") is a New York corporation that conducts business throughout the United States. Its principal place of business is 103 Fairview Park Drive, Elmsford, New York, 10523-1544.

354.    Dynax designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, sold, and/or otherwise handled and/or used AFFF

containing PFAS that are the subject of this Complaint. Further, Defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

355.    Defendant E. I. du Pont de Nemours and Company ("DuPont"), is a Delaware corporation and does business throughout the United States. DuPont has its principal place of business at 1007 Market Street, Wilmington, Delaware 19898.

356.    DuPont designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, sold, and/or otherwise handled and/or used AFFF containing PFAS that are the subject of this Complaint. Further, Defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

357.    Defendant Johnson Controls, Inc. ("Johnson Controls") is a Wisconsin corporation and does business throughout the United States. Johnson Controls has its principal place of business in Milwaukee, Wisconsin.

358.    Johnson Controls designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, sold, and/or otherwise handled and/or used AFFF containing PFAS that are the subject of this Complaint. Further, Defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

359.    Defendant Kidde P.L.C., Inc. ("Kidde P.L.C.") is a foreign corporation organized and existing under the laws of the State of Delaware and does business throughout the United States. Kidde P.L.C. has its principal place of business at One Carrier Place, Farmington, Connecticut 06034. Upon information and belief, Kidde PLC was formerly known as Williams Holdings, Inc. and/or Williams US, Inc.

360.    Kidde P.L.C. designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, sold, and/or otherwise handled and/or used AFFF containing PFAS that are the subject of this Complaint. Further, Defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

361.    Defendant Nation Ford Chemical Company ("Nation Ford") is a South Carolina company and does business throughout the United States. Nation Ford has its principal place of business at 2300 Banks Street, Fort Mill, South Carolina 29715.

362.    Nation Ford designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, sold, and/or otherwise handled and/or used AFFF containing PFAS that are the subject of this Complaint. Further, Defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

363.    Defendant National Foam, Inc. ("National Foam") is a Delaware corporation and does business throughout the United States. National Foam has its principal place of business at 141 Junny Road, Angier, North Carolina, 27501.

364.    National Foam designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, sold and/or otherwise handled and/or used AFFF containing PFAS that are used in firefighting training and response exercises which are the subject of this Complaint. Further, Defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

365.    Defendant Perimeter Solutions, LP ("Perimeter") is a Delaware corporation and does business throughout the United States. Perimeter has its principal place of business in Rancho Cucamonga, California.

366.    Perimeter designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, sold and/or otherwise handled and/or used AFFF containing PFAS that are used in firefighting training and response exercises which are the subject of this Complaint. Further, Defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

367.    Defendant The Chemours Company ("Chemours"), is a Delaware corporation and does business throughout the United States. Chemours has its principal place of business 1007 Market Street, Wilmington, Delaware 19898. Upon information and belief, Chemours was spun off from DuPont in 2015 to assume PFAS related liabilities.

368.    Chemours designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, sold, and/or otherwise handled and/or used AFFF

containing PFAS that are the subject of this Complaint. Further, Defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

369.    Defendant Tyco Fire Products, LP, as successor-in-interest to The Ansul Company ("Tyco"), is a Delaware limited partnership and does business throughout the United States. Tyco has its principal place of business at 1400 Pennbrook Parkway, Lansdale, Pennsylvania 19466. Tyco manufactured and currently manufactures the Ansul brand of products, including Ansul brand AFFF containing PFAS.

370.    Tyco is the successor in interest to the corporation formerly known as The Ansul Company ("Ansul").   At all times relevant, Tyco/Ansul designed, marketed, developed, manufactured, distributed released, trained users, produced instructional materials, sold and/or otherwise handled and/or used AFFF containing PFAS that are used in firefighting training and response exercises which are the subject of this Complaint.   Further, Defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

371.    Defendant United Technologies Corporation ("United Technologies") is a foreign corporation organized and existing under the laws of the State of Delaware and does business throughout the United States. United Technologies has its principal place of business at 8 Farm Springs Road, Farmington, Connecticut 06032.

372.    United Technologies designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, sold, and/or otherwise handled and/or

used AFFF containing PFAS that are the subject of this Complaint. Further, Defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

373.    Defendant UTC Fire & Security Americas Corporation, Inc. (f/k/a GE Interlogix, Inc.) ("UTC") is a North Carolina corporation and does business throughout the United States. UTC has principal place of business at 3211 Progress Drive, Lincolnton, North Carolina 28092. Upon information and belief, Kidde-Fenwal, Inc. is part of the UTC Climate Control & Security unit of United Technologies Corporation.

374.    UTC designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, sold, and/or otherwise handled and/or used AFFF containing PFAS that are the subject of this Complaint. Further, Defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

375.    When reference is made in this Complaint to any act or omission of any of Defendants, it shall be deemed that the officers, directors, agents, employees, or representatives of Defendants committed or authorized such act or omission, or failed to adequately supervise or properly control or direct their employees while engaged in the management, direction, operation, or control of the affairs of Defendants, and did so while acting within the scope of their duties, employment or agency.

376.    The term "AFFF Defendant" or "AFFF Defendants" refers to all Defendants named herein who designed, marketed, developed, manufactured, distributed, released, trained users,

produced instructional materials, promoted, sold and/or otherwise handled and/or used AFFF containing PFAS that are used in firefighting training and response exercises which are the subject of this complaint, jointly and severally, unless otherwise stated.

377.    The term "DuPont Defendant" or "DuPont Defendants" refers to Defendants Chemours Company FC, LLC, Du Pont de Nemours INC., E.I. DuPont de Nemours and Company, & The Chemours Company.

## **FACTUAL ALLEGATIONS**

378.    Aqueous film-forming foam or AFFF is a combination of chemicals used to extinguish hydrocarbon fuel-based fires.

379.    AFFF-containing fluorinated surfactants have better firefighting capabilities than water due to their surfactant-tension lowering properties which allow the compound(s) to extinguish fire by smothering, ultimately starving it of oxygen.

380.    AFFF is a Class-B firefighting foam. It is mixed with water and used to extinguish fires that are difficult to fight, particularly those that involve petroleum or other flammable liquids.

381.    AFFF Defendants designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold, and/or otherwise handled AFFF containing toxic PFAS or underlying PFAS containing chemicals used in AFFF production that were used by entities around the country, including military, county, and municipal firefighting departments.

382.    AFFF Defendants have each designed, marketed, developed, manufactured, distributed, released, trained users on, produced instructional materials for, sold, and/or otherwise handled and/or used AFFF containing PFAS, in such a way as to cause the contamination of

Plaintiffs' blood and/or body with PFAS, and the resultant biopersistence and bioaccumulation of such PFAS in the blood and/or body of Plaintiffs.

383.    AFFF was introduced commercially in the mid-1960s and rapidly became the primary firefighting foam in the United States and in other parts of the world. It contains PFAS, which are highly fluorinated synthetic chemical compounds whose family include PFOS and PFOA.

384.    PFAS are a family of chemical compounds containing fluorine and carbon atoms.

385.    PFAS have been used for decades in the manufacture of AFFF. The PFAS family of chemicals are entirely human-made and do not naturally occur or otherwise exist.

386.    Prior to commercial development and large-scale manufacture and use of AFFF containing PFAS, no such PFAS had been found or detected in human blood.

A.    **AFFF / PFAS Hazardous Effects on Humans**

387.    AFFF and its components are associated with a wide variety of adverse health effects in humans.

388.    Exposure to AFFF Defendants' products has been linked to serious medical conditions including, but not limited to, kidney cancer, testicular cancer, liver cancer, testicular tumors, pancreatic cancer, prostate cancer, leukemia, lymphoma, bladder cancer, thyroid disease and infertility.

389.    By at least the end of the 1960s, animal toxicity testing performed by some Defendants manufacturing and/or using PFAS indicated that exposure to such materials, including at least PFOA, resulted in various adverse health effects among multiple species of laboratory animals, including toxic effects to the liver, testes, adrenals, and other organs and bodily systems.

390.    By at least the end of the 1960s, additional research and testing performed by some Defendants manufacturing and/or using PFAS indicated that such materials, including at least PFOA, because of their unique chemical structure, were resistant to environmental degradation and would persist in the environment essentially unaltered if allowed to enter the environment.

391.    By at least the end of the 1970s, additional research and testing performed by some Defendants manufacturing and/or using PFAS indicated that one or more such materials, including at least PFOA and PFOS, because of their unique chemical structure, would bind to proteins in the blood of animals and humans exposed to such materials where such materials would remain and persist over long periods of time and would accumulate in the blood/body of the exposed individuals with each additional exposure.

392.    By at least the end of the 1980s, additional research and testing performed by some Defendants manufacturing and/or using PFAS indicated that at least one such PFAS, PFOA, had caused Leydig cell (testicular) tumors in a chronic cancer study in rats, resulting in at least one such Defendant, DuPont, classifying such PFAS internally as a confirmed animal carcinogen and possible human carcinogen.

393.    It was understood by AFFF Defendants by at least the end of the 1980s that a chemical that caused cancer in animal studies must be presumed to present a cancer risk to humans, unless the precise mechanism of action by which the tumors were caused was known and would not occur in humans.

394.    By at least the end of the 1980s, scientists had not determined the precise mechanism of action by which any PFAS caused tumors. Therefore, scientific principles of carcinogenesis classification mandated AFFF Defendants presume any such PFAS material that caused tumors in animal studies could present a potential cancer risk to exposed humans.

395.    By at least the end of the 1980s, additional research and testing performed by some Defendants manufacturing and/or using PFAS, including at least DuPont, indicated that elevated incidence of certain cancers and other adverse health effects, including elevated liver enzymes and birth defects, had been observed among workers exposed to such materials, including at least PFOA, but such data was not published, provided to governmental entities as required by law, or otherwise publicly disclosed at the time.

396.    By at least the end of the 1980s, some Defendants, including at least 3M and DuPont, understood that, not only did PFAS, including at least PFOA and PFOS, get into and persist and accumulate in the human blood and in the human body, but that once in the human body and blood, particularly the longer-chain PFAS, such as PFOS and PFOA, had a long half-life. Meaning that it would take a very long time before even half of the material would start to be eliminated, which allowed increasing levels of the chemicals to build up and accumulate in the blood and/or body of exposed individuals over time, particularly if any level of exposure continued.

397.    By at least the end of the 1990s, additional research and testing performed by some Defendants manufacturing and/or using PFAS, including at least 3M and DuPont, indicated that at least one such PFAS, PFOA, had caused a triad of tumors (Leydig cell (testicular), liver, and pancreatic) in a second chronic cancer study in rats.

398.    By at least the end of the 1990s, the precise mechanism(s) of action by which any PFAS caused each of the tumors found in animal studies had still not been identified, mandating that AFFF Defendants continue to presume that any such PFAS that caused such tumors in animal studies could present a potential cancer risk to exposed humans.

399.    By at least 2010, additional research and testing performed by some Defendants manufacturing and/or using PFAS, including at least 3M and DuPont, revealed multiple potential adverse health impacts among workers exposed to such PFAS, including at least PFOA, such as increased cancer incidence, hormone changes, lipid changes, and thyroid and liver impacts.

400.    When the United States Environmental Protection Agency ("USEPA") and other state and local public health agencies and officials first began learning of PFAS exposure in the United States and potential associated adverse health effects, AFFF Defendants repeatedly assured and represented to such entities and the public that such exposure presented no risk of harm and were of no significance.

401.    After the USEPA and other entities began asking Defendants to stop manufacturing and/or using certain PFAS, AFFF Defendants began manufacturing and/or using and/or began making and/or using more of certain other and/or "new" PFAS, including PFAS materials with six or fewer carbons, such as GenX (collectively "Short-Chain PFAS").

402.    AFFF Defendants manufacturing and/or using Short-Chain PFAS, including at least DuPont and 3M, are aware that one or more such Short-Chain PFAS materials also have been found in human blood.

403.    By at least the mid-2010s, AFFF Defendants, including at least DuPont and Chemours, were aware that at least one Short-Chain PFAS had been found to cause the same triad of tumors (Leydig (testicular), liver, and pancreatic) in a chronic rat cancer study as had been found in a chronic rat cancer study with a non-Short-Chain PFAS.

404.    Research and testing performed by and/or on behalf of AFFF Defendants making and/or using Short-Chain PFAS indicates that such Short-Chain PFAS materials present the same,

similar, and/or additional risks to human health as had been found in research on other PFAS materials, including cancer risk.

405.    Nevertheless, AFFF Defendants repeatedly assured and represented to governmental entities and the public (and continue to do so) that the presence of PFAS, including Short-Chain PFAS, in human blood at the levels found within the United States present no risk of harm and is of no legal, toxicological, or medical significance of any kind.

406.    At all relevant times, AFFF Defendants, individually and/or collectively, possessed the resources and ability but have intentionally, purposefully, recklessly, and/or negligently chosen not to fund or sponsor any study, investigation, testing, and/or other research of any kind of the nature that AFFF Defendants claim is necessary to confirm and/or prove that the presence of any one and/or combination of PFAS in human blood causes any disease and/or adverse health impact of any kind in humans, presents any risk of harm to humans, and/or is of any legal, toxicological, or medical significance to humans, according to standards AFFF Defendants deem acceptable.

407.    Even after an independent science panel, known as the "C8 Science Panel," publicly announced in the 2010s that human exposure to 0.05 parts per billion or more of one PFAS, PFOA, had "probable links" with certain human diseases, including kidney cancer, testicular cancer, ulcerative colitis, thyroid disease, preeclampsia, and medically-diagnosed high cholesterol, AFFF Defendants repeatedly assured and represented to governmental entities, their customers, and the public (and continue to do so) that the presence of PFAS in human blood at the levels found within the United States presents no risk of harm and is of no legal, toxicological, or medical significance of any kind, and have represented to and assured such governmental entities, their customers, and the public (and continue to do so) that the work of the independent C8 Science Panel was inadequate.

408.    At all relevant times, AFFF Defendants shared and/or should have shared among themselves all relevant information relating to the presence, biopersistence, and bioaccumulation of PFAS in human blood and associated toxicological, epidemiological, and/or other adverse effects and/or risks.

409.    As of the present date, blood serum testing and analysis by AFFF Defendants, independent scientific researchers, and/or government entities has confirmed that PFAS materials are clinically demonstrably present in approximately 99% of the current population of the United States.

410.    There is no naturally-occurring "background," normal, and/or acceptable level or rate of any PFAS in human blood, as all PFAS detected and/or present in human blood is present and/or detectable in such blood as a direct and proximate result of the acts and/or omissions of Defendants.

411.    At all relevant times, Defendants, through their acts and/or omissions, controlled, minimized, trivialized, manipulated, and/or otherwise influenced the information that was published in peer-review journals, released by any governmental entity, and/or otherwise made available to the public relating to PFAS in human blood and any alleged adverse impacts and/or risks associated therewith, effectively preventing Plaintiffs from discovering the existence and extent of any injuries/harm as alleged herein.

412.    At all relevant times, Defendants, through their acts and/or omissions, took steps to attack, challenge, discredit, and/or otherwise undermine any scientific studies, findings, statements, and/or other information that proposed, alleged, suggested, or even implied any potential adverse health effects or risks and/or any other fact of any legal, toxicological, or medical significance associated with the presence of PFAS in human blood.

413.    At all relevant times, Defendants, through their acts and/or omissions, concealed and/or withheld information from their customers, governmental entities, and the public that would have properly and fully alerted Plaintiffs to the legal, toxicological, medical, or other significance and/or risk from having any PFAS material in Plaintiffs' blood.

414.    At all relevant times, Defendants encouraged the continued and even further increased use of PFAS by their customers and others, including but not limited to the manufacture, use, and release, of AFFF containing PFAS and/or emergency responder protection gear or equipment coated with materials made with or containing PFAS, and tried to encourage and foster the increased and further use of PFAS in connection with as many products/uses/and applications as possible, despite knowledge of the toxicity, persistence, and bioaccumulation concerns associated with such activities.

415.    To this day, Defendants deny that the presence of any PFAS in human blood, at any level, is an injury or presents any harm or risk of harm of any kind, or is otherwise of any legal, toxicological, or medical significance.

416.    To this day, Defendants deny that any scientific study, research, testing, or other work of any kind has been performed that is sufficient to suggest to the public that the presence of any PFAS material in human blood, at any level, is of any legal, toxicological, medical, or other significance.

417.    Defendants, to this day, affirmatively assert and represent to governmental entities, their customers, and the public that there is no evidence that any of the PFAS found in human blood across the United States causes any health impacts or is sufficient to generate an increased risk of future disease sufficient to warrant diagnostic medical testing, often referring to existing

studies or data as including too few participants or too few cases or incidents of disease to draw any scientifically credible or statistically significant conclusions.

418.    Defendants were and/or should have been aware, knew and/or should have known, and/or foresaw or should have foreseen that their design, marketing, development, manufacture, distribution, release, training and response of users, production of instructional materials, sale and/or other handling and/or use of AFFF containing PFAS would result in the contamination of the blood and/or body of Plaintiffs with PFAS, and the biopersistence and bioaccumulation of such PFAS in their blood and/or body.

419.    Defendants were and /or should have been aware, or knew and/or should have known, and/or foresaw or should have foreseen that allowing PFAS to contaminate the blood and/or body of Plaintiffs would cause injury, irreparable harm, and/or unacceptable risk of such injury and/or irreparable harm to Plaintiffs.

420.    Defendants did not seek or obtain permission or consent from Plaintiffs before engaging in such acts and/or omissions that caused, allowed, and/or otherwise resulted in Plaintiffs' exposure to AFFF and the contamination of Plaintiffs' blood and/or body with PFAS materials, and resulting biopersistence and bioaccumulation of such PFAS in their blood and/or body.

**B.    Defendants' History of Manufacturing and Selling AFFF**

421.    3M began producing PFOS and PFOA by electrochemical fluorination in the 1940s. In the 1960s, 3M used its fluorination process to develop AFFF.

422.    3M manufactured, marketed, and sold AFFF from the 1960s to the early 2000s.

423.    National Foam and Tyco/Ansul began to manufacture, market, and sell AFFF in the 1970s.

424.    Buckeye began to manufacture, market, and sell AFFF in the 2000s.

425.    In 2000, 3M announced it was phasing out its manufacture of PFOS, PFOA, and related products, including AFFF. 3M, in its press release announcing the phase out, stated "our products are safe," and that 3M's decision was "based on [its] principles of responsible environment management." 3M further stated that "the presence of these materials at [] very low levels does not pose a human health or environmental risk." In communications with the EPA at that time, 3M also stated that it had "concluded that…other business opportunities were more deserving of the company's energies and attention…"

426.    Following 3M's exit from the AFFF market, the remaining AFFF Defendants continued to manufacture and sell AFFF that contained PFAS and/or its precursors.

427.    AFFF Defendants knew their customers warehoused large stockpiles of AFFF. In fact, AFFF Defendants marketed their AFFF products by touting its shelf-life. Even after AFFF Defendants fully understood the toxicity of PFAS, and their impacts to the health of humans following exposure, AFFF Defendants concealed the true nature of PFAS. While AFFF Defendants phased out production or transitioned to other formulas, they did not instruct their customers that they should not use AFFF that contained PFAS and/or their precursors. AFFF Defendants further did not act to get their harmful products off the market.

428.    AFFF Defendants did not warn public entities, firefighter trainees who they knew would foreseeably come into contact with their AFFF products, or firefighters employed by either civilian and/or military employers that use of and/or exposure to AFFF Defendants' products containing PFAS and/or its precursors would pose a danger to human health.

429.    Plaintiffs were exposed to PFAS contamination, directly through contaminated drinking water.

430. Plaintiffs were never informed that the water was dangerous. Nor were Plaintiffs warned about the known health risks associated with Defendants' PFAS chemicals.

431. Plaintiffs never received instruction to avoid drinking the water.

432. Defendants have known of the health hazards associated with PFAS and/or its compounds for decades and that in their intended and/or common use would harm human health.

433. Information regarding PFAS and its compounds were readily accessible to Defendants for decades because each is an expert in the field of PFAS manufacturing and/or the materials needed to manufacture PFAS, and each has detailed information and understanding about the chemical compounds that form PFAS products.

434. Defendants' manufacture, storage, and release of PFAS resulted in Plaintiffs and other individuals who came in contact with the chemicals to develop cancer.

435. Defendants, through their manufacturing, storing, and inappropriate releases of PFAS, knew, foresaw, and/or should have known and/or foreseen that Plaintiffs and those similarly situated would be harmed.

436. Defendants' products were unreasonably dangerous, and Defendants failed to warn of this danger.

## CAUSES OF ACTION

## COUNT I – NEGLIGENCE

437. Plaintiffs hereby incorporate by reference the allegations contained in the preceding paragraphs of this Complaint as if restated in full herein.

438. Negligence may exist both as an omission as well as an affirmative act. A claim of negligence allows for the recovery for an injury that was proximately caused by another's violation of a duty of reasonable care.

439.    Here, Defendants, as owners and operators of business(es) at sites that managed, stored, used and disposed of toxic contaminants and solvents, owed Plaintiffs a cognizable duty to exercise reasonable care in the storage, transportation, and disposal of toxic chemicals including but not limited to the contaminants, and in the maintenance of their tools and equipment used for such acts.

440.    Defendants breached their duty of reasonable care which a reasonably prudent person should use under the circumstances by causing and/or allowing and/or failing to prevent the releases of PFAS chemicals into the water in and around the sites and the surrounding neighborhoods, where they caused toxic exposure to Plaintiffs and the contamination of their homes and/or places of work.

441.    The releases of PFAS and PFAS byproducts into groundwater and drinking water is the proximate and legal cause of the injuries suffered by Plaintiffs to their health and wellbeing.

442.    Defendants breached that duty by failing to timely notify Plaintiffs of the releases of PFAS.

443.    As a direct and proximate result of Defendants' negligence, Plaintiffs have been injured, sustained severe and permanent pain, suffering, disability, impairment, loss of enjoyment of life, loss of care, comfort, economic loss and damages including, but not limited to medical expenses, lost income, and/or other damages.

444.    Defendants breached their duty by failing to act reasonably to remediate, contain, and eliminate the contamination before it injured Plaintiffs.

445.    Defendants had a legal duty to properly remediate the contamination from their activities at the sites and had full knowledge of the extent of the contamination and the threat it poses to human health and safety.

WHEREFORE, Plaintiffs pray for judgments against Defendants for actual, compensatory, consequential, and punitive damages, together with the costs of this action, and for such other and further relief as this Court may deem fit, just, and proper.

## <u>COUNT II – BATTERY</u>

446.     Plaintiffs hereby incorporate by reference the allegations contained in the preceding paragraphs of this Complaint as if restated in full herein.

447.     At all relevant times, Defendants possessed knowledge that the PFAS which they designed, engineered, manufactured, fabricated, sold, handled, released, trained users on, produced instructional materials for, used, and/or distributed were bio- persistent, bio-accumulative, toxic, potentially carcinogenic, and/or otherwise harmful/injurious and that their continued manufacture, use, sale, handling, release, and distribution would result in Plaintiffs having PFAS in Plaintiffs' blood, and the biopersistence and bioaccumulation of such PFAS in Plaintiffs' blood.

448.     However,     despite     possessing     such     knowledge,     Defendants     knowingly, purposefully, and/or intentionally continued to engage in such acts and/or omissions, including but not limited to all such acts and/or omissions described in this Complaint, that continued to result in Plaintiffs accumulating PFAS in Plaintiffs' blood and/or body, and such PFAS persisting and accumulating in Plaintiffs' blood and/or body.

449.     Defendants did not seek or obtain permission or consent from Plaintiffs to put or allow PFAS materials into Plaintiffs' blood and/or body, or to persist in and/or accumulate in Plaintiffs' blood and/or body.

450.     Entry into, persistence in, and accumulation of such PFAS in Plaintiffs' body and/or blood without permission or consent is an unlawful and harmful and/or offensive physical invasion

and/or contact with Plaintiffs' person and unreasonably interferes with Plaintiffs' rightful use and possession of Plaintiffs' blood and/or body.

451.     At all relevant times, the PFAS present in the blood of Plaintiffs originated from Defendants' acts and/or omissions.

452.     Defendants continue to knowingly, intentionally, and/or purposefully engage in acts and/or omissions that result in the unlawful and unconsented-to physical invasion and/or contact with Plaintiffs that resulted in persisting and accumulating levels of PFAS in Plaintiffs' blood.

453.     Plaintiffs, and any reasonable person, would find the contact at issue harmful and/or offensive.

454.     Defendants acted intentionally with the knowledge and/or belief that the contact, presence and/or invasion of PFAS with, onto and/or into Plaintiffs' blood serum, including its persistence and accumulation in such serum, was substantially certain to result from those very acts and/or omissions.

455.     Defendants' intentional acts and/or omissions resulted directly and/or indirectly in harmful contact with Plaintiffs' blood and/or body.

456.     The continued presence, persistence, and accumulation of PFAS in the blood and/or body of Plaintiffs is offensive, unreasonable, and/or harmful, and thereby constitutes a battery.

457.     The presence of PFAS in the blood and/or body of Plaintiffs altered the structure and/or function of such blood and/or body parts and resulted in cancer.

458.     As a direct and proximate result of the foregoing acts and omissions, Plaintiffs suffered physical injury for which Defendants are therefore liable.

WHEREFORE, Plaintiffs pray for judgments against Defendants for actual, compensatory, consequential, and punitive damages, together with the costs of this action, and for such other and further relief as this Court may deem fit, just, and proper.

## <u>COUNT III – ABNORMALLY DANGEROUS ACTIVITY</u>

459.     Plaintiffs hereby incorporate by reference the allegations contained in the preceding paragraphs of this Complaint as if restated in full herein.

460.     Activities such as the disposal of hazardous chemical waste as is the case herein constitutes an abnormally dangerous activity for which strict liability will apply.

461.     Defendants' aforesaid failure to employ reasonable care which a reasonably prudent person should use under the circumstances by storing, transporting, disposing of, or otherwise handling toxic substances, including PFAS, constitutes ultra-hazardous and abnormally dangerous activities involving ultra-hazardous, abnormally dangerous substances.

462.     Defendants allowed or caused these ultra-hazardous and abnormally dangerous substances to be released into the surrounding land, groundwater, and river, and in doing so, failed to warn Plaintiffs of the dangerous condition that was caused thereby.

463.     The risks posed by such activities outweigh any value associated with the same. As the result of said ultra-hazardous and abnormally dangerous activities, Plaintiffs have suffered damages and imminent, substantial, and impending harm to their health and families. Plaintiffs have expended and will be forced to expend significant resources to address their injuries caused by the contamination indefinitely for years and decades into the future.

464.     By reason of the foregoing, Defendants are strictly liable in tort for the damages sustained by Plaintiffs.

WHEREFORE, Plaintiffs pray for judgments against Defendants for actual, compensatory, consequential, and punitive damages, together with the costs of this action, and for such other and further relief as this Court may deem fit, just, and proper.

## **COUNT IV – FRAUDULENT CONCEALMENT**

465.    Plaintiffs hereby incorporate by reference the allegations contained in the preceding paragraphs of this Complaint as if restated in full herein.

466.    Throughout the relevant time period, Defendants knew that PFAS was defective and unreasonably unsafe for their intended purpose.

467.    Defendants fraudulently concealed from and/or failed to disclose to or warn Plaintiffs, and the public that PFAS was defective, unsafe, and unfit for the purposes intended.

468.    Defendants were under a duty to Plaintiffs and the public to disclose and warn of the defective and harmful nature of PFAS because:

a) Defendants were in a superior position to know the true quality, safety and efficacy of Defendants' products;

b) Defendants knowingly made false claims about the safety and quality of Defendants' product in documents and marketing materials; and

c) Defendants fraudulently and affirmatively concealed the defective nature of Defendants' products from Plaintiffs.

469.    The facts concealed and/or not disclosed by Defendants to Plaintiffs were material facts that a reasonable person would have considered to be important.

470.    Defendants intentionally concealed and/or failed to disclose the true defective nature of PFAS so that Plaintiffs would use Defendants' products, Plaintiffs justifiably acted or relied upon, to Plaintiffs' detriment, the concealed and/or non-disclosed facts.

471.    Defendants, by concealment or other action, intentionally prevented Plaintiffs from acquiring material information regarding the lack of safety and effectiveness of PFAS and are

subject to the same liability to Plaintiffs for Plaintiffs' pecuniary losses, as though Defendants had stated the non-existence of such material information regarding PFAS's lack of safety and effectiveness and dangers and defects, and as though Defendants had affirmatively stated the non-existence of such matters that Plaintiffs was thus prevented from discovering the truth.

472. Defendants therefore have liability for fraudulent concealment under all applicable laws, including, inter alia, Restatement (Second) of Torts §550 (1977).

473. As a proximate result of Defendants' conduct, Plaintiffs have been injured, and sustained severe and permanent pain, suffering, disability, impairment, loss of enjoyment of life, loss of care, comfort, and economic damages.

WHEREFORE, Plaintiffs pray for judgments against Defendants for actual, compensatory, consequential, and punitive damages, together with the costs of this action, and for such other and further relief as this Court may deem fit, just, and proper.

## COUNT V – NUISANCE

474. Plaintiffs hereby incorporate by reference the allegations contained in the preceding paragraphs of this Complaint as if restated in full herein.

475. Under a cause of action for private nuisance, Parties may be subject to liability for environmental contamination if their conduct invades another's private use and enjoyment of land and if such invasion is: 1) intentional and unreasonable; 2) negligent or reckless; or 3) actionable under the rules governing liability for abnormally dangerous conditions or activities.

476. Defendants own, occupy, control and/or still own, occupy and control their real property in such a way as to create and/or maintain and continue a dangerous and/or hazardous condition.

477.    At all times mentioned herein, Defendants had knowledge and/or notice of the dangerous condition that the PFAS presented and failed to take reasonable acts to clean up, correct, or remediate that condition.

478.    Additionally, Defendants owed a duty to Plaintiffs to take reasonable action to eliminate, correct, or remedy any dangerous that was reasonably foreseeable to injure Plaintiffs and of which they had knowledge and/or notice.

479.    Defendants breached these duties by negligently, willfully, and/or wantonly creating a dangerous condition on their property by allowing massive quantities toxic PFAS to be spilled, disposed of, or otherwise released into the ground, soil, and groundwater. This dangerous condition is reasonably foreseeable to cause injury and damage to Plaintiffs due to the size and nature of the releases of the contaminants.

480.    WHEREFORE, Plaintiffs pray for judgments against Defendants for actual, compensatory, consequential, and punitive damages, together with the costs of this action, and for such other and further relief as this Court may deem fit, just, and proper.

## COUNT VI – WANTONNESS

481.    Plaintiffs hereby incorporate by reference the allegations contained in the preceding paragraphs of this Complaint as if restated in full herein.

482.    Defendants and their employees, agents, officers, and representatives owed a duty of care to everyone in the surrounding communities, including Plaintiffs.

483.    Defendants breached the duty of care owed to Plaintiffs.

484.    The actions of Defendants and their employees, agents, officers, and representatives were willful and wanton and exhibited a reckless disregard for the life, health, and safety of those exposed to Defendants' PFAS, including Plaintiffs.

485.    As a proximate and foreseeable consequence of the actions of Defendants, Plaintiffs were exposed to unreasonably dangerous toxic PFAS, which caused Plaintiffs' injuries.

486.    WHEREFORE, Plaintiffs pray for judgments against Defendants for actual, compensatory, consequential, and punitive damages, together with the costs of this action, and for such other and further relief as this Court may deem fit, just, and proper.

## COUNT VII – STRICT LIABILITY (STATUTORY)

487.    Plaintiffs hereby incorporate by reference the allegations contained in the preceding paragraphs of this Complaint as if restated in full herein.

488.    Plaintiffs assert any and all remedies available under statutory causes of action from Plaintiffs' states for strict liability against each Defendant.

489.    Defendants were engaged in designing, manufacturing, marketing, selling, and distribution of PFAS products.

490.    The PFAS products were in a defective condition and unreasonably dangerous to users and/or consumers when designed, manufactured, marketed, sold, and/or distributed to the public by Defendants.

491.    As a direct and proximate result of Defendants products' aforementioned defects, Plaintiffs have been injured, sustained severe and permanent pain, suffering, disability, impairment, loss of enjoyment of life, loss of care, comfort, economic loss and damages including, but not limited to medical expenses, lost income, and other damages.

492.    Defendants are strictly liable in tort to Plaintiffs for their wrongful conduct.

WHEREFORE, Plaintiffs pray for judgments against Defendants for actual, compensatory, consequential, and punitive damages, together with the costs of this action, and for such other and further relief as this Court may deem fit, just, and proper.

## COUNT VIII – STRICT LIABILITY (RESTATEMENT)

493.    Plaintiffs hereby incorporate by reference the allegations contained in the preceding paragraphs of this Complaint as if restated in full herein.

494.    Plaintiffs bring strict product liability claims under the common law, Section 402A of the Restatement of Torts (Second), and/or Restatement of Torts (Third) against Defendants.

495.    As designed, manufactured, marketed, tested, assembled, equipped, distributed and/or sold by Defendants the PFAS product was in a defective and unreasonably dangerous condition when put to reasonably anticipated use to foreseeable consumers and users, including Plaintiffs.

496.    Defendants had available reasonable alternative designs which would have made the PFAS product safer and would have most likely prevented the injuries and damages to Plaintiffs, thus violating state law and the Restatement of Torts.

497.    Defendants failed to properly and adequately warn and instruct Plaintiffs as to the proper safety and use of Defendants' products.

498.    Defendants failed to properly and adequately warn and instruct Plaintiffs regarding the inadequate research and testing of the products.

499.    Defendants' products are inherently dangerous and defective, unfit and unsafe for their intended and reasonably foreseeable uses, and do not meet or perform to the expectations.

500.    As a proximate result of Defendants' design, manufacture, marketing, sale, and distribution of the products, Plaintiffs have been injured and sustained severe and permanent pain, suffering, disability, impairment, loss of enjoyment of life, loss of care, comfort, and consortium, and economic damages.

501.    By reason of the foregoing, Defendants are strictly liable for the injuries and damages suffered by Plaintiffs caused by these defects in the PFAS products.

WHEREFORE, Plaintiffs pray for judgments against Defendants for actual, compensatory, consequential, and punitive damages, together with the costs of this action, and for such other and further relief as this Court may deem fit, just, and proper.

## COUNT IX – INADEQUATE WARNING

502.    Plaintiffs hereby incorporate by reference the allegations contained in the preceding paragraphs of this Complaint as if restated in full herein.

503.    Defendants knew or should have known:

   a)   exposure to products containing PFAS was hazardous to human health;

   b)   the manner in which they were designing, marketing, developing, manufacturing, distributing, releasing, training, instructing, promoting, and selling products containing PFAS was hazardous to human health; and

   c)   the manner in which they were designing, marketing, developing, manufacturing, marketing, distributing, releasing, training, instructing, promotion and selling products containing PFAS would result in the contamination of Plaintiffs' blood and/or body as a result of exposure.

504.    Defendants had a duty to warn of the hazards associated with products containing PFAS entering the blood and/or body of Plaintiffs because they knew of the dangerous, hazardous, and toxic properties of products containing PFAS.  Defendants failed to provide sufficient warning to purchasers that the use of their PFAS products would cause PFAS to be released and cause the exposure and bioaccumulation of these toxic chemicals in the blood and/or body of Plaintiffs.

505.    Adequate instructions and warnings on the products containing PFAS could have reduced or avoided these foreseeable risks of harm and injury to Plaintiffs. If Defendants provided adequate warnings:

a) Plaintiffs could have and would have taken measures to avoid or lessen exposure; and

b) end users and governments could have taken steps to reduce or prevent the release of PFASs into the blood and/or body of Plaintiffs. Defendants' failure to warn was a direct and proximate cause of Plaintiffs' injuries from PFAS that came from the use, storage, and disposal of products containing PFAS. Crucially, Defendants' failure to provide adequate and sufficient warnings for the products containing PFAS they designed, marketed, manufactured, distributed, released, promoted, and sold renders the PFAS products as defective products.

506.    Defendants were negligent in their failure to provide Plaintiffs with adequate warnings or instruction that the use of their PFAS products would cause PFAS to be released into the blood and/or body of Plaintiffs. As a result of Defendants' conduct and the resulting contamination, Plaintiffs suffered severe personal injuries by exposure to products containing PFAS.

507.    Defendants' negligent failure to warn directly and proximately caused the harm to and damages suffered by Plaintiffs.

WHEREFORE, Plaintiffs pray for judgments against Defendants for actual, compensatory, consequential, and punitive damages, together with the costs of this action, and for such other and further relief as this Court may deem fit, just, and proper.

## COUNT X - FRAUDULENT TRANSFER, 6 Del. C. § 1304
### (DUPONT DEFENDANTS)

508.    Plaintiffs reallege and reaffirm each and every allegation set forth in all preceding paragraphs as if fully restated herein.

509.    Under Delaware Code Title 6, § 1304:

(a) A transfer made or obligation incurred by a debtor is fraudulent as to a creditor, whether the creditor's claim arose before or after the transfer was made or the obligation was incurred, if the debtor made the transfer or incurred the obligation:

(1) With actual intent to hinder, delay or defraud any creditor of the debtor; or

(2) Without receiving a reasonably equivalent value in exchange for the transfer or obligation, and the debtor:

    a.  Was engaged or was about to engage in a business or a transaction for which the remaining assets of the debtor were unreasonably small in relation to the business or transaction; or

    b.  Intended to incur, or believed or reasonably should have believed that the debtor would incur, debts beyond the debtor's ability to pay as they became due.

510.    Plaintiffs are a "Creditor" possessing "Claims" against the DuPont Defendants as those terms are defined in Delaware Code Title 6, § 1301.

511.    The DuPont Defendants have acted with actual intent to hinder, delay, and defraud DuPont's creditors.

512.    Assets and liabilities were transferred between the DuPont Defendants, whereby certain DuPont Defendants did not receive a reasonably equivalent value in exchange for the transfer and they were engaged in or about to engage in a business for which the remaining assets were unreasonably small and/or they intended to incur or reasonably should have believed that they would incur debts beyond their ability to pay as the debts became due.

513.    On information and belief, the DuPont Defendants engaged in a complicated restructuring of DuPont for the purpose of shielding assets from creditors such as Plaintiffs, with claims related to PFAS contamination.

514.    On information and belief, at the time of this restructuring, DuPont knew that its liabilities related to PFAS were likely in the billions of dollars.

515.    In the initial step of restructuring, DuPont formed Chemours in 2015 as a wholly owned subsidiary. In July 2015, DuPont spun off Chemours, transferring DuPont's Performance Chemicals Unit along with a vast amount of environmental liabilities – including all those related

to PFAS.  As part of the transfer, Chemours transferred valuable assets to DuPont, including a $3.9 billion dividend to DuPont stockholders, for which Chemours incurred additional debt to pay.

516.    On information and belief, the Chemours spin-off was not bargained at arm's length. At the time of the spin off, Chemours had a separate board, but was controlled by DuPont employees.

517.    On information and belief, DuPont transferred to Chemours a disproportionately small allocation of assets to cover debts and liabilities. Dupont transferred less than 20% of its business line, but over 66% of its environmental liabilities and 90% of DuPont's pending litigation. These liabilities were taken on by Chemours in addition to the $3.9 billion in debt it assumed to pay a dividend to DuPont's shareholders. As a result, Chemours did not receive reasonably equivalent value in exchange for the transfer of debts and obligations from DuPont.

518.    In its valuation, DuPont purposefully undervalued the potential maximum liability from the PFAS liabilities it transferred to Chemours. At the time of the spin-off, DuPont had been sued threatened with lawsuits, and had knowledge of forthcoming litigation regarding DuPont's liabilities for damages and injuries from the manufacture, sale, and worldwide use of PFAS containing products. DuPont and Chemours knew or should have known that Chemours would incur debts beyond its ability to pay as they came due.

519.    In further restructuring, DuPont sought to further protect its assets from PFAS liabilities by first merging itself with Dow and then separating its now comingled assets among three newly created companies: DowDuPont, Inc. ("DowDuPont") (which later became New DuPont); Dow, Inc. ("New Dow"), and Corteva.

520.    As a result of the merger, Dow and DuPont became wholly owned subsidiaries of DowDupont. On information and belief, after the merger, DowDupont underwent a hidden internal

reorganization with the net effect being the transfer of a substantial portion of its valuable assets to DowDupont for less than the assets were worth. On information and belief, the transactions were intended to frustrate and hinder creditors with claims against DuPont, including with respect to PFAS liabilities.

521.    As a result of this internal organization, all of Dow and DuPont's assets were reshuffled into three divisions: the Agriculture Business, the Specialty Products Business, and the Material Sciences Business.

522.    On June 1, 2019, the DuPont Defendants completed the final step of the restructuring by spinning off two newly publicly traded entities, Corteva and New Dow. Generally, the assets related to the Agriculture Business division were allocated to Corteva; assets related to the Material Science Business were allocated to New Dow; and the assets related to the Specialty Products Business remained with DowDupont, which then became New DuPont. DuPont became a wholly owned subsidiary of Corteva.

523.    On information and belief, Corteva and New DuPont assumed responsibility for some of DuPont's historic PFAS liabilities.

524.    On information and belief, during the restructuring, DuPont's assets were transferred to Corteva and New DuPont for far less than their actual value. At the end of these transactions, DuPont divested approximately half of its tangible assets, totaling roughly $20 billion.

525.    The net result of the restructuring was to move DuPont's extensive PFAS liabilities to an underfunded company, Chemours, and to further shield DuPont's extensive assets by merging them with Dow's assets and then transferring them to Corteva and New DuPont for far less than their value.

526.     Plaintiffs have been harmed by these transactions, which were designed to shield assets from creditors such as Plaintiffs, which have been damaged by DuPont's conduct.

527.     Plaintiffs are entitled to void these transactions and to recover property or value transferred under 6 Del. C. § 1307.

## TOLLING OF THE STATUTE OF LIMITATIONS

### Discovery Rule Tolling

528.     Plaintiffs had no way of knowing about the risk of serious injury associated with the use of and exposure to PFAS until very recently.

529.     Within the time period of any applicable statute of limitations, Plaintiffs could not have discovered, through the exercise of reasonable diligence, that exposure to PFAS is harmful to human health.

530.     Plaintiffs did not discover and did not know of facts that would cause a reasonable person to suspect the risk associated with the use of and exposure to PFAS; nor would a reasonable and diligent investigation by Plaintiffs have disclosed that PFAS could cause personal injury.

531.     For these reasons, all applicable statutes of limitations have been tolled by operation of the discovery rule with respect to Plaintiffs' claims.

### Fraudulent Concealment Tolling

532.     All applicable statute of limitations have also been tolled by Defendants knowing and active fraudulent concealment and denial of the facts alleged herein throughout the time period relevant to this action.

533.     Instead of disclosing critical safety information regarding PFAS, Defendants have consistently and falsely represented the safety of PFAS and PFAS containing products.

534.     This fraudulent concealment continues through present day.

535. Due to this fraudulent concealment, all applicable statutes of limitations have been tolled by operation of the discovery rule with respect to Plaintiffs' claims.

## **Estoppel**

536. Defendants were under a continuous duty to consumers, end users, and other persons coming into contact with their products, including Plaintiffs, to accurately provide safety information concerning its products and the risk associated with the use of and exposure to PFAS.

537. Instead, Defendants knowingly, affirmatively, and actively concealed safety information concerning PFAS and the serious risks associated with the use of and exposure to PFAS.

538. Based on the foregoing, Defendants are estopped from relying on any statute of limitations in defense of this action.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs demand judgments against all Defendants, jointly and severally, on each of the above-referenced claims and causes of action as follows:

a) Awarding compensatory damages to Plaintiffs for past and future damages, including but not limited, to pain and suffering for severe and permanent personal injuries sustained by Plaintiffs, health care costs, medical monitoring, together with interest and costs as provided by law;

b) Punitive and/or exemplary damages for the wanton, willful, fraudulent, and/or reckless acts of Defendants who demonstrated a complete disregard and reckless indifference for the safety and welfare of Plaintiffs and of the general public and to Plaintiffs in an amount sufficient to punish Defendants and deter future similar conduct;

c) Awarding Plaintiffs' attorneys' fees;

d) Awarding Plaintiffs the costs of these proceedings; and

e) Such other and further relief as this Court deems just and proper.

**JURY DEMAND**

Plaintiffs hereby demand a trial by jury.

Respectfully Submitted,

**ASHCRAFT & GEREL, LLP**

By: */s/ R. Bryant McCulley*
R. Bryant McCulley
bmcculley@ashcraftlaw.com
(AL Bar No. 9259R56M)
(USDC D.S.C. Fed. ID No. 14453)

Benjamin H. Joyce
bjoyce@ashcraftlaw.com
(*pro hac vice* application forthcoming)
(USDC D.S.C. Fed. ID No. 11769)

Shane H. Hursh
shursh@ashcraftlaw.com
(*pro hac vice* application forthcoming)
(USDC D.S.C. Fed. ID No. 14446)

701 East Bay Street
Suite 411
Charleston, SC 29403
Telephone: (843) 699-8280

*Attorneys for Plaintiffs*

**SERVE DEFENDANTS AT THE FOLLOWING ADDRESSES BY CERTIFIED MAIL:**

3M COMPANY
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, New Castle, DE 19808

AMEREX CORPORATION
c/o James M. Proctor II
2900 Highway 280
Suite 300
Birmingham, AL 35223

AGC CHEMICALS AMERICAS INC.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

ARCHROMA U.S. INC.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

ARKEMA INC.
900 First Avenue
King of Prussia, PA 19406

BASF CORPORATION
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

BUCKEYE FIRE EQUIPMENT COMPANY
c/o A Haon Corporate Agent, Inc.
29225 Chagrin Blvd
Suite 350
Pepper Pike, OH 44122

CARRIER GLOBAL CORPORATION
United Agent Group Inc.
1521 Concord Pike
Suite 201
Wilmington, DE 19803

CHEMDESIGN PRODUCTS INC.
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, New Castle, DE 19808

CHEMGUARD INC.
c/o The Prentice-Hall Corporation System, Inc.
251 Little Falls Drive
Wilmington, New Castle, DE 19808

CHEMICALS, INC.
c/o Ashok K. Moza
12321 Hatcherville Road
Baytown, TX 77520

CHEMOURS COMPANY FC, LLC
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

CHUBB FIRE, LTD
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

CLARIANT CORPORATION
c/o Corporation Service Company
8040 Excelsior Drive, Suite 400
Madison, WI 53717

CORTEVA, INC.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

DAIKIN AMERICA, INC.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

DEEPWATER CHEMICALS, INC.
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

DUPONT DE NEMOURS, INC.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

DYNAX CORPORATION
c/o Corporate Systems LLC
3500 S. Dupont Highway
Dover, DE 19901

E.I. DUPONT DE NEMOURS AND COMPANY
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

JOHNSON CONTROLS, INC.
c/o Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

KIDDE P.L.C.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

NATION FORD CHEMICAL COMPANY
c/o John A. Dickson, IV
2300 Bank Street
Fort Mill, SC 29715

NATIONAL FOAM, INC.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

PERIMETER SOLUTIONS, LP
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

THE CHEMOURS COMPANY
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 1980

TYCO FIRE PRODUCTS LP
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

UNITED TECHNOLOGIES CORPORATION
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

UTC FIRE & SECURITY AMERICANS CORPORATION, INC.
c/o Registered Office
15720 Brixham Hill Ave
#300
Charlotte, NC 28277



AlaFile E-Notice

01-CV-2025-903180.00

To:  R. BRYANT MCCULLEY
     bmcculley@ashcraftlaw.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following complaint was FILED on 7/31/2025 6:28:17 PM

Notice Date:     7/31/2025 6:28:17 PM

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

To:  AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION TR
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE, 19801

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following complaint was FILED on 7/31/2025 6:28:17 PM

Notice Date:     7/31/2025 6:28:17 PM

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

To:  3M COMPANY  C/O CORPORATION SERVICE COMPANY
     251 LITTLE FALLS DRIVE
     WILMINGTON, NEW CASTLE, DE, 19808

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following complaint was FILED on 7/31/2025 6:28:17 PM

Notice Date:     7/31/2025 6:28:17 PM

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

To:  AMEREX CORPORATION C/O JAMES M. PROCTOR II
2900 HIGHWAY 280
SUITE 300
BIRMINGHAM, AL, 35223

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following complaint was FILED on 7/31/2025 6:28:17 PM

Notice Date:    7/31/2025 6:28:17 PM

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

To:  ARCHROMA U.S. INC. C/O THE CORPORATION TRUST COMPA
     CORPORATION TRUST CENTER
     1209 ORANGE STREET
     WILMINGTON, DE, 19801

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following complaint was FILED on 7/31/2025 6:28:17 PM

Notice Date:    7/31/2025 6:28:17 PM

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

To:   ARKEMA INC
      900 FIRST AVENUE
      KING OF PRUSSIA, PA, 19406

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following complaint was FILED on 7/31/2025 6:28:17 PM

Notice Date:     7/31/2025 6:28:17 PM

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

To:  BASF CORPORATION C/O THE CORPORATION TRUST COMPAN
     CORPORATION TRUST CENTER
     1209 ORANGE STREET
     WILMINGTON, DE, 19801

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following complaint was FILED on 7/31/2025 6:28:17 PM

Notice Date:     7/31/2025 6:28:17 PM

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

To:   BUCKEYE FIRE EQUIPMENT COMPANY C/O A HAON CORPORATI
      29225 CHAGRIN BLVD
      SUITE 350
      PEPPER PIKE, OH, 44122

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following complaint was FILED on 7/31/2025 6:28:17 PM

Notice Date:    7/31/2025 6:28:17 PM

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

To:  CARRIER GLOBAL CORPORATION C/O THE CORPORATION TRU
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE, 19801

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following complaint was FILED on 7/31/2025 6:28:17 PM

Notice Date:     7/31/2025 6:28:17 PM

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

To:  CHEMDESIGN PRODUCTS INC. C/O CORPORATION SERVICE C
251 LITTLE FALLS DRIVE
WILMINGTON, NEW CLASTLE, DE, 19808

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following complaint was FILED on 7/31/2025 6:28:17 PM

Notice Date:      7/31/2025 6:28:17 PM

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

To:  CHEMGUARD INC. C/O THE PRENTICE-HALL CORPORATION S
251 LITTLE FALLS DRIVE
WILMINGTON, NEW CASTLE, DE, 19808

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following complaint was FILED on 7/31/2025 6:28:17 PM

Notice Date:     7/31/2025 6:28:17 PM

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

To:  CHEMICALS, INC. C/O ASHOK K. MOZA
     12321 HATCHERVILLE ROAD
     BAYTOWN, TX, 77520

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following complaint was FILED on 7/31/2025 6:28:17 PM

Notice Date:     7/31/2025 6:28:17 PM

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

To:  CHEMOURS COMPANY FC, LLC  C/O THE CORPORATION TRUS
     CORPORATION TRUST CENTER
     1209 ORANGE STREET
     WILMINGTON, DE, 19801

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following complaint was FILED on 7/31/2025 6:28:17 PM

Notice Date:     7/31/2025 6:28:17 PM

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

To:   CHUBB FIRE, LTD C/O THE CORPORATION TRUST COMPANY
      CORPORATION TRUST CENTER
      1209 ORANGE STREET
      WILMINGTON, DE, 19801

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following complaint was FILED on 7/31/2025 6:28:17 PM

Notice Date:     7/31/2025 6:28:17 PM

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

To:  CLARIANT CORPORATION C/O CORPORATION SERVICE COMP,
8040 EXCELSIOR DRIVE, SUITE 400
MADISON, WI, 53717

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following complaint was FILED on 7/31/2025 6:28:17 PM

Notice Date:     7/31/2025 6:28:17 PM

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

To:  CORTEVA, INC. C/O THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE, 19801

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following complaint was FILED on 7/31/2025 6:28:17 PM

Notice Date:     7/31/2025 6:28:17 PM

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

To:  DAIKIN AMERICA, INC. C/O THE CORPORATION TRUST COM
     CORPORATION TRUST CENTER
     1209 ORANGE STREET
     WILMINGTON, DE, 19801

---

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following complaint was FILED on 7/31/2025 6:28:17 PM

Notice Date:      7/31/2025 6:28:17 PM

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

To: DEEPWATER CHEMICALS, INC
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE, 19801

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following complaint was FILED on 7/31/2025 6:28:17 PM

Notice Date:     7/31/2025 6:28:17 PM

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

To: DUPONT DE NEMOURS, INC. C/O THE CORPORATION TRUST
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE, 19801

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following complaint was FILED on 7/31/2025 6:28:17 PM

Notice Date:      7/31/2025 6:28:17 PM

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

To:  DYNAX CORPORATION C/O CORPORATE SYSTEMS LLC
3500 S DUPONT HIGHWAY
DOVER, DE, 19901

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following complaint was FILED on 7/31/2025 6:28:17 PM

Notice Date:      7/31/2025 6:28:17 PM

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

To:  E.I. DUPONT DE NEMOURS AND COMPANY  C/O THE CORPOR
     CORPORATION TRUST CENTER
     1209 ORANGE STREET
     WILMINGTON, DE, 19801

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following complaint was FILED on 7/31/2025 6:28:17 PM

Notice Date:     7/31/2025 6:28:17 PM

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

To:  JOHNSON CONTROLS, INC. C/O CORPORATION TRUST COMPA
     CORPORATION TRUST CENTER
     1209 ORANGE STREET
     WILMINGTON, DE, 19801

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following complaint was FILED on 7/31/2025 6:28:17 PM

Notice Date:     7/31/2025 6:28:17 PM

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

To:  KIDDE P.L.C. C/O THE CORPORATION TRUST COMPANY
1209 ORANGE STREET
WILMINGTON, DE, 19801

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following complaint was FILED on 7/31/2025 6:28:17 PM

Notice Date:     7/31/2025 6:28:17 PM

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

To:  NATION FORD CHEMICAL COMPANY  C/O JOHN A. DICKSON,
2300 BANK STREET
FORT MILLS, SC, 29715

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following complaint was FILED on 7/31/2025 6:28:17 PM

Notice Date:    7/31/2025 6:28:17 PM

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

To:  NATIONAL FOAM, INC. C/O THE CORPORATION TRUST COMP
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE, 19801

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following complaint was FILED on 7/31/2025 6:28:17 PM

Notice Date:     7/31/2025 6:28:17 PM

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

To:  PERIMETER SOLUTIONS, LP C/O THE CORPORATION TRUST
     CORPORATION TRUST CENTER
     1209 ORANGE STREET
     WILMINGTON, DE, 19801

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following complaint was FILED on 7/31/2025 6:28:17 PM

Notice Date:     7/31/2025 6:28:17 PM

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

To:  THE CHEMOURS COMPANY C/O THE CORPORATION TRUST CC
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE, 19801

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following complaint was FILED on 7/31/2025 6:28:17 PM

Notice Date:     7/31/2025 6:28:17 PM

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

To:   TYCO FIRE PRODUCTS LP C/O THE CORPORATION TRUST CO
      CORPORATION TRUST CENTER
      1209 ORANGE STREET
      WILMINGTON, DE, 19801

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following complaint was FILED on 7/31/2025 6:28:17 PM

Notice Date:     7/31/2025 6:28:17 PM

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

To:   UNITED TECHNOLOGIES CORPORATION C/O THE CORPORATION
      CORPORATION TRUST CENTER
      1209 ORANGE STREET
      WILMINGTON, DE, 19801

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following complaint was FILED on 7/31/2025 6:28:17 PM

Notice Date:      7/31/2025 6:28:17 PM

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

To:  UTC FIRE & SECURITY AMERICANS CORPORATION, INC.  C
     157020 BRIXHAM HILL AVE
     #300
     CHARLOTTE, NC, 28277

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following complaint was FILED on 7/31/2025 6:28:17 PM

Notice Date:     7/31/2025 6:28:17 PM

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 7/2023 | SUMMONS<br>- CIVIL - | Court Case Number<br>01-CV-2025-903180.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION

**NOTICE TO:** AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION TR, CORPORATION TRUST CENTER 1209 ORANGE STREET, WILMINGTON, DE 19801

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), R. BRYANT MCCULLEY

*[Names(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 701 East Bay Street, Suite 411, Charleston, SC 29403

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request below of pursuant to the Alabama Rules of the Civil Procedure.

KIMBERLA ALEXANDER
*[Name(s)]*

07/31/2025          /s/ JACQUELINE ANDERSON SMITH          By:
*(Date)*                *(Signature of Clerk)*                      *(Name)*

☑ Certified Mail is hereby requested.          /s/ R. BRYANT MCCULLEY
*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

*Certified Mail*

☐ Return receipt of certified mail received in this office on _____ .
*(Date)*

*Personal/Authorized*

☐ I certify that I personally delivered a copy of this Summons and the Complaint or other document to
_____ in _____ County, Alabama on _____ .
*(First and Last Name of Person Served)*      *(Name of County)*                      *(Date)*

Document left:

☐ with above-named Defendant;

☐ with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ at the above-named Defendant's dwelling house or place or usual place of abode with some person of suitable age and discretion then residing therein.

*Return of Non-Service*

☐ I certify that service of process of this Summons and the Complaint or other document was refused by
_____ in _____ County, Alabama on _____ who is:
*(First and Last Name of Person Served)*   *(Name of County)*                      *(Date)*

☐ the above-named Defendant;

☐ an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or marriage to the party seeking service of process.

*(Type of Process Server)*          *(Server's Signature)*              *(Address of Server)*

*(Badge or Precinct Number of Sheriff or Constable)*   *(Server's Printed Name)*

*(Badge or Precinct Number of Sheriff or Constable)*   *(Telephone Number of Designated Process Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 7/2023 | SUMMONS<br>- CIVIL - | Court Case Number<br>01-CV-2025-903180.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION

**NOTICE TO:** 3M COMPANY  C/O CORPORATION SERVICE COMPANY, 251 LITTLE FALLS DRIVE, WILMINGTON, NEW CASTLE, DE 19808

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), R. BRYANT MCCULLEY                                                                                                     ,

*[Names(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 701 East Bay Street, Suite 411, Charleston, SC 29403                                    .

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request below of pursuant to the Alabama Rules of the Civil Procedure.

KIMBERLA ALEXANDER
*[Names(s)]*

| 07/31/2025 | /s/ JACQUELINE ANDERSON SMITH | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.        /s/ R. BRYANT MCCULLEY

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

*Certified Mail*

☐ Return receipt of certified mail received in this office on _____.

*(Date)*

*Personal/Authorized*

☐ I certify that I personally delivered a copy of this Summons and the Complaint or other document to

_____ in _____ County, Alabama on _____.

*(First and Last Name of Person Served)*     *(Name of County)*     *(Date)*

Document left:

☐ with above-named Defendant;

☐ with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ at the above-named Defendant's dwelling house or place or usual place of abode with some person of suitable age and discretion then residing therein.

*Return of Non-Service*

☐ I certify that service of process of this Summons and the Complaint or other document was refused by

_____ in _____ County, Alabama on _____ who is:

*(First and Last Name of Person Served)*     *(Name of County)*     *(Date)*

☐ the above-named Defendant;

☐ an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or marriage to the party seeking service of process.

*(Type of Process Server)*                          *(Server's Signature)*                          *(Address of Server)*

*(Badge or Precinct Number of Sheriff or Constable)*     *(Server's Printed Name)*

*(Badge or Precinct Number of Sheriff or Constable)*     *(Telephone Number of Designated Process Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 7/2023 | SUMMONS<br>- CIVIL - | Court Case Number<br>01-CV-2025-903180.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION

**NOTICE TO:** AMEREX CORPORATION C/O JAMES M. PROCTOR II, 2900 HIGHWAY 280 SUITE 300, BIRMINGHAM, AL 35223

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), R. BRYANT MCCULLEY

*[Names(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 701 East Bay Street, Suite 411, Charleston, SC 29403

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request below of pursuant to the Alabama Rules of the Civil Procedure.

KIMBERLA ALEXANDER
*[Name(s)]*

| 07/31/2025 | /s/ JACQUELINE ANDERSON SMITH | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.     /s/ R. BRYANT MCCULLEY

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

*Certified Mail*

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

*Personal/Authorized*

☐ I certify that I personally delivered a copy of this Summons and the Complaint or other document to _____ in _____ County, Alabama on _____ .

*(First and Last Name of Person Served)*    *(Name of County)*    *(Date)*

Document left:

☐ with above-named Defendant;

☐ with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ at the above-named Defendant's dwelling house or place or usual place of abode with some person of suitable age and discretion then residing therein.

*Return of Non-Service*

☐ I certify that service of process of this Summons and the Complaint or other document was refused by _____ in _____ County, Alabama on _____ who is:

*(First and Last Name of Person Served)*    *(Name of County)*    *(Date)*

☐ the above-named Defendant;

☐ an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or marriage to the party seeking service of process.

*(Type of Process Server)*    *(Server's Signature)*    *(Address of Server)*

*(Badge or Precinct Number of Sheriff or Constable)*    *(Server's Printed Name)*

*(Badge or Precinct Number of Sheriff or Constable)*    *(Telephone Number of Designated Process Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 7/2023 | SUMMONS<br>- CIVIL - | Court Case Number<br>01-CV-2025-903180.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
## KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION

**NOTICE TO:** ARCHROMA U.S. INC. C/O THE CORPORATION TRUST COMPA, CORPORATION TRUST CENTER 1209 ORANGE STREET, WILMINGTON, DE 19801

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), R. BRYANT MCCULLEY
,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 701 East Bay Street, Suite 411, Charleston, SC 29403
.

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request below of pursuant to the Alabama Rules of the Civil Procedure.

KIMBERLA ALEXANDER
*[Name(s)]*

| 07/31/2025 | /s/ JACQUELINE ANDERSON SMITH | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.

/s/ R. BRYANT MCCULLEY

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

*Certified Mail*

☐ Return receipt of certified mail received in this office on
.

*(Date)*

*Personal/Authorized*

☐ I certify that I personally delivered a copy of this Summons and the Complaint or other document to
in
County, Alabama on
.

*(First and Last Name of Person Served)*     *(Name of County)*     *(Date)*

Document left:

☐ with above-named Defendant;

☐ with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ at the above-named Defendant's dwelling house or place or usual place of abode with some person of suitable age and discretion then residing therein.

*Return of Non-Service*

☐ I certify that service of process of this Summons and the Complaint or other document was refused by
in
County, Alabama on
who is:

*(First and Last Name of Person Served)*     *(Name of County)*     *(Date)*

☐ the above-named Defendant;

☐ an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or marriage to the party seeking service of process.

*(Type of Process Server)*     *(Server's Signature)*     *(Address of Server)*

*(Badge or Precinct Number of Sheriff or Constable)*     *(Server's Printed Name)*

*(Badge or Precinct Number of Sheriff or Constable)*     *(Telephone Number of Designated Process Server)*

| State of Alabama<br>Unified Judicial System<br><br>Form C-34  Rev. 7/2023 | **SUMMONS**<br><br>**- CIVIL -** | **Court Case Number**<br>01-CV-2025-903180.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION

**NOTICE TO:** ARKEMA INC, 900 FIRST AVENUE, KING OF PRUSSIA, PA 19406

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), R. BRYANT MCCULLEY

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: 701 East Bay Street, Suite 411, Charleston, SC 29403

*(Address(es) of Plaintiff(s) or Attorney(s))*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request below of pursuant to the Alabama Rules of the Civil Procedure.

KIMBERLA ALEXANDER
*(Name(s))*

| 07/31/2025 | /s/ JACQUELINE ANDERSON SMITH | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.    /s/ R. BRYANT MCCULLEY

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

*Certified Mail*

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

*Personal/Authorized*

☐ I certify that I personally delivered a copy of this Summons and the Complaint or other document to

_____ in _____ County, Alabama on _____ .

*(First and Last Name of Person Served)*    *(Name of County)*    *(Date)*

Document left:

☐ with above-named Defendant;

☐ with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ at the above-named Defendant's dwelling house or place or usual place of abode with some person of suitable age and discretion then residing therein.

*Return of Non-Service*

☐ I certify that service of process of this Summons and the Complaint or other document was refused by

_____ in _____ County, Alabama on _____ who is:

*(First and Last Name of Person Served)*    *(Name of County)*    *(Date)*

☐ the above-named Defendant;

☐ an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or marriage to the party seeking service of process.

| *(Type of Process Server)* | *(Server's Signature)* | *(Address of Server)* |
|---|---|---|

| *(Badge or Precinct Number of Sheriff or Constable)* | *(Server's Printed Name)* | |
|---|---|---|

| *(Badge or Precinct Number of Sheriff or Constable)* | *(Telephone Number of Designated Process Server)* | |
|---|---|---|

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 7/2023 | SUMMONS<br>- CIVIL - | Court Case Number<br>01-CV-2025-903180.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION

**NOTICE TO:** BASF CORPORATION C/O THE CORPORATION TRUST COMPANY, CORPORATION TRUST CENTER 1209 ORANGE STREET, WILMINGTON, DE 19801

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), R. BRYANT MCCULLEY                                                                                                        ,

*[Names(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 701 East Bay Street, Suite 411, Charleston, SC 29403                                    .

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request below of    KIMBERLA ALEXANDER
pursuant to the Alabama Rules of the Civil Procedure.                                                                    *[Name(s)]*

| 07/31/2025 | /s/ JACQUELINE ANDERSON SMITH | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.    /s/ R. BRYANT MCCULLEY

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

*Certified Mail*

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

*Personal/Authorized*

☐ I certify that I personally delivered a copy of this Summons and the Complaint or other document to

_____ in _____ County, Alabama on _____ .

*(First and Last Name of Person Served)*    *(Name of County)*    *(Date)*

Document left:

☐ with above-named Defendant;

☐ with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ at the above-named Defendant's dwelling house or place or usual place of abode with some person of suitable age and discretion then residing therein.

*Return of Non-Service*

☐ I certify that service of process of this Summons and the Complaint or other document was refused by

_____ in _____ County, Alabama on _____ who is:

*(First and Last Name of Person Served)*    *(Name of County)*    *(Date)*

☐ the above-named Defendant;

☐ an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or marriage to the party seeking service of process.

*(Type of Process Server)*    *(Server's Signature)*    *(Address of Server)*

*(Badge or Precinct Number of Sheriff or Constable)*    *(Server's Printed Name)*

*(Badge or Precinct Number of Sheriff or Constable)*    *(Telephone Number of Designated Process Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 7/2023 | SUMMONS<br>- CIVIL - | Court Case Number<br>01-CV-2025-903180.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION

**NOTICE TO:** BUCKEYE FIRE EQUIPMENT COMPANY C/O A HAON CORPORAT, 29225 CHAGRIN BLVD SUITE 350, PEPPER PIKE, OH 44122
*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), R. BRYANT MCCULLEY
_____,
*[Names(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 701 East Bay Street, Suite 411, Charleston, SC 29403
.
*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request below of pursuant to the Alabama Rules of the Civil Procedure.

KIMBERLA ALEXANDER
*[Name(s)]*

| 07/31/2025 | /s/ JACQUELINE ANDERSON SMITH | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.     /s/ R. BRYANT MCCULLEY
_____
*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

*Certified Mail*

☐ Return receipt of certified mail received in this office on
_____ .
*(Date)*

*Personal/Authorized*

☐ I certify that I personally delivered a copy of this Summons and the Complaint or other document to
_____ in _____ County, Alabama on _____ .
*(First and Last Name of Person Served)*    *(Name of County)*    *(Date)*

Document left:

☐ with above-named Defendant;

☐ with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ at the above-named Defendant's dwelling house or place or usual place of abode with some person of suitable age and discretion then residing therein.

*Return of Non-Service*

☐ I certify that service of process of this Summons and the Complaint or other document was refused by
_____ in _____ County, Alabama on _____ who is:
*(First and Last Name of Person Served)*    *(Name of County)*    *(Date)*

☐ the above-named Defendant;

☐ an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or marriage to the party seeking service of process.

| *(Type of Process Server)* | *(Server's Signature)* | *(Address of Server)* |
|---|---|---|
| *(Badge or Precinct Number of Sheriff or Constable)* | *(Server's Printed Name)* | |
| *(Badge or Precinct Number of Sheriff or Constable)* | *(Telephone Number of Designated Process Server)* | |

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 7/2023 | SUMMONS<br>- CIVIL - | Court Case Number<br>01-CV-2025-903180.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
## KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION

**NOTICE TO:** CARRIER GLOBAL CORPORATION C/O THE CORPORATION TRU, CORPORATION TRUST CENTER 1209 ORANGE STREET, WILMINGTON, DE 19801

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), R. BRYANT MCCULLEY                                                                                           ,

*[Names(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 701 East Bay Street, Suite 411, Charleston, SC 29403                    .

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request below of pursuant to the Alabama Rules of the Civil Procedure.

KIMBERLA ALEXANDER
*[Name(s)]*

| 07/31/2025 | /s/ JACQUELINE ANDERSON SMITH | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.     /s/ R. BRYANT MCCULLEY

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

*Certified Mail*

☐ Return receipt of certified mail received in this office on                                        .

*(Date)*

*Personal/Authorized*

☐ I certify that I personally delivered a copy of this Summons and the Complaint or other document to

_____ in _____ County, Alabama on _____.

*(First and Last Name of Person Served)*          *(Name of County)*          *(Date)*

Document left:

☐ with above-named Defendant;

☐ with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ at the above-named Defendant's dwelling house or place or usual place of abode with some person of suitable age and discretion then residing therein.

*Return of Non-Service*

☐ I certify that service of process of this Summons and the Complaint or other document was refused by

_____ in _____ County, Alabama on _____ who is:

*(First and Last Name of Person Served)*          *(Name of County)*          *(Date)*

☐ the above-named Defendant;

☐ an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or marriage to the party seeking service of process.

*(Type of Process Server)*          *(Server's Signature)*          *(Address of Server)*

*(Badge or Precinct Number of Sheriff or Constable)*     *(Server's Printed Name)*

*(Badge or Precinct Number of Sheriff or Constable)*     *(Telephone Number of Designated Process Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 7/2023 | SUMMONS<br>- CIVIL - | Court Case Number<br>01-CV-2025-903180.00 |

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION

**NOTICE TO:** CHEMDESIGN PRODUCTS INC. C/O CORPORATION SERVICE C, 251 LITTLE FALLS DRIVE, WILMINGTON, NEW CLASTLE, DE 19808

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), R. BRYANT MCCULLEY
,

*[Names(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 701 East Bay Street, Suite 411, Charleston, SC 29403
.

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request below of pursuant to the Alabama Rules of the Civil Procedure.

KIMBERLA ALEXANDER
*[Name(s)]*

| 07/31/2025 | /s/ JACQUELINE ANDERSON SMITH | By: |
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.     /s/ R. BRYANT MCCULLEY

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

*Certified Mail*

☐ Return receipt of certified mail received in this office on
.

*(Date)*

*Personal/Authorized*

☐ I certify that I personally delivered a copy of this Summons and the Complaint or other document to
in
County, Alabama on
.

*(First and Last Name of Person Served)*     *(Name of County)*     *(Date)*

Document left:

☐ with above-named Defendant;

☐ with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ at the above-named Defendant's dwelling house or place or usual place of abode with some person of suitable age and discretion then residing therein.

*Return of Non-Service*

☐ I certify that service of process of this Summons and the Complaint or other document was refused by
in
County, Alabama on
who is:

*(First and Last Name of Person Served)*     *(Name of County)*     *(Date)*

☐ the above-named Defendant;

☐ an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or marriage to the party seeking service of process.

*(Type of Process Server)*     *(Server's Signature)*     *(Address of Server)*

*(Badge or Precinct Number of Sheriff or Constable)*     *(Server's Printed Name)*

*(Badge or Precinct Number of Sheriff or Constable)*     *(Telephone Number of Designated Process Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 7/2023 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>01-CV-2025-903180.00 |

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION

**NOTICE TO:** CHEMGUARD INC. C/O THE PRENTICE-HALL CORPORATION S, 251 LITTLE FALLS DRIVE, WILMINGTON, NEW CASTLE, DE 19808

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
R. BRYANT MCCULLEY
_____,
*[Names(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 701 East Bay Street, Suite 411, Charleston, SC 29403_____.
*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request below of pursuant to the Alabama Rules of the Civil Procedure.       KIMBERLA ALEXANDER
_____
*[Name(s)]*

07/31/2025                    /s/ JACQUELINE ANDERSON SMITH        By: _____
*(Date)*                           *(Signature of Clerk)*                          *(Name)*

☑ Certified Mail is hereby requested.        /s/ R. BRYANT MCCULLEY
_____
*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

*Certified Mail*

☐ Return receipt of certified mail received in this office on _____.
*(Date)*

*Personal/Authorized*

☐ I certify that I personally delivered a copy of this Summons and the Complaint or other document to
_____ in _____ County, Alabama on _____.
*(First and Last Name of Person Served)*   *(Name of County)*                     *(Date)*

Document left:

☐ with above-named Defendant;

☐ with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ at the above-named Defendant's dwelling house or place or usual place of abode with some person of suitable age and discretion then residing therein.

*Return of Non-Service*

☐ I certify that service of process of this Summons and the Complaint or other document was refused by
_____ in _____ County, Alabama on _____ who is:
*(First and Last Name of Person Served)*   *(Name of County)*                   *(Date)*

☐ the above-named Defendant;

☐ an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or marriage to the party seeking service of process.

_____   _____   _____
*(Type of Process Server)*          *(Server's Signature)*                *(Address of Server)*

_____   _____
*(Badge or Precinct Number of Sheriff or Constable)*   *(Server's Printed Name)*

_____   _____
*(Badge or Precinct Number of Sheriff or Constable)*   *(Telephone Number of Designated Process Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 7/2023 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>01-CV-2025-903180.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION

**NOTICE TO:** CHEMICALS, INC. C/O ASHOK K. MOZA, 12321 HATCHERVILLE ROAD, BAYTOWN, TX 77520

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), R. BRYANT MCCULLEY
,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 701 East Bay Street, Suite 411, Charleston, SC 29403
.

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request below of    KIMBERLA ALEXANDER
   pursuant to the Alabama Rules of the Civil Procedure.                                          *[Name(s)]*

| 07/31/2025 | /s/ JACQUELINE ANDERSON SMITH | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.    /s/ R. BRYANT MCCULLEY

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

*Certified Mail*

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

*Personal/Authorized*

☐ I certify that I personally delivered a copy of this Summons and the Complaint or other document to

_____ in _____ County, Alabama on _____ .

*(First and Last Name of Person Served)*        *(Name of County)*                    *(Date)*

Document left:

☐ with above-named Defendant;

☐ with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ at the above-named Defendant's dwelling house or place or usual place of abode with some person of suitable age and discretion then residing therein.

*Return of Non-Service*

☐ I certify that service of process of this Summons and the Complaint or other document was refused by

_____ in _____ County, Alabama on _____ who is:

*(First and Last Name of Person Served)*        *(Name of County)*                    *(Date)*

☐ the above-named Defendant;

☐ an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or marriage to the party seeking service of process.

| *(Type of Process Server)* | *(Server's Signature)* | *(Address of Server)* |
|---|---|---|
| *(Badge or Precinct Number of Sheriff or Constable)* | *(Server's Printed Name)* | |
| *(Badge or Precinct Number of Sheriff or Constable)* | *(Telephone Number of Designated Process Server)* | |

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 7/2023 | SUMMONS<br>- CIVIL - | Court Case Number<br>01-CV-2025-903180.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION

**NOTICE TO:** CHEMOURS COMPANY FC, LLC  C/O THE CORPORATION TRUS, CORPORATION TRUST CENTER 1209 ORANGE STREET, WILMINGTON, DE 19801

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), R. BRYANT MCCULLEY

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 701 East Bay Street, Suite 411, Charleston, SC 29403

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request below of pursuant to the Alabama Rules of the Civil Procedure.

KIMBERLA ALEXANDER

*[Name(s)]*

| 07/31/2025 | /s/ JACQUELINE ANDERSON SMITH | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.    /s/ R. BRYANT MCCULLEY

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

*Certified Mail*

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

*Personal/Authorized*

☐ I certify that I personally delivered a copy of this Summons and the Complaint or other document to _____ in _____ County, Alabama on _____ .

*(First and Last Name of Person Served)*    *(Name of County)*    *(Date)*

Document left:

☐ with above-named Defendant;

☐ with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ at the above-named Defendant's dwelling house or place or usual place of abode with some person of suitable age and discretion then residing therein.

*Return of Non-Service*

☐ I certify that service of process of this Summons and the Complaint or other document was refused by _____ in _____ County, Alabama on _____ who is:

*(First and Last Name of Person Served)*    *(Name of County)*    *(Date)*

☐ the above-named Defendant;

☐ an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or marriage to the party seeking service of process.

| *(Type of Process Server)* | *(Server's Signature)* | *(Address of Server)* |
|---|---|---|
| *(Badge or Precinct Number of Sheriff or Constable)* | *(Server's Printed Name)* | |
| *(Badge or Precinct Number of Sheriff or Constable)* | *(Telephone Number of Designated Process Server)* | |

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 7/2023 | SUMMONS<br>- CIVIL - | Court Case Number<br>01-CV-2025-903180.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION

**NOTICE TO:** CHUBB FIRE, LTD C/O THE CORPORATION TRUST COMPANY, CORPORATION TRUST CENTER 1209 ORANGE STREET, WILMINGTON, DE 19801

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), R. BRYANT MCCULLEY

*[Names(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 701 East Bay Street, Suite 411, Charleston, SC 29403

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request below of pursuant to the Alabama Rules of the Civil Procedure.

KIMBERLA ALEXANDER
*[Name(s)]*

| 07/31/2025 | /s/ JACQUELINE ANDERSON SMITH | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.    /s/ R. BRYANT MCCULLEY

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

*Certified Mail*

☐ Return receipt of certified mail received in this office on _____.

*(Date)*

*Personal/Authorized*

☐ I certify that I personally delivered a copy of this Summons and the Complaint or other document to _____ in _____ County, Alabama on _____.

*(First and Last Name of Person Served)*    *(Name of County)*    *(Date)*

Document left:

☐ with above-named Defendant;

☐ with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ at the above-named Defendant's dwelling house or place or usual place of abode with some person of suitable age and discretion then residing therein.

*Return of Non-Service*

☐ I certify that service of process of this Summons and the Complaint or other document was refused by _____ in _____ County, Alabama on _____ who is:

*(First and Last Name of Person Served)*    *(Name of County)*    *(Date)*

☐ the above-named Defendant;

☐ an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or marriage to the party seeking service of process.

| | |
|---|---|
| *(Type of Process Server)* | *(Server's Signature)*    *(Address of Server)* |
| *(Badge or Precinct Number of Sheriff or Constable)* | *(Server's Printed Name)* |
| *(Badge or Precinct Number of Sheriff or Constable)* | *(Telephone Number of Designated Process Server)* |

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 7/2023 | SUMMONS<br>- CIVIL - | Court Case Number<br>01-CV-2025-903180.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION

**NOTICE TO:** CLARIANT CORPORATION C/O CORPORATION SERVICE COMPA, 8040 EXCELSIOR DRIVE, SUITE 400, MADISON, WI 53717

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), R. BRYANT MCCULLEY                                                                                                    ,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 701 East Bay Street, Suite 411, Charleston, SC 29403                                            .

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request below of pursuant to the Alabama Rules of the Civil Procedure.

KIMBERLA ALEXANDER
*[Name(s)]*

| 07/31/2025 | /s/ JACQUELINE ANDERSON SMITH | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.      /s/ R. BRYANT MCCULLEY

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

*Certified Mail*

☐ Return receipt of certified mail received in this office on _____.

*(Date)*

*Personal/Authorized*

☐ I certify that I personally delivered a copy of this Summons and the Complaint or other document to _____ in _____ County, Alabama on _____.

*(First and Last Name of Person Served)*        *(Name of County)*                        *(Date)*

Document left:

☐ with above-named Defendant;

☐ with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ at the above-named Defendant's dwelling house or place or usual place of abode with some person of suitable age and discretion then residing therein.

*Return of Non-Service*

☐ I certify that service of process of this Summons and the Complaint or other document was refused by _____ in _____ County, Alabama on _____ who is:

*(First and Last Name of Person Served)*        *(Name of County)*                        *(Date)*

☐ the above-named Defendant;

☐ an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or marriage to the party seeking service of process.

| *(Type of Process Server)* | *(Server's Signature)* | *(Address of Server)* |
|---|---|---|
| *(Badge or Precinct Number of Sheriff or Constable)* | *(Server's Printed Name)* | |
| *(Badge or Precinct Number of Sheriff or Constable)* | *(Telephone Number of Designated Process Server)* | |

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 7/2023 | SUMMONS<br>- CIVIL - | Court Case Number<br>01-CV-2025-903180.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION

**NOTICE TO:** CORTEVA, INC. C/O THE CORPORATION TRUST COMPANY, CORPORATION TRUST CENTER 1209 ORANGE STREET, WILMINGTON, DE 19801

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), R. BRYANT MCCULLEY

*[Names(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 701 East Bay Street, Suite 411, Charleston, SC 29403

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

[ ] You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

[✓] Service by certified mail of this Summons is initiated upon the written request below of pursuant to the Alabama Rules of the Civil Procedure.     KIMBERLA ALEXANDER
*[Name(s)]*

07/31/2025    /s/ JACQUELINE ANDERSON SMITH    By:
*(Date)*    *(Signature of Clerk)*    *(Name)*

[✓] Certified Mail is hereby requested.    /s/ R. BRYANT MCCULLEY
*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

*Certified Mail*

[ ] Return receipt of certified mail received in this office on _____ .
*(Date)*

*Personal/Authorized*

[ ] I certify that I personally delivered a copy of this Summons and the Complaint or other document to
_____ in _____ County, Alabama on _____ .
*(First and Last Name of Person Served)*   *(Name of County)*   *(Date)*

Document left:

[ ] with above-named Defendant;

[ ] with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

[ ] at the above-named Defendant's dwelling house or place or usual place of abode with some person of suitable age and discretion then residing therein.

*Return of Non-Service*

[ ] I certify that service of process of this Summons and the Complaint or other document was refused by
_____ in _____ County, Alabama on _____ who is:
*(First and Last Name of Person Served)*   *(Name of County)*   *(Date)*

[ ] the above-named Defendant;

[ ] an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

[ ] As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or marriage to the party seeking service of process.

*(Type of Process Server)*   *(Server's Signature)*   *(Address of Server)*

*(Badge or Precinct Number of Sheriff or Constable)*   *(Server's Printed Name)*

*(Badge or Precinct Number of Sheriff or Constable)*   *(Telephone Number of Designated Process Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 7/2023 | SUMMONS<br>- CIVIL - | Court Case Number<br>01-CV-2025-903180.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION

**NOTICE TO:** DAIKIN AMERICA, INC. C/O THE CORPORATION TRUST COM, CORPORATION TRUST CENTER 1209 ORANGE STREET, WILMINGTON, DE 19801

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), R. BRYANT MCCULLEY

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 701 East Bay Street, Suite 411, Charleston, SC 29403

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request below of pursuant to the Alabama Rules of the Civil Procedure.

KIMBERLA ALEXANDER
*[Name(s)]*

| 07/31/2025 | /s/ JACQUELINE ANDERSON SMITH | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.     /s/ R. BRYANT MCCULLEY

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

*Certified Mail*

☐ Return receipt of certified mail received in this office on _____.

*(Date)*

*Personal/Authorized*

☐ I certify that I personally delivered a copy of this Summons and the Complaint or other document to _____ in _____ County, Alabama on _____.

*(First and Last Name of Person Served)*     *(Name of County)*     *(Date)*

Document left:

☐ with above-named Defendant;

☐ with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ at the above-named Defendant's dwelling house or place or usual place of abode with some person of suitable age and discretion then residing therein.

*Return of Non-Service*

☐ I certify that service of process of this Summons and the Complaint or other document was refused by _____ in _____ County, Alabama on _____ who is:

*(First and Last Name of Person Served)*     *(Name of County)*     *(Date)*

☐ the above-named Defendant;

☐ an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or marriage to the party seeking service of process.

| *(Type of Process Server)* | *(Server's Signature)* | *(Address of Server)* |
|---|---|---|
| *(Badge or Precinct Number of Sheriff or Constable)* | *(Server's Printed Name)* | |
| *(Badge or Precinct Number of Sheriff or Constable)* | *(Telephone Number of Designated Process Server)* | |

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 7/2023 | SUMMONS<br>- CIVIL - | Court Case Number<br>01-CV-2025-903180.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION

**NOTICE TO:** DEEPWATER CHEMICALS, INC, CORPORATION TRUST CENTER 1209 ORANGE STREET, WILMINGTON, DE 19801

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), R. BRYANT MCCULLEY

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 701 East Bay Street, Suite 411, Charleston, SC 29403

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request below of pursuant to the Alabama Rules of the Civil Procedure.

KIMBERLA ALEXANDER
*[Name(s)]*

| 07/31/2025 | /s/ JACQUELINE ANDERSON SMITH | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.    /s/ R. BRYANT MCCULLEY

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

*Certified Mail*

☐ Return receipt of certified mail received in this office on _____.

*(Date)*

*Personal/Authorized*

☐ I certify that I personally delivered a copy of this Summons and the Complaint or other document to _____ in _____ County, Alabama on _____.

*(First and Last Name of Person Served)*    *(Name of County)*    *(Date)*

Document left:

☐ with above-named Defendant;

☐ with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ at the above-named Defendant's dwelling house or place or usual place of abode with some person of suitable age and discretion then residing therein.

*Return of Non-Service*

☐ I certify that service of process of this Summons and the Complaint or other document was refused by _____ in _____ County, Alabama on _____ who is:

*(First and Last Name of Person Served)*    *(Name of County)*    *(Date)*

☐ the above-named Defendant;

☐ an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or marriage to the party seeking service of process.

*(Type of Process Server)*    *(Server's Signature)*    *(Address of Server)*

*(Badge or Precinct Number of Sheriff or Constable)*    *(Server's Printed Name)*

*(Badge or Precinct Number of Sheriff or Constable)*    *(Telephone Number of Designated Process Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 7/2023 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>01-CV-2025-903180.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION

**NOTICE TO:** DUPONT DE NEMOURS, INC. C/O THE CORPORATION TRUST, CORPORATION TRUST CENTER 1209 ORANGE STREET, WILMINGTON, DE 19801

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
R. BRYANT MCCULLEY
,
*[Names(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 701 East Bay Street, Suite 411, Charleston, SC 29403
.
*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request below of     KIMBERLA ALEXANDER
pursuant to the Alabama Rules of the Civil Procedure.                                          *[Name(s)]*

| 07/31/2025 | /s/ JACQUELINE ANDERSON SMITH | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.      /s/ R. BRYANT MCCULLEY
*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

*Certified Mail*

☐ Return receipt of certified mail received in this office on _____.
*(Date)*

*Personal/Authorized*

☐ I certify that I personally delivered a copy of this Summons and the Complaint or other document to
_____ in _____ County, Alabama on _____.
*(First and Last Name of Person Served)*          *(Name of County)*                    *(Date)*

Document left:

☐   with above-named Defendant;

☐   with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐   at the above-named Defendant's dwelling house or place or usual place of abode with some
person of suitable age and discretion then residing therein.

*Return of Non-Service*

☐ I certify that service of process of this Summons and the Complaint or other document was refused by
_____ in _____ County, Alabama on _____ who is:
*(First and Last Name of Person Served)*          *(Name of County)*                    *(Date)*

☐   the above-named Defendant;

☐   an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or marriage to the party seeking service of process.

| *(Type of Process Server)* | *(Server's Signature)* | *(Address of Server)* |
|---|---|---|
| *(Badge or Precinct Number of Sheriff or Constable)* | *(Server's Printed Name)* | |
| *(Badge or Precinct Number of Sheriff or Constable)* | *(Telephone Number of Designated Process Server)* | |

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 7/2023 | SUMMONS<br>- CIVIL - | Court Case Number<br>01-CV-2025-903180.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION

**NOTICE TO:** DYNAX CORPORATION C/O CORPORATE SYSTEMS LLC, 3500 S DUPONT HIGHWAY, DOVER, DE 19901

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), R. BRYANT MCCULLEY

*[Names(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 701 East Bay Street, Suite 411, Charleston, SC 29403

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request below of pursuant to the Alabama Rules of the Civil Procedure.

KIMBERLA ALEXANDER
*[Name(s)]*

| 07/31/2025 | /s/ JACQUELINE ANDERSON SMITH | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.    /s/ R. BRYANT MCCULLEY

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

*Certified Mail*

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

*Personal/Authorized*

☐ I certify that I personally delivered a copy of this Summons and the Complaint or other document to _____ in _____ County, Alabama on _____ .

*(First and Last Name of Person Served)*    *(Name of County)*    *(Date)*

Document left:

☐ with above-named Defendant;

☐ with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ at the above-named Defendant's dwelling house or place or usual place of abode with some person of suitable age and discretion then residing therein.

*Return of Non-Service*

☐ I certify that service of process of this Summons and the Complaint or other document was refused by _____ in _____ County, Alabama on _____ who is:

*(First and Last Name of Person Served)*    *(Name of County)*    *(Date)*

☐ the above-named Defendant;

☐ an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or marriage to the party seeking service of process.

| *(Type of Process Server)* | *(Server's Signature)* | *(Address of Server)* |
|---|---|---|
| *(Badge or Precinct Number of Sheriff or Constable)* | *(Server's Printed Name)* | |
| *(Badge or Precinct Number of Sheriff or Constable)* | *(Telephone Number of Designated Process Server)* | |

| State of Alabama<br>Unified Judicial System<br><br>Form C-34  Rev. 7/2023 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>01-CV-2025-903180.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION

**NOTICE TO:** E.I. DUPONT DE NEMOURS AND COMPANY  C/O THE CORPOR, CORPORATION TRUST CENTER 1209 ORANGE STREET, WILMINGTON, DE 19801

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), R. BRYANT MCCULLEY
,
*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 701 East Bay Street, Suite 411, Charleston, SC 29403
.
*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request below of pursuant to the Alabama Rules of the Civil Procedure.

KIMBERLA ALEXANDER
*[Name(s)]*

| 07/31/2025 | /s/ JACQUELINE ANDERSON SMITH | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.       /s/ R. BRYANT MCCULLEY
*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

*Certified Mail*

☐ Return receipt of certified mail received in this office on _____ .
*(Date)*

*Personal/Authorized*

☐ I certify that I personally delivered a copy of this Summons and the Complaint or other document to
_____ in _____ County, Alabama on _____ .
*(First and Last Name of Person Served)*   *(Name of County)*   *(Date)*

Document left:

☐ with above-named Defendant;

☐ with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ at the above-named Defendant's dwelling house or place or usual place of abode with some person of suitable age and discretion then residing therein.

*Return of Non-Service*

☐ I certify that service of process of this Summons and the Complaint or other document was refused by
_____ in _____ County, Alabama on _____ who is:
*(First and Last Name of Person Served)*   *(Name of County)*   *(Date)*

☐ the above-named Defendant;

☐ an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or marriage to the party seeking service of process.

*(Type of Process Server)*       *(Server's Signature)*       *(Address of Server)*

*(Badge or Precinct Number of Sheriff or Constable)*   *(Server's Printed Name)*

*(Badge or Precinct Number of Sheriff or Constable)*   *(Telephone Number of Designated Process Server)*

DOCUMENT 4

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 7/2023 | SUMMONS<br>- CIVIL - | Court Case Number<br>01-CV-2025-903180.00 |

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION

**NOTICE TO:** JOHNSON CONTROLS, INC. C/O CORPORATION TRUST COMPA, CORPORATION TRUST CENTER 1209 ORANGE STREET, WILMINGTON, DE 19801

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), R. BRYANT MCCULLEY

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 701 East Bay Street, Suite 411, Charleston, SC 29403

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request below of pursuant to the Alabama Rules of the Civil Procedure.

KIMBERLA ALEXANDER
*[Name(s)]*

| 07/31/2025 | /s/ JACQUELINE ANDERSON SMITH | By: |
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.    /s/ R. BRYANT MCCULLEY

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

*Certified Mail*

☐ Return receipt of certified mail received in this office on _____.

*(Date)*

*Personal/Authorized*

☐ I certify that I personally delivered a copy of this Summons and the Complaint or other document to

_____ in _____ County, Alabama on _____.

*(First and Last Name of Person Served)*    *(Name of County)*    *(Date)*

Document left:

☐ with above-named Defendant;

☐ with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ at the above-named Defendant's dwelling house or place or usual place of abode with some person of suitable age and discretion then residing therein.

*Return of Non-Service*

☐ I certify that service of process of this Summons and the Complaint or other document was refused by

_____ in _____ County, Alabama on _____ who is:

*(First and Last Name of Person Served)*    *(Name of County)*    *(Date)*

☐ the above-named Defendant;

☐ an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or marriage to the party seeking service of process.

| *(Type of Process Server)* | *(Server's Signature)* | *(Address of Server)* |

| *(Badge or Precinct Number of Sheriff or Constable)* | *(Server's Printed Name)* | |

| *(Badge or Precinct Number of Sheriff or Constable)* | *(Telephone Number of Designated Process Server)* | |

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 7/2023 | SUMMONS<br>- CIVIL - | Court Case Number<br>01-CV-2025-903180.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
## KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION

**NOTICE TO:**  KIDDE P.L.C. C/O THE CORPORATION TRUST COMPANY, 1209 ORANGE STREET, WILMINGTON, DE 19801

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), R. BRYANT MCCULLEY
_____,

*[Names(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 701 East Bay Street, Suite 411, Charleston, SC 29403                    .

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request below of pursuant to the Alabama Rules of the Civil Procedure.

KIMBERLA ALEXANDER
*[Name(s)]*

| 07/31/2025 | /s/ JACQUELINE ANDERSON SMITH | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.          /s/ R. BRYANT MCCULLEY

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

*Certified Mail*

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

*Personal/Authorized*

☐ I certify that I personally delivered a copy of this Summons and the Complaint or other document to
_____ in _____ County, Alabama on _____ .

*(First and Last Name of Person Served)*     *(Name of County)*                    *(Date)*

Document left:

☐ with above-named Defendant;

☐ with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ at the above-named Defendant's dwelling house or place or usual place of abode with some person of suitable age and discretion then residing therein.

*Return of Non-Service*

☐ I certify that service of process of this Summons and the Complaint or other document was refused by
_____ in _____ County, Alabama on _____ who is:

*(First and Last Name of Person Served)*     *(Name of County)*                    *(Date)*

☐ the above-named Defendant;

☐ an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or marriage to the party seeking service of process.

_____     _____     _____
*(Type of Process Server)*          *(Server's Signature)*                *(Address of Server)*

_____     _____     _____
*(Badge or Precinct Number of Sheriff or Constable)*   *(Server's Printed Name)*

_____     _____
*(Badge or Precinct Number of Sheriff or Constable)*   *(Telephone Number of Designated Process Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 7/2023 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>01-CV-2025-903180.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION

**NOTICE TO:** NATION FORD CHEMICAL COMPANY  C/O JOHN A. DICKSON,, 2300 BANK STREET, FORT MILLS, SC 29715

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), R. BRYANT MCCULLEY
,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 701 East Bay Street, Suite 411, Charleston, SC 29403
.

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request below of pursuant to the Alabama Rules of the Civil Procedure.

KIMBERLA ALEXANDER

*[Name(s)]*

| 07/31/2025 | /s/ JACQUELINE ANDERSON SMITH | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.     /s/ R. BRYANT MCCULLEY

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

*Certified Mail*

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

*Personal/Authorized*

☐ I certify that I personally delivered a copy of this Summons and the Complaint or other document to _____ in _____ County, Alabama on _____ .

*(First and Last Name of Person Served)*     *(Name of County)*     *(Date)*

Document left:

☐ with above-named Defendant;

☐ with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ at the above-named Defendant's dwelling house or place or usual place of abode with some person of suitable age and discretion then residing therein.

*Return of Non-Service*

☐ I certify that service of process of this Summons and the Complaint or other document was refused by _____ in _____ County, Alabama on _____ who is:

*(First and Last Name of Person Served)*     *(Name of County)*     *(Date)*

☐ the above-named Defendant;

☐ an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or marriage to the party seeking service of process.

*(Type of Process Server)*     *(Server's Signature)*     *(Address of Server)*

*(Badge or Precinct Number of Sheriff or Constable)*     *(Server's Printed Name)*

*(Badge or Precinct Number of Sheriff or Constable)*     *(Telephone Number of Designated Process Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 7/2023 | SUMMONS<br>- CIVIL - | Court Case Number<br>01-CV-2025-903180.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
## KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION

**NOTICE TO:** NATIONAL FOAM, INC. C/O THE CORPORATION TRUST COMP, CORPORATION TRUST CENTER 1209 ORANGE STREET, WILMINGTON, DE 19801

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), R. BRYANT MCCULLEY
,
*[Names(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 701 East Bay Street, Suite 411, Charleston, SC 29403
.
*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request below of pursuant to the Alabama Rules of the Civil Procedure.

KIMBERLA ALEXANDER
*[Name(s)]*

| 07/31/2025 | /s/ JACQUELINE ANDERSON SMITH | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.     /s/ R. BRYANT MCCULLEY

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

*Certified Mail*

☐ Return receipt of certified mail received in this office on _____ .
*(Date)*

*Personal/Authorized*

☐ I certify that I personally delivered a copy of this Summons and the Complaint or other document to
in _____ County, Alabama on _____ .

*(First and Last Name of Person Served)*     *(Name of County)*     *(Date)*

Document left:

☐ with above-named Defendant;

☐ with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ at the above-named Defendant's dwelling house or place or usual place of abode with some person of suitable age and discretion then residing therein.

*Return of Non-Service*

☐ I certify that service of process of this Summons and the Complaint or other document was refused by
in _____ County, Alabama on _____ who is:

*(First and Last Name of Person Served)*     *(Name of County)*     *(Date)*

☐ the above-named Defendant;

☐ an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or marriage to the party seeking service of process.

*(Type of Process Server)*     *(Server's Signature)*     *(Address of Server)*

*(Badge or Precinct Number of Sheriff or Constable)*     *(Server's Printed Name)*

*(Badge or Precinct Number of Sheriff or Constable)*     *(Telephone Number of Designated Process Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 7/2023 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>01-CV-2025-903180.00 |
| --- | --- | --- |

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION

**NOTICE TO:** PERIMETER SOLUTIONS, LP C/O THE CORPORATION TRUST, CORPORATION TRUST CENTER 1209 ORANGE STREET, WILMINGTON, DE 19801

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), R. BRYANT MCCULLEY
                                                                                                                                                                                    ,

*[Names(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 701 East Bay Street, Suite 411, Charleston, SC 29403                                         .

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request below of    KIMBERLA ALEXANDER
pursuant to the Alabama Rules of the Civil Procedure.                                                                  *[Names(s)]*

| 07/31/2025 | /s/ JACQUELINE ANDERSON SMITH | By: |
| --- | --- | --- |
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.         /s/ R. BRYANT MCCULLEY

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

*Certified Mail*

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

*Personal/Authorized*

☐ I certify that I personally delivered a copy of this Summons and the Complaint or other document to
_____ in _____ County, Alabama on _____ .

*(First and Last Name of Person Served)*       *(Name of County)*                              *(Date)*

Document left:

☐   with above-named Defendant;

☐   with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐   at the above-named Defendant's dwelling house or place or usual place of abode with some person of suitable age and discretion then residing therein.

*Return of Non-Service*

☐ I certify that service of process of this Summons and the Complaint or other document was refused by
_____ in _____ County, Alabama on _____ who is:

*(First and Last Name of Person Served)*       *(Name of County)*                              *(Date)*

☐   the above-named Defendant;

☐   an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or marriage to the party seeking service of process.

| *(Type of Process Server)* | *(Server's Signature)* | *(Address of Server)* |
| --- | --- | --- |
| *(Badge or Precinct Number of Sheriff or Constable)* | *(Server's Printed Name)* | |
| *(Badge or Precinct Number of Sheriff or Constable)* | *(Telephone Number of Designated Process Server)* | |

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 7/2023 | SUMMONS<br>- CIVIL - | Court Case Number<br>01-CV-2025-903180.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION

**NOTICE TO:** THE CHEMOURS COMPANY C/O THE CORPORATION TRUST CO, CORPORATION TRUST CENTER 1209 ORANGE STREET, WILMINGTON, DE 19801

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), R. BRYANT MCCULLEY

,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 701 East Bay Street, Suite 411, Charleston, SC 29403

.

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request below of pursuant to the Alabama Rules of the Civil Procedure.

KIMBERLA ALEXANDER

*[Name(s)]*

07/31/2025                     /s/ JACQUELINE ANDERSON SMITH          By:
*(Date)*                        *(Signature of Clerk)*                           *(Name)*

☑ Certified Mail is hereby requested.          /s/ R. BRYANT MCCULLEY

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

*Certified Mail*

☐ Return receipt of certified mail received in this office on

.

*(Date)*

*Personal/Authorized*

☐ I certify that I personally delivered a copy of this Summons and the Complaint or other document to

in                          County, Alabama on

.

*(First and Last Name of Person Served)*     *(Name of County)*                          *(Date)*

Document left:

☐    with above-named Defendant;

☐    with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐    at the above-named Defendant's dwelling house or place or usual place of abode with some person of suitable age and discretion then residing therein.

*Return of Non-Service*

☐ I certify that service of process of this Summons and the Complaint or other document was refused by

in                          County, Alabama on                     who is:

*(First and Last Name of Person Served)*     *(Name of County)*                     *(Date)*

☐    the above-named Defendant;

☐    an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or marriage to the party seeking service of process.

*(Type of Process Server)*          *(Server's Signature)*                    *(Address of Server)*

*(Badge or Precinct Number of Sheriff or Constable)*   *(Server's Printed Name)*

*(Badge or Precinct Number of Sheriff or Constable)*   *(Telephone Number of Designated Process Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 7/2023 | SUMMONS<br>- CIVIL - | Court Case Number<br>01-CV-2025-903180.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
## KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION

**NOTICE TO:** TYCO FIRE PRODUCTS LP C/O THE CORPORATION TRUST CO, CORPORATION TRUST CENTER 1209 ORANGE STREET, WILMINGTON, DE 19801

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), R. BRYANT MCCULLEY

_____,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 701 East Bay Street, Suite 411, Charleston, SC 29403

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request below of pursuant to the Alabama Rules of the Civil Procedure.

KIMBERLA ALEXANDER
*[Name(s)]*

| 07/31/2025 | /s/ JACQUELINE ANDERSON SMITH | By: _____ |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.       /s/ R. BRYANT MCCULLEY

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

*Certified Mail*

☐ Return receipt of certified mail received in this office on _____.

*(Date)*

*Personal/Authorized*

☐ I certify that I personally delivered a copy of this Summons and the Complaint or other document to _____ in _____ County, Alabama on _____.

*(First and Last Name of Person Served)*   *(Name of County)*   *(Date)*

Document left:

☐ with above-named Defendant;

☐ with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ at the above-named Defendant's dwelling house or place or usual place of abode with some person of suitable age and discretion then residing therein.

*Return of Non-Service*

☐ I certify that service of process of this Summons and the Complaint or other document was refused by _____ in _____ County, Alabama on _____ who is:

*(First and Last Name of Person Served)*   *(Name of County)*   *(Date)*

☐ the above-named Defendant;

☐ an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or marriage to the party seeking service of process.

_____   _____   _____
*(Type of Process Server)*   *(Server's Signature)*   *(Address of Server)*

_____   _____
*(Badge or Precinct Number of Sheriff or Constable)*   *(Server's Printed Name)*

_____   _____
*(Badge or Precinct Number of Sheriff or Constable)*   *(Telephone Number of Designated Process Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 7/2023 | SUMMONS<br>- CIVIL - | Court Case Number<br>01-CV-2025-903180.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION

**NOTICE TO:**  UNITED TECHNOLOGIES CORPORATION C/O THE CORPORATIO, CORPORATION TRUST CENTER 1209 ORANGE STREET, WILMINGTON, DE 19801

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), R. BRYANT MCCULLEY

*[Names(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 701 East Bay Street, Suite 411, Charleston, SC 29403

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request below of     KIMBERLA ALEXANDER
pursuant to the Alabama Rules of the Civil Procedure.                                                                    *[Name(s)]*

| 07/31/2025 | /s/ JACQUELINE ANDERSON SMITH | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.     /s/ R. BRYANT MCCULLEY

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

*Certified Mail*

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

*Personal/Authorized*

☐ I certify that I personally delivered a copy of this Summons and the Complaint or other document to
_____ in _____ County, Alabama on _____ .

*(First and Last Name of Person Served)*     *(Name of County)*     *(Date)*

Document left:

☐ with above-named Defendant;

☐ with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ at the above-named Defendant's dwelling house or place or usual place of abode with some person of suitable age and discretion then residing therein.

*Return of Non-Service*

☐ I certify that service of process of this Summons and the Complaint or other document was refused by
_____ in _____ County, Alabama on _____ who is:

*(First and Last Name of Person Served)*     *(Name of County)*     *(Date)*

☐ the above-named Defendant;

☐ an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or marriage to the party seeking service of process.

| *(Type of Process Server)* | *(Server's Signature)* | *(Address of Server)* |
|---|---|---|
| *(Badge or Precinct Number of Sheriff or Constable)* | *(Server's Printed Name)* | |
| *(Badge or Precinct Number of Sheriff or Constable)* | *(Telephone Number of Designated Process Server)* | |

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 7/2023 | SUMMONS<br>- CIVIL - | Court Case Number<br>01-CV-2025-903180.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION

**NOTICE TO:** UTC FIRE & SECURITY AMERICANS CORPORATION, INC.  C, 157020 BRIXHAM HILL AVE #300, CHARLOTTE, NC 28277

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), R. BRYANT MCCULLEY

*[Names(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 701 East Bay Street, Suite 411, Charleston, SC 29403

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request below of pursuant to the Alabama Rules of the Civil Procedure.

KIMBERLA ALEXANDER

*[Name(s)]*

| 07/31/2025 | /s/ JACQUELINE ANDERSON SMITH | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.

/s/ R. BRYANT MCCULLEY

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

*Certified Mail*

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

*Personal/Authorized*

☐ I certify that I personally delivered a copy of this Summons and the Complaint or other document to

_____ in _____ County, Alabama on _____ .

*(First and Last Name of Person Served)* *(Name of County)* *(Date)*

Document left:

☐ with above-named Defendant;

☐ with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ at the above-named Defendant's dwelling house or place or usual place of abode with some person of suitable age and discretion then residing therein.

*Return of Non-Service*

☐ I certify that service of process of this Summons and the Complaint or other document was refused by

_____ in _____ County, Alabama on _____ who is:

*(First and Last Name of Person Served)* *(Name of County)* *(Date)*

☐ the above-named Defendant;

☐ an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or marriage to the party seeking service of process.

| *(Type of Process Server)* | *(Server's Signature)* | *(Address of Server)* |
|---|---|---|

| *(Badge or Precinct Number of Sheriff or Constable)* | *(Server's Printed Name)* | |
|---|---|---|

| *(Badge or Precinct Number of Sheriff or Constable)* | *(Telephone Number of Designated Process Server)* | |
|---|---|---|

ELECTRONICALLY FILED
8/9/2025 12:47 PM
01-CV-2025-903180.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON SMITH, CLERK

**IN THE CIRCUIT COURT**
**FOR THE TENTH JUDICIAL CIRCUIT**
**JEFFERSON COUNTY, ALABAMA**

| | |
|---|---|
| **KIMBERLA ALEXANDER;** | |
| **MARTELL ANDERSON;** | |
| **GARY ANDRESS;** | |
| **GREGORY ANDREWS;** | |
| **KERRY ASHLEY;** | |
| **ELSIE BARNES;** | |
| **LAQUETTA BASS;** | |
| **JUSTIN BEALE;** | |
| **JULIE BELDIN;** | |
| **EUGENE BENNERSON;** | **Civil Action No:_____** |
| **ISAAC BENNETT;** | |
| **LORETTA BENSON;** | **AMENDED COMPLAINT AND JURY** |
| **FRANTZ BIENAIME;** | **DEMAND** |
| **KEVIN BOEDICKER;** | |
| **JOHNETTA BOGINS;** | |
| **MALIA BOSWELL;** | |
| **LEROY BOWENS;** | |
| **JUDY BOYER;** | |
| **KEVIN BOYKINS;** | |
| **KERRY BRADSHAW;** | |
| **MALYNDA BRANCH;** | |
| **JOHN BRENNAN;** | |
| **KENNETH BROOKER;** | |
| **ERIC BROWN;** | |
| **JAMES BROWN;** | |
| **JAHAD BRUMSEY;** | |
| **JACOB BRYANT;** | |
| **KIMBERLY BUCKMAN;** | |
| **LATASHA BURRELL;** | |
| **JULIO CANOVA;** | |
| **JEANNIE CARRANZA;** | |
| **KELLY CHRISTOPHER;** | |
| **JOHNNY CRUZ;** | |
| **JOHN CUNNINGHAM;** | |
| **LOTISHA DAVIDSON;** | |
| **DOMINIC DAVIS;** | |
| **DYANNE DESHAZO JOHNSON;** | |
| **KEVIN DICKSON;** | |
| **LOREN DILLINGHAM;** | |
| **MARIE DOFTON;** | |

**DONNA DUFF;**

**JAMES DURKAN;**

**JAMES EUBANKS;**

**JAMIE EVANS;**

**KIMBERLY FOLKS-COX;**

**JANICE FOMBON;**

**JACQUELINE FORD;**

**LAQUITA FOSTER;**

**HELEN FOX-VOGELFANGER;**

**ERNESTO FRU;**

**LEOBARDO GALLEGOS;**

**JACOB GERMAN;**

**KIMBERLY GLOVER;**

**JOHNATHAN GOODNER;**

**JENNA GRAVES;**

**JABARI GRAY;**

**MARIA GUERRERO;**

**IKE HALL;**

**LETROY HAMPTON;**

**FRANKLIN HARDEMAN;**

**JANICE HARRISON;**

**ERWIN HAYDEN;**

**KIA HENLEY;**

**GILBERT HERNANDEZ;**

**MARK HINDS;**

**JAMES HINTON;**

**KENNETH W. HOPKINS;**

**KENNETH ISLER;**

**EARLENE JACKSON;**

**JULICIA JACKSON;**

**LARRY JAMES;**

**KENNEDA JOBE;**

**LATASHA JORDAN;**

**LOVENS JOSEPH;**

**KRISTAL KIMBREL;**

**SANDRA KINNAMON-CARMICHAEL**

**AS REPRESENTATIVE OF**

**JULIUS CARMICHAEL;**

**EUGENE LARK;**

**JOAN LASON;**

**JOE LAU;**

**JOHN LEONARD;**

**HOWELL LITTLE;**

**JAMES LOUIS SCOTT;**

2

**LUIS LUQUE;**
**KARINA LUZANILLA;**
**LYNN MALENA;**
**MARNDENA MANNING;**
**LASHANDA MARTIN;**
**LYNDELL MARTIN;**
**HOLLIE MCCOY;**
**GRACE MEDRANO;**
**ERIC MENDOZA;**
**KIMBERLY MOILANEN;**
**JORDAN MOORE;**
**JOHN MORGAN;**
**ERNEST NORWOOD;**
**JOHN P PARKER;**
**GEOFFREY K. PARKER JR;**
**KATHY PAXIAO;**
**KATHY PAYNE;**
**KEITH PAYTON;**
**JOE PERRET;**
**KENNETH PERRY;**
**MARCUS PETTIT;**
**JENNIFER PHARES;**
**LARRY PITRE;**
**JESSE POORE;**
**JOSEPH POPPS;**
**KRISTOPHER PRESTON;**
**DONALD PUGH;**
**JUDY REID;**
**JAMES RICE;**
**ISABEL ROBINSON;**
**LAMUNA ROBINSON;**
**LEON ROBINSON;**
**LUCILLE ROBINSON;**
**JOSE RODRIGUEZ;**
**FRANK ROMO;**
**JANICE ROUSH;**
**ERIC RUGG;**
**JUAN SANCHEZ;**
**FRIENDLEY SERTILE;**
**EDWARD SILVERNAIL;**
**MARILYN SMITH;**
**GILMER SOUTHERN;**
**LOYLE STAGNER;**
**LLOYD STAPLETON;**

**MARCUS STOKES;**
**LAURIE SUMRALL;**
**KAWAINE TATE;**
**JUSTIN THOMPSON;**
**LASHAUNDRA THOMPSON;**
**LUIS TURNER;**
**JESUS VAZQUEZ;**
**EARL VIGNES;**
**GEESJI VIGUIE;**
**KATHLEEN VILLAGRANA;**
**GARY WALSBURG;**
**GERALD WALTON;**
**JEFFREY WEBSTER;**
**HERBERT WEISS;**
**MAE WELLS;**
**LAWRENCE WEST;**
**JUANAKEE WHITE;**
**JOHN WIEBEL;**
**ERIC WILLIAMS;**
**LISA WILLIAMS;**
**LORETTA WINDSOR;**
**HAROLD WISE;**
**KAY WOOD;**
**SAM WORTHY**
**AS REPRESENTATIVE OF**
**LORRAINE WORTHY;**
**JOHNNY WRIGHT;**
**MARIA YELVERTON; and**
**JOHN YOUNG,**

**Plaintiffs,**

**v.**

**3M COMPANY (f/k/a Minnesota**
**Mining and Manufacturing Company);**
**AGC CHEMICALS AMERICAS INC.;**
**AMEREX CORPORATION;**
**ARCHROMA U.S. INC.;**
**ARKEMA, INC.;**
**BASF CORPORATION;**
**BUCKEYE FIRE EQUIPMENT**
**COMPANY;**
**CARRIER GLOBAL CORPORATION;**

4

**CHEMDESIGN PRODUCTS, INC.;**
**CHEMGUARD, INC.;**
**CHEMICALS, INC.;**
**CHEMOURS COMPANY FC, LLC;**
**CHUBB FIRE, LTD;**
**CLARIANT CORP.;**
**CORTEVA, INC.;**
**DAIKIN AMERICA, INC.;**
**DEEPWATER CHEMICALS, INC.;**
**DU PONT DE NEMOURS INC. (f/k/a**
**DOWDUPONT INC.);**
**DYNAX CORPORATION;**
**E.I. DU PONT DE NEMOURS AND**
**COMPANY;**
**JOHNSON CONTROLS, INC.;**
**KIDDE PLC;**
**NATION FORD CHEMICAL**
**COMPANY;**
**NATIONAL FOAM, INC.;**
**PERIMETER SOLUTIONS, LP;**
**THE CHEMOURS COMPANY;**
**TYCO  FIRE PRODUCTS LP, as**
**successor-in-interest to The Ansul Company;**
**UNITED TECHNOLOGIES**
**CORPORATION;**
**UTC FIRE &  SECURITY AMERICAS**
**CORPORATION, INC. (f/k/a GE**
**Interlogix, Inc.),**

**Defendants.**

## **COMPLAINT**

COME NOW, the above-named Plaintiffs, by and through the undersigned counsel, and

allege upon information and belief, as follows:

### **INTRODUCTION**

1.      Plaintiffs bring this action for damages for personal injury resulting from exposure

to the toxic chemicals collectively known as per and polyfluoroalkyl substances ("PFAS").  PFAS

includes, but is not limited to, perfluorooctanoic acid ("PFOA") and perfluorooctane sulfonic acid ("PFOS") and related chemicals including those that degrade to PFOA and/or PFOS.

2.     Defendants collectively designed, marketed, developed, manufactured, distributed, released, promoted, sold, and/or otherwise inappropriately disposed of PFAS chemicals with knowledge that PFAS were highly toxic and bio persistent, which would expose Plaintiffs to the risks associated with PFAS.

3.     Defendants also collectively designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used aqueous film-forming foam ("AFFF") products containing PFAS chemicals and/or designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS, with knowledge that PFAS were highly toxic and bio persistent and would expose Plaintiffs to the risks associated with PFAS.

4.     PFAS binds to proteins in the blood of humans exposed to the material and remains and persists over long periods of time. Due to their unique chemical structure, PFAS accumulates in the blood and body of exposed individuals.

5.     PFAS are highly toxic and carcinogenic chemicals. Defendants knew, or should have known, that PFAS remain in the human body while presenting significant health risks to humans.

6.     Plaintiffs were unaware of the dangerous PFAS in their drinking water and unaware of the toxic nature of Defendants' PFAS in general. Plaintiffs' consumption of PFAS from

Defendants' contamination and inappropriate disposal caused Plaintiffs to develop the serious medical conditions and complications alleged herein.

7.      Through this action, Plaintiffs seek to recover compensatory and punitive damages arising out of the permanent and significant damages sustained as a direct result of exposure to Defendants' PFAS at various locations. Plaintiffs further seek injunctive, equitable, and declaratory relief arising from the same.

## JURISDICTION AND VENUE

8.      Defendants are subject to the jurisdiction of this Court on the grounds that (a) one or more of Defendants is a foreign corporation whose principal place of business is located in the State of Alabama; (b) one or more of Defendants are foreign corporations that either are registered to conduct business in the State of Alabama and have actually transacted business in Alabama; and/or (c) one or more of Defendants is a domestic corporation native to the State of Alabama.

9.      Venue is proper pursuant to *Alabama Code Section* 6-3-7 as significant events resulting in the cause of action and subsequent injuries occurred in this county.

10.      Joinder of all parties is proper pursuant to Rule 20(a) of the *Alabama Rules of Civil Procedure*. Defendants are permissively joined in this action because the exposure, injuries, and relief requested all arise out of similar occurrences or transactions and questions of law and fact are common to all parties.

## PARTIES

11.      Plaintiff Kimberla Alexander is a resident and citizen of Lafayette, LA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

7

12.    Plaintiff Kimberla Alexander was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

13.    Plaintiff Martell Anderson is a resident and citizen of Redford, MI and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

14.    Plaintiff Martell Anderson was diagnosed with and has suffered from testicular cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

15.    Plaintiff Gary Andress is a resident and citizen of Saginaw, MI and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

16.    Plaintiff Gary Andress was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

17.    Plaintiff Gregory Andrews is a resident and citizen of Round Rock, TX and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

18.    Plaintiff Gregory Andrews was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

19.     Plaintiff Kerry Ashley is a resident and citizen of Richcrest, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

20.     Plaintiff Kerry Ashley was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

21.     Plaintiff Elsie Barnes is a resident and citizen of Chesapeake, VA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

22.     Plaintiff Elsie Barnes was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

23.     Plaintiff Laquetta Bass is a resident and citizen of Dayton, OH and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

24.     Plaintiff Laquetta Bass was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

25.     Plaintiff Justin Beale is a resident and citizen of Exeter, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

26.    Plaintiff Justin Beale was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

27.    Plaintiff Julie Beldin is a resident and citizen of Visalia, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

28.    Plaintiff Julie Beldin was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

29.    Plaintiff Eugene Bennerson is a resident and citizen of Atlanta, GA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

30.    Plaintiff Eugene Bennerson was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

31.    Plaintiff Isaac Bennett is a resident and citizen of Fresno, TX and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

32.    Plaintiff Isaac Bennett was diagnosed with and has suffered from testicular cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

33.     Plaintiff Loretta Benson is a resident and citizen of Pinedale, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

34.     Plaintiff Loretta Benson was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

35.     Plaintiff Frantz Bienaime is a resident and citizen of Miami, FL and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

36.     Plaintiff Frantz Bienaime was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

37.     Plaintiff Kevin Boedicker is a resident and citizen of Cleveland, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

38.     Plaintiff Kevin Boedicker was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

39.     Plaintiff Johnetta Bogins is a resident and citizen of Jacksonville, FL and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

40.     Plaintiff Johnetta Bogins was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

41.     Plaintiff Malia Boswell is a resident and citizen of Cathedral City, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

42.     Plaintiff Malia Boswell was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

43.     Plaintiff Leroy Bowens is a resident and citizen of John's Island, SC and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

44.     Plaintiff Leroy Bowens was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

45.     Plaintiff Judy Boyer is a resident and citizen of Jackson, MI and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

46.     Plaintiff Judy Boyer was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

47.    Plaintiff Kevin Boykins is a resident and citizen of Manhattan, NY and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

48.    Plaintiff Kevin Boykins was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

49.    Plaintiff Kerry Bradshaw is a resident and citizen of Zephyrhills, FL and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

50.    Plaintiff Kerry Bradshaw was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

51.    Plaintiff Malynda Branch is a resident and citizen of Bakersfield, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

52.    Plaintiff Malynda Branch was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

53.    Plaintiff John Brennan is a resident and citizen of Rockland, MA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

54.     Plaintiff John Brennan was diagnosed with and has suffered from testicular cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

55.     Plaintiff Kenneth Brooker is a resident and citizen of Highland, NY and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

56.     Plaintiff Kenneth Brooker was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

57.     Plaintiff Eric Brown is a resident and citizen of Los Angeles, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

58.     Plaintiff Eric Brown was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

59.     Plaintiff James Brown is a resident and citizen of Los Angeles, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

60.     Plaintiff James Brown was diagnosed with and has suffered from testicular cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

61.     Plaintiff Jahad Brumsey is a resident and citizen of Charlotte, NC and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

62.     Plaintiff Jahad Brumsey was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

63.     Plaintiff Jacob Bryant is a resident and citizen of Lakeside, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

64.     Plaintiff Jacob Bryant was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

65.     Plaintiff Kimberly Buckman is a resident and citizen of Lancaster, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

66.     Plaintiff Kimberly Buckman was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

67.     Plaintiff Latasha Burrell is a resident and citizen of Coon Rapids, MN and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

68.     Plaintiff Latasha Burrell was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

69.     Plaintiff Julio Canova is a resident and citizen of Homestead, FL and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

70.     Plaintiff Julio Canova was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

71.     Plaintiff Jeannie Carranza is a resident and citizen of Lancaster, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

72.     Plaintiff Jeannie Carranza was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

73.     Plaintiff Kelly Christopher is a resident and citizen of Blackwood, NJ and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

74.     Plaintiff Kelly Christopher was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

75.    Plaintiff Johnny Cruz is a resident and citizen of Baytown, TX and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

76.    Plaintiff Johnny Cruz was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

77.    Plaintiff John Cunningham is a resident and citizen of Middleton, MA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

78.    Plaintiff John Cunningham was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

79.    Plaintiff Lotisha Davidson is a resident and citizen of Bakersfield, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

80.    Plaintiff Lotisha Davidson was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

81.    Plaintiff Dominic Davis is a resident and citizen of Atlanta, GA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

82.     Plaintiff Dominic Davis was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

83.     Plaintiff Dyanne DeShazo Johnson is a resident and citizen of Orland, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

84.     Plaintiff Dyanne DeShazo Johnson was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

85.     Plaintiff Kevin Dickson is a resident and citizen of San Lorenzo, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

86.     Plaintiff Kevin Dickson was diagnosed with and has suffered from testicular cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

87.     Plaintiff Loren Dillingham is a resident and citizen of Santa Clarita, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

88.     Plaintiff Loren Dillingham was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

89.     Plaintiff Marie Dofton is a resident and citizen of Wynnewood, PA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

90.     Plaintiff Marie Dofton was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

91.     Plaintiff Donna Duff is a resident and citizen of Shepherdsville, KY and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

92.     Plaintiff Donna Duff was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

93.     Plaintiff James Durkan is a resident and citizen of Boston, MA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

94.     Plaintiff James Durkan was diagnosed with and has suffered from testicular cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

95.     Plaintiff James Eubanks is a resident and citizen of Cabot, AR and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

96.     Plaintiff James Eubanks was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

97.     Plaintiff Jamie Evans is a resident and citizen of Long Beach, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

98.     Plaintiff Jamie Evans was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

99.     Plaintiff Kimberly Folks-Cox is a resident and citizen of Bloomington, IL and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

100.     Plaintiff Kimberly Folks-Cox was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

101.     Plaintiff Janice Fombon is a resident and citizen of Mcallen, TX and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

102.     Plaintiff Janice Fombon was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

103.     Plaintiff Jacqueline Ford is a resident and citizen of Lorain, OH and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

104.     Plaintiff Jacqueline Ford was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

105.     Plaintiff Laquita Foster is a resident and citizen of Petal, MS and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

106.     Plaintiff Laquita Foster was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

107.     Plaintiff Helen Fox-Vogelfanger is a resident and citizen of Ridgecrest, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

108.     Plaintiff Helen Fox-Vogelfanger was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

109.     Plaintiff Ernesto Fru is a resident and citizen of Venus, TX and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

110.    Plaintiff Ernesto Fru was diagnosed with and has suffered from testicular cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

111.    Plaintiff Leobardo Gallegos is a resident and citizen of Merced, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

112.    Plaintiff Leobardo Gallegos was diagnosed with and has suffered from testicular cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

113.    Plaintiff Jacob German is a resident and citizen of Dillon, SC and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

114.    Plaintiff Jacob German was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

115.    Plaintiff Kimberly Glover is a resident and citizen of Moreno Valley, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

116.    Plaintiff Kimberly Glover was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

117.     Plaintiff Johnathan Goodner is a resident and citizen of Austin, TX and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

118.     Plaintiff Johnathan Goodner was diagnosed with and has suffered from testicular cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

119.     Plaintiff Jenna Graves is a resident and citizen of Lancaster, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

120.     Plaintiff Jenna Graves was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

121.     Plaintiff Jabari Gray is a resident and citizen of Miami Gardens, FL and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

122.     Plaintiff Jabari Gray was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

123.     Plaintiff Maria Guerrero is a resident and citizen of Orlando, FL and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

124.    Plaintiff Maria Guerrero was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

125.    Plaintiff Ike Hall is a resident and citizen of Detroit, MI and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

126.    Plaintiff Ike Hall was diagnosed with and has suffered from testicular cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

127.    Plaintiff Letroy Hampton is a resident and citizen of Milledgeville, GA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

128.    Plaintiff Letroy Hampton was diagnosed with and has suffered from testicular cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

129.    Plaintiff Franklin Hardeman is a resident and citizen of Houston, TX and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

130.    Plaintiff Franklin Hardeman was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

131.    Plaintiff Janice Harrison is a resident and citizen of Hawthorne, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

132.    Plaintiff Janice Harrison was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

133.    Plaintiff Erwin Hayden is a resident and citizen of Austin, TX and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

134.    Plaintiff Erwin Hayden was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

135.    Plaintiff Kia Henley is a resident and citizen of Bacliff, TX and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

136.    Plaintiff Kia Henley was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

137.    Plaintiff Gilbert Hernandez is a resident and citizen of Riverside, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

138.    Plaintiff Gilbert Hernandez was diagnosed with and has suffered from testicular cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

139.    Plaintiff Mark Hinds is a resident and citizen of Palm Bay, FL and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

140.    Plaintiff Mark Hinds was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

141.    Plaintiff James Hinton is a resident and citizen of Ypsilanti, MI and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

142.    Plaintiff James Hinton was diagnosed with and has suffered from testicular cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

143.    Plaintiff Kenneth W. Hopkins is a resident and citizen of Gadsden, AL and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

144.    Plaintiff Kenneth W. Hopkins was diagnosed with and has suffered from testicular cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

145.    Plaintiff Kenneth Isler is a resident and citizen of Palmdale, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

146.    Plaintiff Kenneth Isler was diagnosed with and has suffered from testicular cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

147.    Plaintiff Earlene Jackson is a resident and citizen of Hartswell, GA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

148.    Plaintiff Earlene Jackson was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

149.    Plaintiff Julicia Jackson is a resident and citizen of Texas City, TX and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

150.    Plaintiff Julicia Jackson was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

151.    Plaintiff Larry James is a resident and citizen of Wickenburg, AZ and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

152.     Plaintiff Larry James was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

153.     Plaintiff Kenneda Jobe is a resident and citizen of Dickerson, TX and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

154.     Plaintiff Kenneda Jobe was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

155.     Plaintiff Latasha Jordan is a resident and citizen of Galveston, TX and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

156.     Plaintiff Latasha Jordan was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

157.     Plaintiff Lovens Joseph is a resident and citizen of Orlando, FL and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

158.     Plaintiff Lovens Joseph was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

159. Plaintiff Kristal Kimbrel is a resident and citizen of Woodstock, GA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

160. Plaintiff Kristal Kimbrel was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

161. Plaintiff Sandra Kinnamon-Carmichael, a representative of Julius Carmichael, is a resident and citizen of Shawnee, OK and Julius Carmichael was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

162. Julius Carmichael was diagnosed with and suffered from kidney cancer prior to death as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

163. Plaintiff Eugene Lark is a resident and citizen of Norristown, PA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

164. Plaintiff Eugene Lark was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

165. Plaintiff Joan Lason is a resident and citizen of Congress, AZ and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

166.    Plaintiff Joan Lason was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

167.    Plaintiff Joe Lau is a resident and citizen of Rancho Cordova, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

168.    Plaintiff Joe Lau was diagnosed with and has suffered from testicular cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

169.    Plaintiff John Leonard is a resident and citizen of Cape Coral, FL and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

170.    Plaintiff John Leonard was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

171.    Plaintiff Howell Little is a resident and citizen of Ringgold, GA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

172.    Plaintiff Howell Little was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

173.    Plaintiff James Louis Scott is a resident and citizen of Corona, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

174.    Plaintiff James Louis Scott was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

175.    Plaintiff Luis Luque is a resident and citizen of Bakersfield, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

176.    Plaintiff Luis Luque was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

177.    Plaintiff Karina Luzanilla is a resident and citizen of Long Beach, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

178.    Plaintiff Karina Luzanilla was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

179.    Plaintiff Lynn Malena is a resident and citizen of Myrtle Beach, SC and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

180.    Plaintiff Lynn Malena was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

181.    Plaintiff Marndena Manning is a resident and citizen of Mission Viejo, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

182.    Plaintiff Marndena Manning was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

183.    Plaintiff Lashanda Martin is a resident and citizen of Seaford, VA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

184.    Plaintiff Lashanda Martin was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

185.    Plaintiff Lyndell Martin is a resident and citizen of Bulverde, TX and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

186.    Plaintiff Lyndell Martin was diagnosed with and has suffered from testicular cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

187.    Plaintiff Hollie McCoy is a resident and citizen of Ravenswood, WV and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

188.    Plaintiff Hollie McCoy was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

189.    Plaintiff Grace Medrano is a resident and citizen of Kennewick, WA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

190.    Plaintiff Grace Medrano was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

191.    Plaintiff Eric Mendoza is a resident and citizen of Fort Stockton, TX and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

192.    Plaintiff Eric Mendoza was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

193.    Plaintiff Kimberly Moilanen is a resident and citizen of Clear Lake, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

194.    Plaintiff Kimberly Moilanen was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

195.    Plaintiff Jordan Moore is a resident and citizen of Los Angeles, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

196.    Plaintiff Jordan Moore was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

197.    Plaintiff John Morgan is a resident and citizen of Ripon, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

198.    Plaintiff John Morgan was diagnosed with and has suffered from testicular cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

199.    Plaintiff Ernest Norwood is a resident and citizen of Crowley, TX and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

200.    Plaintiff Ernest Norwood was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

201.    Plaintiff John P Parker is a resident and citizen of Canyon Lake, TX and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

202.    Plaintiff John P Parker was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

203.    Plaintiff Geoffrey K. Parker, Jr. is a resident and citizen of Kingsport, TN and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

204.    Plaintiff Geoffrey K. Parker, Jr. was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

205.    Plaintiff Kathy Paxiao is a resident and citizen of Loomis, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

206.    Plaintiff Kathy Paxiao was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

207.    Plaintiff Kathy Payne is a resident and citizen of Tallahassee, FL and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

208.   Plaintiff Kathy Payne was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

209.   Plaintiff Keith Payton is a resident and citizen of Greenville, NC and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

210.   Plaintiff Keith Payton was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

211.   Plaintiff Joe Perret is a resident and citizen of Chino, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

212.   Plaintiff Joe Perret was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

213.   Plaintiff Kenneth Perry is a resident and citizen of Moreno Valley, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

214.   Plaintiff Kenneth Perry was diagnosed with and has suffered from testicular cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

215.    Plaintiff Marcus Pettit is a resident and citizen of Lancaster, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

216.    Plaintiff Marcus Pettit was diagnosed with and has suffered from testicular cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

217.    Plaintiff Jennifer Phares is a resident and citizen of Dayton, TX and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

218.    Plaintiff Jennifer Phares was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

219.    Plaintiff Larry Pitre is a resident and citizen of Studio City, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

220.    Plaintiff Larry Pitre was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

221.    Plaintiff Jesse Poore is a resident and citizen of Port Charlotte, FL and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

222.    Plaintiff Jesse Poore was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

223.    Plaintiff Joseph Popps is a resident and citizen of Silver Springs, FL and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

224.    Plaintiff Joseph Popps was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

225.    Plaintiff Kristopher Preston is a resident and citizen of Parker Dam, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

226.    Plaintiff Kristopher Preston was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

227.    Plaintiff Donald Pugh is a resident and citizen of Marietta, OH and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

228.    Plaintiff Donald Pugh was diagnosed with liver cancer and has suffered from health conditions as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

229.    Plaintiff Judy Reid is a resident and citizen of Plum Branch, SC and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

230.    Plaintiff Judy Reid was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

231.    Plaintiff James Rice is a resident and citizen of Los Angeles, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

232.    Plaintiff James Rice was diagnosed with and has suffered from testicular cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

233.    Plaintiff Isabel Robinson is a resident and citizen of San Antonio, TX and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

234.    Plaintiff Isabel Robinson was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

235.    Plaintiff Lamuna Robinson is a resident and citizen of Los Angeles, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

236.    Plaintiff Lamuna Robinson was diagnosed with and has suffered from testicular cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

237.    Plaintiff Leon Robinson is a resident and citizen of Miami, FL and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

238.    Plaintiff Leon Robinson was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

239.    Plaintiff Lucille Robinson is a resident and citizen of Long Beach, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

240.    Plaintiff Lucille Robinson was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

241.    Plaintiff Jose Rodriguez is a resident and citizen of Uncasville, CT and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

242.    Plaintiff Jose Rodriguez was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

243.    Plaintiff Frank Romo is a resident and citizen of Pomona, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

244.    Plaintiff Frank Romo was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

245.    Plaintiff Janice Roush is a resident and citizen of Sun Valley, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

246.    Plaintiff Janice Roush was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

247.    Plaintiff Eric Rugg is a resident and citizen of Dighton, MA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

248.    Plaintiff Eric Rugg was diagnosed with and has suffered from testicular cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

249.    Plaintiff Juan Sanchez is a resident and citizen of Fontana, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

250.    Plaintiff Juan Sanchez was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

251.    Plaintiff Friendley Sertile is a resident and citizen of Lake Worth Beach, FL and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

252.    Plaintiff Friendley Sertile was diagnosed with and has suffered from testicular cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

253.    Plaintiff Edward Silvernail is a resident and citizen of Catskill, NY and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

254.    Plaintiff Edward Silvernail was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

255.    Plaintiff Marilyn Smith is a resident and citizen of Hemet, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

256.    Plaintiff Marilyn Smith was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

257.   Plaintiff Gilmer Southern is a resident and citizen of Greensboro, NC and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

258.   Plaintiff Gilmer Southern was diagnosed with and has suffered from testicular cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

259.   Plaintiff Loyle Stagner is a resident and citizen of Bessemer, AL and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

260.   Plaintiff Loyle Stagner was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

261.   Plaintiff Lloyd Stapleton is a resident and citizen of Houston, TX and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

262.   Plaintiff Lloyd Stapleton was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

263.   Plaintiff Marcus Stokes is a resident and citizen of Lafayette, LA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

264.    Plaintiff Marcus Stokes was diagnosed with and has suffered from testicular cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

265.    Plaintiff Laurie Sumrall is a resident and citizen of Hemet, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

266.    Plaintiff Laurie Sumrall was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

267.    Plaintiff Kawaine Tate is a resident and citizen of Gardena, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

268.    Plaintiff Kawaine Tate was diagnosed with and has suffered from testicular cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

269.    Plaintiff Justin Thompson is a resident and citizen of Colusa, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

270.    Plaintiff Justin Thompson was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

271.    Plaintiff Lashaundra Thompson is a resident and citizen of Texas City, TX and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

272.    Plaintiff Lashaundra Thompson was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

273.    Plaintiff Luis Turner is a resident and citizen of Menifee, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

274.    Plaintiff Luis Turner was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

275.    Plaintiff Jesus Vazquez is a resident and citizen of Sanford, FL and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

276.    Plaintiff Jesus Vazquez was diagnosed with and has suffered from testicular cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

277.    Plaintiff Earl Vignes is a resident and citizen of Texas City, TX and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

278.    Plaintiff Earl Vignes was diagnosed with and has suffered from testicular cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

279.    Plaintiff Geesji Viguie is a resident and citizen of Poinciana, FL and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

280.    Plaintiff Geesji Viguie was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

281.    Plaintiff Kathleen Villagrana is a resident and citizen of Murray, UT and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

282.    Plaintiff Kathleen Villagrana was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

283.    Plaintiff Gary Walsburg is a resident and citizen of Brookston, MN and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

284.    Plaintiff Gary Walsburg was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

285.    Plaintiff Gerald Walton is a resident and citizen of Newnan, GA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

286.    Plaintiff Gerald Walton was diagnosed with and has suffered from testicular cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

287.    Plaintiff Jeffrey Webster is a resident and citizen of Westminster, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

288.    Plaintiff Jeffrey Webster was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

289.    Plaintiff Herbert Weiss is a resident and citizen of Island Park, NY and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

290.    Plaintiff Herbert Weiss was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

291.    Plaintiff Mae Wells is a resident and citizen of Columbia, SC and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

292.     Plaintiff Mae Wells was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

293.     Plaintiff Lawrence West is a resident and citizen of Visalia, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

294.     Plaintiff Lawrence West was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

295.     Plaintiff Juanakee White is a resident and citizen of Smith Station, AL and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

296.     Plaintiff Juanakee White was diagnosed with and has suffered from health conditions as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

297.     Plaintiff John Wiebel is a resident and citizen of Pelzer, SC and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

298.     Plaintiff John Wiebel was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

299.     Plaintiff Eric Williams is a resident and citizen of Los Angeles, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

300.     Plaintiff Eric Williams was diagnosed with and has suffered from testicular cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

301.     Plaintiff Lisa Williams is a resident and citizen of Dayton, OH and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

302.     Plaintiff Lisa Williams was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

303.     Plaintiff Loretta Windsor is a resident and citizen of Albertville, AL and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

304.     Plaintiff Loretta Windsor was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

305.     Plaintiff Harold Wise is a resident and citizen of Corona, CA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

306.    Plaintiff Harold Wise was diagnosed with and has suffered from testicular cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

307.    Plaintiff Kay Wood is a resident and citizen of Paris, TN and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

308.    Plaintiff Kay Wood was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

309.    Plaintiff Sam Worthy, as representative of Lorraine Worthy, is a resident and citizen of New Orleans, LA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

310.    Lorraine Worthy was diagnosed with and suffered from kidney cancer prior to death as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

311.    Plaintiff Johnny Wright is a resident and citizen of Florence, AL and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

312.    Plaintiff Johnny Wright was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

313.    Plaintiff Maria Yelverton is a resident and citizen of Philadelphia, PA and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

314.    Plaintiff Maria Yelverton was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

315.    Plaintiff John Young is a resident and citizen of Fulshear, TX and was exposed to elevated levels of PFAS chemicals through drinking water at home contaminated by Defendants and potential PFAS/AFFF sources.

316.    Plaintiff John Young was diagnosed with and has suffered from kidney cancer as a result of prolonged exposure to Defendants' PFAS contamination at concentrations hazardous to Plaintiff's health.

317.    Defendant, 3M Company, f/k/a Minnesota Mining and Manufacturing Company, ("3M"), is a Delaware corporation and does business throughout the United States. 3M has its principal place of business at 3M Center, St. Paul, Minnesota 55133.

318.    3M designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used AFFF containing PFAS that are used in firefighting training and response exercises which are the subject of this Complaint. Further, Defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

319.     Defendant AGC Chemicals Americas, Inc. ("AGC") is a Delaware corporation and does business throughout the United States.  AGC has its principal place of business at 55 E. Uwchlan Ave., Suite 201, Exton, Pennsylvania 19341.

320.     AGC designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used AFFF containing PFAS that are used in firefighting training and response exercises which are the subject of this Complaint. Further, Defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

321.     Defendant Amerex Corporation ("Amerex") is an Alabama corporation and does business throughout the United States.  Amerex has its principal place of business at 7595 Gadsden Highway, Trussville, Alabama 35173.

322.     Amerex designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used AFFF containing PFAS that are used in firefighting training and response exercises which are the subject of this Complaint. Further, Defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

323.     Defendant Archroma U.S. Inc. ("Archroma") is a North Carolina company and does business throughout the United States. Archroma has its principal place of business at 5435 77 Center Drive, #10 Charlotte, North Carolina 28217.  Upon information and belief, Archroma was

formed in 2013 as part of the acquisition of Clariant Corporation's Textile Chemicals, Paper Specialties and Emulsions business by SK Capital Partners.

324.    Archroma designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used AFFF containing PFAS that are used in firefighting training and response exercises which are the subject of this Complaint. Further, Defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

325.    Defendant Arkema, Inc. ("Arkema") is a Pennsylvania corporation and does business throughout the United States. Arkema has its principal place of business at 900 1st Avenue, King of Prussia, Pennsylvania 19406. Upon information and belief, assets of Arkema's fluorochemical business were purchased by Defendant Dupont in 2002.

326.    Arkema designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used AFFF containing PFAS that are used in firefighting training and response exercises which are the subject of this Complaint. Further, Defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

327.    Defendant BASF Corporation ("BASF") is a Delaware corporation and does business throughout the United States.  BASF has its principal place of business at 100 Park Avenue, Florham Park, New Jersey 07932.

328. BASF designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, sold and/or otherwise handled and/or used AFFF containing PFAS that are used in firefighting training and response exercises which are the subject of this Complaint. Further, Defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

329. Defendant Buckeye Fire Equipment Company ("Buckeye") is an Ohio corporation and does business throughout the United States. Buckeye has its principal place of business at 110 Kings Road, Mountain, North Carolina 28086.

330. Buckeye designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, sold and/or otherwise handled and/or used AFFF containing PFAS that are used in firefighting training and response exercises which are the subject of this Complaint. Further, Defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

331. Defendant Carrier Global Corporation ("Carrier") is a Delaware corporation and does business throughout the United States. Carrier has its principal place of business at 13995 Pasteur Boulevard, Palm Beach Gardens, Florida 33418. Upon information and belief, Carrier was formed in 2020 and is the parent company of Kidde-Fenwal, Inc., a manufacturer of AFFF.

332. Carrier designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used

AFFF containing PFAS that are used in firefighting training and response exercises which are the subject of this Complaint. Further, Defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

333.    Defendant ChemDesign Products, Inc. ("ChemDesign") is a Texas corporation and does business throughout the United States. ChemDesign has its principal place of business at 2 Stanton Street, Marinette, Wisconsin 54143.

334.    ChemDesign designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used AFFF containing PFAS that are used in firefighting training and response exercises which are the subject of this Complaint.  Further, Defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

335.    Defendant Chemguard, Inc. ("Chemguard") is a Wisconsin corporation and does business throughout the United States. Chemguard has its principal place of business at One Stanton Street, Marinette, Wisconsin 54143.

336.    Chemguard designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, sold and/or otherwise handled and/or used AFFF containing PFAS that are used in firefighting training and response exercises which are the subject of this Complaint.  Further, Defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled

and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

337.   Defendant Chemicals, Inc. ("Chemicals") is a Texas corporation and does business throughout the United States. Chemicals has its principal place of business at 12321 Hatcherville Road, Baytown, Texas 77521.

338.   Chemicals designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used AFFF containing PFAS that are used in firefighting training and response exercises which are the subject of this Complaint. Further, defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

339.   Defendant Chemours Company FC, LLC ("Chemours FC"), is a Delaware corporation and does business throughout the United States. Chemours has its principal place of business at 1007 Market Street, Wilmington, Delaware 19899. Chemours FC is a subsidiary of The Chemours Company.

340.   Chemours FC designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, sold, and/or otherwise handled and/or used AFFF containing PFAS that are the subject of this Complaint. Further, Defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

341.    Defendant Chubb Fire, Ltd. ("Chubb") is a foreign private limited company, with offices at Littleton Road, Ashford, Middlesex, United Kingdom TW15 1TZ. Upon information and belief, Chubb is registered in the United Kingdom with a registered number of 134210. Upon information and belief, Chubb is or has been composed of different subsidiaries and/or divisions, including but not limited to, Chubb Fire & Security Ltd., Chubb Security, PLC, Red Hawk Fire & Security, LLC, and/or Chubb National Foam, Inc.

342.    Chubb Fire designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, sold, and/or otherwise handled and/or used AFFF containing PFAS that are the subject of this Complaint. Further, Defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

343.    Defendant Clariant Corporation ("Clariant") is a New York corporation and does business throughout the United States. Clariant has its principal place of business at 4000 Monroe Road, Charlotte, North Carolina 28205.

344.    Clariant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used AFFF containing PFAS that are used in firefighting training and response exercises which are the subject of this Complaint. Further, Defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

345.     Defendant Corteva, Inc. ("Corteva") is a Delaware Corporation that conducts business throughout the United States. Its principal place of business is Chestnut Run Plaza 735, Wilmington, Delaware 19805.  Corteva is the successor-in-interest to Dupont Chemical Solutions Enterprise.

346.     Corteva designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, sold, and/or otherwise handled and/or used AFFF containing PFAS that are the subject of this Complaint. Further, Defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

347.     Defendant Daikin America, Inc. ("Daikin") is a Delaware corporation and does business throughout the United States. Daikin has its principal place of business in Orangeburg, New York.

348.     Daikin designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used AFFF containing PFAS that are used in firefighting training and response exercises which are the subject of this Complaint. Further, Defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

349.     Defendant Deepwater Chemicals, Inc. ("Deepwater") is a Delaware corporation and does business throughout the United States. Deepwater's principal place of business is at 196122 E County Road 735, Woodward, Oklahoma 73801.

350.    Deepwater designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used AFFF containing PFAS that are used in firefighting training and response exercises which are the subject of this Complaint. Further, Defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

351.    Defendant Du Pont de Nemours Inc. (f/k/a DowDuPont, Inc.) ("DowDuPont"), is a Delaware corporation and does business throughout the United States. DowDuPont, has its principal place of business at 1007 Market Street, Wilmington, Delaware 19899 and 2211 H.H. Dow Way, Midland, Michigan 48674. DowDupont was created in 2015 to transfer Chemours and DuPont liabilities for manufacturing and distributing flurosurfactants to AFFF manufacturers.

352.    DowDuPont designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, sold, and/or otherwise handled and/or used AFFF containing PFAS that are the subject of this Complaint. Further, Defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

353.    Defendant Dynax Corporation ("Dynax") is a New York corporation that conducts business throughout the United States. Its principal place of business is 103 Fairview Park Drive, Elmsford, New York, 10523-1544.

354.    Dynax designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, sold, and/or otherwise handled and/or used AFFF

containing PFAS that are the subject of this Complaint. Further, Defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

355. Defendant E. I. du Pont de Nemours and Company ("DuPont"), is a Delaware corporation and does business throughout the United States. DuPont has its principal place of business at 1007 Market Street, Wilmington, Delaware 19898.

356. DuPont designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, sold, and/or otherwise handled and/or used AFFF containing PFAS that are the subject of this Complaint. Further, Defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

357. Defendant Johnson Controls, Inc. ("Johnson Controls") is a Wisconsin corporation and does business throughout the United States. Johnson Controls has its principal place of business in Milwaukee, Wisconsin.

358. Johnson Controls designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, sold, and/or otherwise handled and/or used AFFF containing PFAS that are the subject of this Complaint. Further, Defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

359.    Defendant Kidde P.L.C., Inc. ("Kidde P.L.C.") is a foreign corporation organized and existing under the laws of the State of Delaware and does business throughout the United States. Kidde P.L.C. has its principal place of business at One Carrier Place, Farmington, Connecticut 06034. Upon information and belief, Kidde PLC was formerly known as Williams Holdings, Inc. and/or Williams US, Inc.

360.    Kidde P.L.C. designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, sold, and/or otherwise handled and/or used AFFF containing PFAS that are the subject of this Complaint. Further, Defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

361.    Defendant Nation Ford Chemical Company ("Nation Ford") is a South Carolina company and does business throughout the United States. Nation Ford has its principal place of business at 2300 Banks Street, Fort Mill, South Carolina 29715.

362.    Nation Ford designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, sold, and/or otherwise handled and/or used AFFF containing PFAS that are the subject of this Complaint. Further, Defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

363.    Defendant National Foam, Inc. ("National Foam") is a Delaware corporation and does business throughout the United States. National Foam has its principal place of business at 141 Junny Road, Angier, North Carolina, 27501.

364.    National Foam designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, sold and/or otherwise handled and/or used AFFF containing PFAS that are used in firefighting training and response exercises which are the subject of this Complaint. Further, Defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

365.    Defendant Perimeter Solutions, LP ("Perimeter") is a Delaware corporation and does business throughout the United States. Perimeter has its principal place of business in Rancho Cucamonga, California.

366.    Perimeter designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, sold and/or otherwise handled and/or used AFFF containing PFAS that are used in firefighting training and response exercises which are the subject of this Complaint. Further, Defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

367.    Defendant The Chemours Company ("Chemours"), is a Delaware corporation and does business throughout the United States. Chemours has its principal place of business 1007 Market Street, Wilmington, Delaware 19898. Upon information and belief, Chemours was spun off from DuPont in 2015 to assume PFAS related liabilities.

368.    Chemours designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, sold, and/or otherwise handled and/or used AFFF

containing PFAS that are the subject of this Complaint. Further, Defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

369.     Defendant Tyco Fire Products, LP, as successor-in-interest to The Ansul Company ("Tyco"), is a Delaware limited partnership and does business throughout the United States. Tyco has its principal place of business at 1400 Pennbrook Parkway, Lansdale, Pennsylvania 19466. Tyco manufactured and currently manufactures the Ansul brand of products, including Ansul brand AFFF containing PFAS.

370.     Tyco is the successor in interest to the corporation formerly known as The Ansul Company ("Ansul").   At all times relevant, Tyco/Ansul designed, marketed, developed, manufactured, distributed released, trained users, produced instructional materials, sold and/or otherwise handled and/or used AFFF containing PFAS that are used in firefighting training and response exercises which are the subject of this Complaint.   Further, Defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

371.     Defendant United Technologies Corporation ("United Technologies") is a foreign corporation organized and existing under the laws of the State of Delaware and does business throughout the United States. United Technologies has its principal place of business at 8 Farm Springs Road, Farmington, Connecticut 06032.

372.     United Technologies designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, sold, and/or otherwise handled and/or

used AFFF containing PFAS that are the subject of this Complaint. Further, Defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

373.    Defendant UTC Fire & Security Americas Corporation, Inc. (f/k/a GE Interlogix, Inc.) ("UTC") is a North Carolina corporation and does business throughout the United States. UTC has principal place of business at 3211 Progress Drive, Lincolnton, North Carolina 28092. Upon information and belief, Kidde-Fenwal, Inc. is part of the UTC Climate Control & Security unit of United Technologies Corporation.

374.    UTC designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, sold, and/or otherwise handled and/or used AFFF containing PFAS that are the subject of this Complaint. Further, Defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

375.    When reference is made in this Complaint to any act or omission of any of Defendants, it shall be deemed that the officers, directors, agents, employees, or representatives of Defendants committed or authorized such act or omission, or failed to adequately supervise or properly control or direct their employees while engaged in the management, direction, operation, or control of the affairs of Defendants, and did so while acting within the scope of their duties, employment or agency.

376.    The term "AFFF Defendant" or "AFFF Defendants" refers to all Defendants named herein who designed, marketed, developed, manufactured, distributed, released, trained users,

produced instructional materials, promoted, sold and/or otherwise handled and/or used AFFF containing PFAS that are used in firefighting training and response exercises which are the subject of this complaint, jointly and severally, unless otherwise stated.

377.   The term "DuPont Defendant" or "DuPont Defendants" refers to Defendants Chemours Company FC, LLC, Du Pont de Nemours INC., E.I. DuPont de Nemours and Company, & The Chemours Company.

## FACTUAL ALLEGATIONS

378.   Aqueous film-forming foam or AFFF is a combination of chemicals used to extinguish hydrocarbon fuel-based fires.

379.   AFFF-containing fluorinated surfactants have better firefighting capabilities than water due to their surfactant-tension lowering properties which allow the compound(s) to extinguish fire by smothering, ultimately starving it of oxygen.

380.   AFFF is a Class-B firefighting foam. It is mixed with water and used to extinguish fires that are difficult to fight, particularly those that involve petroleum or other flammable liquids.

381.   AFFF Defendants designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold, and/or otherwise handled AFFF containing toxic PFAS or underlying PFAS containing chemicals used in AFFF production that were used by entities around the country, including military, county, and municipal firefighting departments.

382.   AFFF Defendants have each designed, marketed, developed, manufactured, distributed, released, trained users on, produced instructional materials for, sold, and/or otherwise handled and/or used AFFF containing PFAS, in such a way as to cause the contamination of

Plaintiffs' blood and/or body with PFAS, and the resultant biopersistence and bioaccumulation of such PFAS in the blood and/or body of Plaintiffs.

383.    AFFF was introduced commercially in the mid-1960s and rapidly became the primary firefighting foam in the United States and in other parts of the world. It contains PFAS, which are highly fluorinated synthetic chemical compounds whose family include PFOS and PFOA.

384.    PFAS are a family of chemical compounds containing fluorine and carbon atoms.

385.    PFAS have been used for decades in the manufacture of AFFF. The PFAS family of chemicals are entirely human-made and do not naturally occur or otherwise exist.

386.    Prior to commercial development and large-scale manufacture and use of AFFF containing PFAS, no such PFAS had been found or detected in human blood.

A.    **AFFF / PFAS Hazardous Effects on Humans**

387.    AFFF and its components are associated with a wide variety of adverse health effects in humans.

388.    Exposure to AFFF Defendants' products has been linked to serious medical conditions including, but not limited to, kidney cancer, testicular cancer, liver cancer, testicular tumors, pancreatic cancer, prostate cancer, leukemia, lymphoma, bladder cancer, thyroid disease and infertility.

389.    By at least the end of the 1960s, animal toxicity testing performed by some Defendants manufacturing and/or using PFAS indicated that exposure to such materials, including at least PFOA, resulted in various adverse health effects among multiple species of laboratory animals, including toxic effects to the liver, testes, adrenals, and other organs and bodily systems.

390.    By at least the end of the 1960s, additional research and testing performed by some Defendants manufacturing and/or using PFAS indicated that such materials, including at least PFOA, because of their unique chemical structure, were resistant to environmental degradation and would persist in the environment essentially unaltered if allowed to enter the environment.

391.    By at least the end of the 1970s, additional research and testing performed by some Defendants manufacturing and/or using PFAS indicated that one or more such materials, including at least PFOA and PFOS, because of their unique chemical structure, would bind to proteins in the blood of animals and humans exposed to such materials where such materials would remain and persist over long periods of time and would accumulate in the blood/body of the exposed individuals with each additional exposure.

392.    By at least the end of the 1980s, additional research and testing performed by some Defendants manufacturing and/or using PFAS indicated that at least one such PFAS, PFOA, had caused Leydig cell (testicular) tumors in a chronic cancer study in rats, resulting in at least one such Defendant, DuPont, classifying such PFAS internally as a confirmed animal carcinogen and possible human carcinogen.

393.    It was understood by AFFF Defendants by at least the end of the 1980s that a chemical that caused cancer in animal studies must be presumed to present a cancer risk to humans, unless the precise mechanism of action by which the tumors were caused was known and would not occur in humans.

394.    By at least the end of the 1980s, scientists had not determined the precise mechanism of action by which any PFAS caused tumors. Therefore, scientific principles of carcinogenesis classification mandated AFFF Defendants presume any such PFAS material that caused tumors in animal studies could present a potential cancer risk to exposed humans.

395.     By at least the end of the 1980s, additional research and testing performed by some Defendants manufacturing and/or using PFAS, including at least DuPont, indicated that elevated incidence of certain cancers and other adverse health effects, including elevated liver enzymes and birth defects, had been observed among workers exposed to such materials, including at least PFOA, but such data was not published, provided to governmental entities as required by law, or otherwise publicly disclosed at the time.

396.     By at least the end of the 1980s, some Defendants, including at least 3M and DuPont, understood that, not only did PFAS, including at least PFOA and PFOS, get into and persist and accumulate in the human blood and in the human body, but that once in the human body and blood, particularly the longer-chain PFAS, such as PFOS and PFOA, had a long half-life. Meaning that it would take a very long time before even half of the material would start to be eliminated, which allowed increasing levels of the chemicals to build up and accumulate in the blood and/or body of exposed individuals over time, particularly if any level of exposure continued.

397.     By at least the end of the 1990s, additional research and testing performed by some Defendants manufacturing and/or using PFAS, including at least 3M and DuPont, indicated that at least one such PFAS, PFOA, had caused a triad of tumors (Leydig cell (testicular), liver, and pancreatic) in a second chronic cancer study in rats.

398.     By at least the end of the 1990s, the precise mechanism(s) of action by which any PFAS caused each of the tumors found in animal studies had still not been identified, mandating that AFFF Defendants continue to presume that any such PFAS that caused such tumors in animal studies could present a potential cancer risk to exposed humans.

399.    By at least 2010, additional research and testing performed by some Defendants manufacturing and/or using PFAS, including at least 3M and DuPont, revealed multiple potential adverse health impacts among workers exposed to such PFAS, including at least PFOA, such as increased cancer incidence, hormone changes, lipid changes, and thyroid and liver impacts.

400.    When the United States Environmental Protection Agency ("USEPA") and other state and local public health agencies and officials first began learning of PFAS exposure in the United States and potential associated adverse health effects, AFFF Defendants repeatedly assured and represented to such entities and the public that such exposure presented no risk of harm and were of no significance.

401.    After the USEPA and other entities began asking Defendants to stop manufacturing and/or using certain PFAS, AFFF Defendants began manufacturing and/or using and/or began making and/or using more of certain other and/or "new" PFAS, including PFAS materials with six or fewer carbons, such as GenX (collectively "Short-Chain PFAS").

402.    AFFF Defendants manufacturing and/or using Short-Chain PFAS, including at least DuPont and 3M, are aware that one or more such Short-Chain PFAS materials also have been found in human blood.

403.    By at least the mid-2010s, AFFF Defendants, including at least DuPont and Chemours, were aware that at least one Short-Chain PFAS had been found to cause the same triad of tumors (Leydig (testicular), liver, and pancreatic) in a chronic rat cancer study as had been found in a chronic rat cancer study with a non-Short-Chain PFAS.

404.    Research and testing performed by and/or on behalf of AFFF Defendants making and/or using Short-Chain PFAS indicates that such Short-Chain PFAS materials present the same,

similar, and/or additional risks to human health as had been found in research on other PFAS materials, including cancer risk.

405.    Nevertheless, AFFF Defendants repeatedly assured and represented to governmental entities and the public (and continue to do so) that the presence of PFAS, including Short-Chain PFAS, in human blood at the levels found within the United States present no risk of harm and is of no legal, toxicological, or medical significance of any kind.

406.    At all relevant times, AFFF Defendants, individually and/or collectively, possessed the resources and ability but have intentionally, purposefully, recklessly, and/or negligently chosen not to fund or sponsor any study, investigation, testing, and/or other research of any kind of the nature that AFFF Defendants claim is necessary to confirm and/or prove that the presence of any one and/or combination of PFAS in human blood causes any disease and/or adverse health impact of any kind in humans, presents any risk of harm to humans, and/or is of any legal, toxicological, or medical significance to humans, according to standards AFFF Defendants deem acceptable.

407.    Even after an independent science panel, known as the "C8 Science Panel," publicly announced in the 2010s that human exposure to 0.05 parts per billion or more of one PFAS, PFOA, had "probable links" with certain human diseases, including kidney cancer, testicular cancer, ulcerative colitis, thyroid disease, preeclampsia, and medically-diagnosed high cholesterol, AFFF Defendants repeatedly assured and represented to governmental entities, their customers, and the public (and continue to do so) that the presence of PFAS in human blood at the levels found within the United States presents no risk of harm and is of no legal, toxicological, or medical significance of any kind, and have represented to and assured such governmental entities, their customers, and the public (and continue to do so) that the work of the independent C8 Science Panel was inadequate.

408.    At all relevant times, AFFF Defendants shared and/or should have shared among themselves all relevant information relating to the presence, biopersistence, and bioaccumulation of PFAS in human blood and associated toxicological, epidemiological, and/or other adverse effects and/or risks.

409.    As of the present date, blood serum testing and analysis by AFFF Defendants, independent scientific researchers, and/or government entities has confirmed that PFAS materials are clinically demonstrably present in approximately 99% of the current population of the United States.

410.    There is no naturally-occurring "background," normal, and/or acceptable level or rate of any PFAS in human blood, as all PFAS detected and/or present in human blood is present and/or detectable in such blood as a direct and proximate result of the acts and/or omissions of Defendants.

411.    At all relevant times, Defendants, through their acts and/or omissions, controlled, minimized, trivialized, manipulated, and/or otherwise influenced the information that was published in peer-review journals, released by any governmental entity, and/or otherwise made available to the public relating to PFAS in human blood and any alleged adverse impacts and/or risks associated therewith, effectively preventing Plaintiffs from discovering the existence and extent of any injuries/harm as alleged herein.

412.    At all relevant times, Defendants, through their acts and/or omissions, took steps to attack, challenge, discredit, and/or otherwise undermine any scientific studies, findings, statements, and/or other information that proposed, alleged, suggested, or even implied any potential adverse health effects or risks and/or any other fact of any legal, toxicological, or medical significance associated with the presence of PFAS in human blood.

413.    At all relevant times, Defendants, through their acts and/or omissions, concealed and/or withheld information from their customers, governmental entities, and the public that would have properly and fully alerted Plaintiffs to the legal, toxicological, medical, or other significance and/or risk from having any PFAS material in Plaintiffs' blood.

414.    At all relevant times, Defendants encouraged the continued and even further increased use of PFAS by their customers and others, including but not limited to the manufacture, use, and release, of AFFF containing PFAS and/or emergency responder protection gear or equipment coated with materials made with or containing PFAS, and tried to encourage and foster the increased and further use of PFAS in connection with as many products/uses/and applications as possible, despite knowledge of the toxicity, persistence, and bioaccumulation concerns associated with such activities.

415.    To this day, Defendants deny that the presence of any PFAS in human blood, at any level, is an injury or presents any harm or risk of harm of any kind, or is otherwise of any legal, toxicological, or medical significance.

416.    To this day, Defendants deny that any scientific study, research, testing, or other work of any kind has been performed that is sufficient to suggest to the public that the presence of any PFAS material in human blood, at any level, is of any legal, toxicological, medical, or other significance.

417.    Defendants, to this day, affirmatively assert and represent to governmental entities, their customers, and the public that there is no evidence that any of the PFAS found in human blood across the United States causes any health impacts or is sufficient to generate an increased risk of future disease sufficient to warrant diagnostic medical testing, often referring to existing

studies or data as including too few participants or too few cases or incidents of disease to draw any scientifically credible or statistically significant conclusions.

418.    Defendants were and/or should have been aware, knew and/or should have known, and/or foresaw or should have foreseen that their design, marketing, development, manufacture, distribution, release, training and response of users, production of instructional materials, sale and/or other handling and/or use of AFFF containing PFAS would result in the contamination of the blood and/or body of Plaintiffs with PFAS, and the biopersistence and bioaccumulation of such PFAS in their blood and/or body.

419.    Defendants were and /or should have been aware, or knew and/or should have known, and/or foresaw or should have foreseen that allowing PFAS to contaminate the blood and/or body of Plaintiffs would cause injury, irreparable harm, and/or unacceptable risk of such injury and/or irreparable harm to Plaintiffs.

420.    Defendants did not seek or obtain permission or consent from Plaintiffs before engaging in such acts and/or omissions that caused, allowed, and/or otherwise resulted in Plaintiffs' exposure to AFFF and the contamination of Plaintiffs' blood and/or body with PFAS materials, and resulting biopersistence and bioaccumulation of such PFAS in their blood and/or body.

**B.    Defendants' History of Manufacturing and Selling AFFF**

421.    3M began producing PFOS and PFOA by electrochemical fluorination in the 1940s. In the 1960s, 3M used its fluorination process to develop AFFF.

422.    3M manufactured, marketed, and sold AFFF from the 1960s to the early 2000s.

423.     National Foam and Tyco/Ansul began to manufacture, market, and sell AFFF in the 1970s.

424.    Buckeye began to manufacture, market, and sell AFFF in the 2000s.

425.    In 2000, 3M announced it was phasing out its manufacture of PFOS, PFOA, and related products, including AFFF. 3M, in its press release announcing the phase out, stated "our products are safe," and that 3M's decision was "based on [its] principles of responsible environment management." 3M further stated that "the presence of these materials at [] very low levels does not pose a human health or environmental risk." In communications with the EPA at that time, 3M also stated that it had "concluded that…other business opportunities were more deserving of the company's energies and attention…"

426.    Following 3M's exit from the AFFF market, the remaining AFFF Defendants continued to manufacture and sell AFFF that contained PFAS and/or its precursors.

427.    AFFF Defendants knew their customers warehoused large stockpiles of AFFF. In fact, AFFF Defendants marketed their AFFF products by touting its shelf-life. Even after AFFF Defendants fully understood the toxicity of PFAS, and their impacts to the health of humans following exposure, AFFF Defendants concealed the true nature of PFAS. While AFFF Defendants phased out production or transitioned to other formulas, they did not instruct their customers that they should not use AFFF that contained PFAS and/or their precursors. AFFF Defendants further did not act to get their harmful products off the market.

428.    AFFF Defendants did not warn public entities, firefighter trainees who they knew would foreseeably come into contact with their AFFF products, or firefighters employed by either civilian and/or military employers that use of and/or exposure to AFFF Defendants' products containing PFAS and/or its precursors would pose a danger to human health.

429.    Plaintiffs were exposed to PFAS contamination, directly through contaminated drinking water.

430.    Plaintiffs were never informed that the water was dangerous. Nor were Plaintiffs warned about the known health risks associated with Defendants' PFAS chemicals.

431.    Plaintiffs never received instruction to avoid drinking the water.

432.    Defendants have known of the health hazards associated with PFAS and/or its compounds for decades and that in their intended and/or common use would harm human health.

433.    Information regarding PFAS and its compounds were readily accessible to Defendants for decades because each is an expert in the field of PFAS manufacturing and/or the materials needed to manufacture PFAS, and each has detailed information and understanding about the chemical compounds that form PFAS products.

434.    Defendants' manufacture, storage, and release of PFAS resulted in Plaintiffs and other individuals who came in contact with the chemicals to develop cancer.

435.    Defendants, through their manufacturing, storing, and inappropriate releases of PFAS, knew, foresaw, and/or should have known and/or foreseen that Plaintiffs and those similarly situated would be harmed.

436.    Defendants' products were unreasonably dangerous, and Defendants failed to warn of this danger.

## CAUSES OF ACTION

## COUNT I – NEGLIGENCE

437.    Plaintiffs hereby incorporate by reference the allegations contained in the preceding paragraphs of this Complaint as if restated in full herein.

438.    Negligence may exist both as an omission as well as an affirmative act.  A claim of negligence allows for the recovery for an injury that was proximately caused by another's violation of a duty of reasonable care.

439.　Here, Defendants, as owners and operators of business(es) at sites that managed, stored, used and disposed of toxic contaminants and solvents, owed Plaintiffs a cognizable duty to exercise reasonable care in the storage, transportation, and disposal of toxic chemicals including but not limited to the contaminants, and in the maintenance of their tools and equipment used for such acts.

440.　Defendants breached their duty of reasonable care which a reasonably prudent person should use under the circumstances by causing and/or allowing and/or failing to prevent the releases of PFAS chemicals into the water in and around the sites and the surrounding neighborhoods, where they caused toxic exposure to Plaintiffs and the contamination of their homes and/or places of work.

441.　The releases of PFAS and PFAS byproducts into groundwater and drinking water is the proximate and legal cause of the injuries suffered by Plaintiffs to their health and wellbeing.

442.　Defendants breached that duty by failing to timely notify Plaintiffs of the releases of PFAS.

443.　As a direct and proximate result of Defendants' negligence, Plaintiffs have been injured, sustained severe and permanent pain, suffering, disability, impairment, loss of enjoyment of life, loss of care, comfort, economic loss and damages including, but not limited to medical expenses, lost income, and/or other damages.

444.　Defendants breached their duty by failing to act reasonably to remediate, contain, and eliminate the contamination before it injured Plaintiffs.

445.　Defendants had a legal duty to properly remediate the contamination from their activities at the sites and had full knowledge of the extent of the contamination and the threat it poses to human health and safety.

WHEREFORE, Plaintiffs pray for judgments against Defendants for actual, compensatory, consequential, and punitive damages, together with the costs of this action, and for such other and further relief as this Court may deem fit, just, and proper.

## COUNT II – BATTERY

446.     Plaintiffs hereby incorporate by reference the allegations contained in the preceding paragraphs of this Complaint as if restated in full herein.

447.     At all relevant times, Defendants possessed knowledge that the PFAS which they designed, engineered, manufactured, fabricated, sold, handled, released, trained users on, produced instructional materials for, used, and/or distributed were bio- persistent, bio-accumulative, toxic, potentially carcinogenic, and/or otherwise harmful/injurious and that their continued manufacture, use, sale, handling, release, and distribution would result in Plaintiffs having PFAS in Plaintiffs' blood, and the biopersistence and bioaccumulation of such PFAS in Plaintiffs' blood.

448.     However, despite possessing such knowledge, Defendants knowingly, purposefully, and/or intentionally continued to engage in such acts and/or omissions, including but not limited to all such acts and/or omissions described in this Complaint, that continued to result in Plaintiffs accumulating PFAS in Plaintiffs' blood and/or body, and such PFAS persisting and accumulating in Plaintiffs' blood and/or body.

449.     Defendants did not seek or obtain permission or consent from Plaintiffs to put or allow PFAS materials into Plaintiffs' blood and/or body, or to persist in and/or accumulate in Plaintiffs' blood and/or body.

450.     Entry into, persistence in, and accumulation of such PFAS in Plaintiffs' body and/or blood without permission or consent is an unlawful and harmful and/or offensive physical invasion

and/or contact with Plaintiffs' person and unreasonably interferes with Plaintiffs' rightful use and possession of Plaintiffs' blood and/or body.

451.    At all relevant times, the PFAS present in the blood of Plaintiffs originated from Defendants' acts and/or omissions.

452.    Defendants continue to knowingly, intentionally, and/or purposefully engage in acts and/or omissions that result in the unlawful and unconsented-to physical invasion and/or contact with Plaintiffs that resulted in persisting and accumulating levels of PFAS in Plaintiffs' blood.

453.    Plaintiffs, and any reasonable person, would find the contact at issue harmful and/or offensive.

454.    Defendants acted intentionally with the knowledge and/or belief that the contact, presence and/or invasion of PFAS with, onto and/or into Plaintiffs' blood serum, including its persistence and accumulation in such serum, was substantially certain to result from those very acts and/or omissions.

455.    Defendants' intentional acts and/or omissions resulted directly and/or indirectly in harmful contact with Plaintiffs' blood and/or body.

456.    The continued presence, persistence, and accumulation of PFAS in the blood and/or body of Plaintiffs is offensive, unreasonable, and/or harmful, and thereby constitutes a battery.

457.    The presence of PFAS in the blood and/or body of Plaintiffs altered the structure and/or function of such blood and/or body parts and resulted in cancer.

458.    As a direct and proximate result of the foregoing acts and omissions, Plaintiffs suffered physical injury for which Defendants are therefore liable.

WHEREFORE, Plaintiffs pray for judgments against Defendants for actual, compensatory, consequential, and punitive damages, together with the costs of this action, and for such other and further relief as this Court may deem fit, just, and proper.

## COUNT III – ABNORMALLY DANGEROUS ACTIVITY

459.    Plaintiffs hereby incorporate by reference the allegations contained in the preceding paragraphs of this Complaint as if restated in full herein.

460.    Activities such as the disposal of hazardous chemical waste as is the case herein constitutes an abnormally dangerous activity for which strict liability will apply.

461.    Defendants' aforesaid failure to employ reasonable care which a reasonably prudent person should use under the circumstances by storing, transporting, disposing of, or otherwise handling toxic substances, including PFAS, constitutes ultra-hazardous and abnormally dangerous activities involving ultra-hazardous, abnormally dangerous substances.

462.    Defendants allowed or caused these ultra-hazardous and abnormally dangerous substances to be released into the surrounding land, groundwater, and river, and in doing so, failed to warn Plaintiffs of the dangerous condition that was caused thereby.

463.    The risks posed by such activities outweigh any value associated with the same. As the result of said ultra-hazardous and abnormally dangerous activities, Plaintiffs have suffered damages and imminent, substantial, and impending harm to their health and families. Plaintiffs have expended and will be forced to expend significant resources to address their injuries caused by the contamination indefinitely for years and decades into the future.

464.    By reason of the foregoing, Defendants are strictly liable in tort for the damages sustained by Plaintiffs.

WHEREFORE, Plaintiffs pray for judgments against Defendants for actual, compensatory, consequential, and punitive damages, together with the costs of this action, and for such other and further relief as this Court may deem fit, just, and proper.

## COUNT IV – FRAUDULENT CONCEALMENT

465.    Plaintiffs hereby incorporate by reference the allegations contained in the preceding paragraphs of this Complaint as if restated in full herein.

466.    Throughout the relevant time period, Defendants knew that PFAS was defective and unreasonably unsafe for their intended purpose.

467.    Defendants fraudulently concealed from and/or failed to disclose to or warn Plaintiffs, and the public that PFAS was defective, unsafe, and unfit for the purposes intended.

468.    Defendants were under a duty to Plaintiffs and the public to disclose and warn of the defective and harmful nature of PFAS because:

    a)  Defendants were in a superior position to know the true quality, safety and efficacy of Defendants' products;

    b)  Defendants knowingly made false claims about the safety and quality of Defendants' product in documents and marketing materials; and

    c)  Defendants fraudulently and affirmatively concealed the defective nature of Defendants' products from Plaintiffs.

469.    The facts concealed and/or not disclosed by Defendants to Plaintiffs were material facts that a reasonable person would have considered to be important.

470.    Defendants intentionally concealed and/or failed to disclose the true defective nature of PFAS so that Plaintiffs would use Defendants' products, Plaintiffs justifiably acted or relied upon, to Plaintiffs' detriment, the concealed and/or non-disclosed facts.

471.    Defendants, by concealment or other action, intentionally prevented Plaintiffs from acquiring material information regarding the lack of safety and effectiveness of PFAS and are

subject to the same liability to Plaintiffs for Plaintiffs' pecuniary losses, as though Defendants had stated the non-existence of such material information regarding PFAS's lack of safety and effectiveness and dangers and defects, and as though Defendants had affirmatively stated the non-existence of such matters that Plaintiffs was thus prevented from discovering the truth.

472.     Defendants therefore have liability for fraudulent concealment under all applicable laws, including, inter alia, Restatement (Second) of Torts §550 (1977).

473.     As a proximate result of Defendants' conduct, Plaintiffs have been injured, and sustained severe and permanent pain, suffering, disability, impairment, loss of enjoyment of life, loss of care, comfort, and economic damages.

WHEREFORE, Plaintiffs pray for judgments against Defendants for actual, compensatory, consequential, and punitive damages, together with the costs of this action, and for such other and further relief as this Court may deem fit, just, and proper.

## COUNT V – NUISANCE

474.     Plaintiffs hereby incorporate by reference the allegations contained in the preceding paragraphs of this Complaint as if restated in full herein.

475.     Under a cause of action for private nuisance, Parties may be subject to liability for environmental contamination if their conduct invades another's private use and enjoyment of land and if such invasion is: 1) intentional and unreasonable; 2) negligent or reckless; or 3) actionable under the rules governing liability for abnormally dangerous conditions or activities.

476.     Defendants own, occupy, control and/or still own, occupy and control their real property in such a way as to create and/or maintain and continue a dangerous and/or hazardous condition.

477.    At all times mentioned herein, Defendants had knowledge and/or notice of the dangerous condition that the PFAS presented and failed to take reasonable acts to clean up, correct, or remediate that condition.

478.    Additionally, Defendants owed a duty to Plaintiffs to take reasonable action to eliminate, correct, or remedy any dangerous that was reasonably foreseeable to injure Plaintiffs and of which they had knowledge and/or notice.

479.    Defendants breached these duties by negligently, willfully, and/or wantonly creating a dangerous condition on their property by allowing massive quantities toxic PFAS to be spilled, disposed of, or otherwise released into the ground, soil, and groundwater. This dangerous condition is reasonably foreseeable to cause injury and damage to Plaintiffs due to the size and nature of the releases of the contaminants.

480.    WHEREFORE, Plaintiffs pray for judgments against Defendants for actual, compensatory, consequential, and punitive damages, together with the costs of this action, and for such other and further relief as this Court may deem fit, just, and proper.

## COUNT VI – WANTONNESS

481.    Plaintiffs hereby incorporate by reference the allegations contained in the preceding paragraphs of this Complaint as if restated in full herein.

482.    Defendants and their employees, agents, officers, and representatives owed a duty of care to everyone in the surrounding communities, including Plaintiffs.

483.    Defendants breached the duty of care owed to Plaintiffs.

484.    The actions of Defendants and their employees, agents, officers, and representatives were willful and wanton and exhibited a reckless disregard for the life, health, and safety of those exposed to Defendants' PFAS, including Plaintiffs.

485.     As a proximate and foreseeable consequence of the actions of Defendants, Plaintiffs were exposed to unreasonably dangerous toxic PFAS, which caused Plaintiffs' injuries.

486.     WHEREFORE, Plaintiffs pray for judgments against Defendants for actual, compensatory, consequential, and punitive damages, together with the costs of this action, and for such other and further relief as this Court may deem fit, just, and proper.

## COUNT VII – STRICT LIABILITY (STATUTORY)

487.     Plaintiffs hereby incorporate by reference the allegations contained in the preceding paragraphs of this Complaint as if restated in full herein.

488.     Plaintiffs assert any and all remedies available under statutory causes of action from Plaintiffs' states for strict liability against each Defendant.

489.     Defendants were engaged in designing, manufacturing, marketing, selling, and distribution of PFAS products.

490.     The PFAS products were in a defective condition and unreasonably dangerous to users and/or consumers when designed, manufactured, marketed, sold, and/or distributed to the public by Defendants.

491.     As a direct and proximate result of Defendants products' aforementioned defects, Plaintiffs have been injured, sustained severe and permanent pain, suffering, disability, impairment, loss of enjoyment of life, loss of care, comfort, economic loss and damages including, but not limited to medical expenses, lost income, and other damages.

492.     Defendants are strictly liable in tort to Plaintiffs for their wrongful conduct.

WHEREFORE, Plaintiffs pray for judgments against Defendants for actual, compensatory, consequential, and punitive damages, together with the costs of this action, and for such other and further relief as this Court may deem fit, just, and proper.

## COUNT VIII – STRICT LIABILITY (RESTATEMENT)

493.    Plaintiffs hereby incorporate by reference the allegations contained in the preceding paragraphs of this Complaint as if restated in full herein.

494.    Plaintiffs bring strict product liability claims under the common law, Section 402A of the Restatement of Torts (Second), and/or Restatement of Torts (Third) against Defendants.

495.    As designed, manufactured, marketed, tested, assembled, equipped, distributed and/or sold by Defendants the PFAS product was in a defective and unreasonably dangerous condition when put to reasonably anticipated use to foreseeable consumers and users, including Plaintiffs.

496.    Defendants had available reasonable alternative designs which would have made the PFAS product safer and would have most likely prevented the injuries and damages to Plaintiffs, thus violating state law and the Restatement of Torts.

497.    Defendants failed to properly and adequately warn and instruct Plaintiffs as to the proper safety and use of Defendants' products.

498.    Defendants failed to properly and adequately warn and instruct Plaintiffs regarding the inadequate research and testing of the products.

499.    Defendants' products are inherently dangerous and defective, unfit and unsafe for their intended and reasonably foreseeable uses, and do not meet or perform to the expectations.

500.    As a proximate result of Defendants' design, manufacture, marketing, sale, and distribution of the products, Plaintiffs have been injured and sustained severe and permanent pain, suffering, disability, impairment, loss of enjoyment of life, loss of care, comfort, and consortium, and economic damages.

501.    By reason of the foregoing, Defendants are strictly liable for the injuries and damages suffered by Plaintiffs caused by these defects in the PFAS products.

WHEREFORE, Plaintiffs pray for judgments against Defendants for actual, compensatory, consequential, and punitive damages, together with the costs of this action, and for such other and further relief as this Court may deem fit, just, and proper.

## COUNT IX – INADEQUATE WARNING

502.    Plaintiffs hereby incorporate by reference the allegations contained in the preceding paragraphs of this Complaint as if restated in full herein.

503.    Defendants knew or should have known:

a) exposure to products containing PFAS was hazardous to human health;

b) the manner in which they were designing, marketing, developing, manufacturing, distributing, releasing, training, instructing, promoting, and selling products containing PFAS was hazardous to human health; and

c) the manner in which they were designing, marketing, developing, manufacturing, marketing, distributing, releasing, training, instructing, promotion and selling products containing PFAS would result in the contamination of Plaintiffs' blood and/or body as a result of exposure.

504.    Defendants had a duty to warn of the hazards associated with products containing PFAS entering the blood and/or body of Plaintiffs because they knew of the dangerous, hazardous, and toxic properties of products containing PFAS.  Defendants failed to provide sufficient warning to purchasers that the use of their PFAS products would cause PFAS to be released and cause the exposure and bioaccumulation of these toxic chemicals in the blood and/or body of Plaintiffs.

505.    Adequate instructions and warnings on the products containing PFAS could have reduced or avoided these foreseeable risks of harm and injury to Plaintiffs. If Defendants provided adequate warnings:

a) Plaintiffs could have and would have taken measures to avoid or lessen exposure; and

b) end users and governments could have taken steps to reduce or prevent the release of PFASs into the blood and/or body of Plaintiffs. Defendants' failure to warn was a direct and proximate cause of Plaintiffs' injuries from PFAS that came from the use, storage, and disposal of products containing PFAS. Crucially, Defendants' failure to provide adequate and sufficient warnings for the products containing PFAS they designed, marketed, manufactured, distributed, released, promoted, and sold renders the PFAS products as defective products.

506. Defendants were negligent in their failure to provide Plaintiffs with adequate warnings or instruction that the use of their PFAS products would cause PFAS to be released into the blood and/or body of Plaintiffs. As a result of Defendants' conduct and the resulting contamination, Plaintiffs suffered severe personal injuries by exposure to products containing PFAS.

507. Defendants' negligent failure to warn directly and proximately caused the harm to and damages suffered by Plaintiffs.

WHEREFORE, Plaintiffs pray for judgments against Defendants for actual, compensatory, consequential, and punitive damages, together with the costs of this action, and for such other and further relief as this Court may deem fit, just, and proper.

## COUNT X - FRAUDULENT TRANSFER, 6 Del. C. § 1304
### (DUPONT DEFENDANTS)

508. Plaintiffs reallege and reaffirm each and every allegation set forth in all preceding paragraphs as if fully restated herein.

509. Under Delaware Code Title 6, § 1304:

(a) A transfer made or obligation incurred by a debtor is fraudulent as to a creditor, whether the creditor's claim arose before or after the transfer was made or the obligation was incurred, if the debtor made the transfer or incurred the obligation:

    (1) With actual intent to hinder, delay or defraud any creditor of the debtor; or

    (2) Without receiving a reasonably equivalent value in exchange for the transfer or obligation, and the debtor:

        a. Was engaged or was about to engage in a business or a transaction for which the remaining assets of the debtor were unreasonably small in relation to the business or transaction; or

        b. Intended to incur, or believed or reasonably should have believed that the debtor would incur, debts beyond the debtor's ability to pay as they became due.

510.    Plaintiffs are a "Creditor" possessing "Claims" against the DuPont Defendants as those terms are defined in Delaware Code Title 6, § 1301.

511.    The DuPont Defendants have acted with actual intent to hinder, delay, and defraud DuPont's creditors.

512.    Assets and liabilities were transferred between the DuPont Defendants, whereby certain DuPont Defendants did not receive a reasonably equivalent value in exchange for the transfer and they were engaged in or about to engage in a business for which the remaining assets were unreasonably small and/or they intended to incur or reasonably should have believed that they would incur debts beyond their ability to pay as the debts became due.

513.    On information and belief, the DuPont Defendants engaged in a complicated restructuring of DuPont for the purpose of shielding assets from creditors such as Plaintiffs, with claims related to PFAS contamination.

514.    On information and belief, at the time of this restructuring, DuPont knew that its liabilities related to PFAS were likely in the billions of dollars.

515.    In the initial step of restructuring, DuPont formed Chemours in 2015 as a wholly owned subsidiary. In July 2015, DuPont spun off Chemours, transferring DuPont's Performance Chemicals Unit along with a vast amount of environmental liabilities – including all those related

to PFAS. As part of the transfer, Chemours transferred valuable assets to DuPont, including a $3.9 billion dividend to DuPont stockholders, for which Chemours incurred additional debt to pay.

516.    On information and belief, the Chemours spin-off was not bargained at arm's length. At the time of the spin off, Chemours had a separate board, but was controlled by DuPont employees.

517.    On information and belief, DuPont transferred to Chemours a disproportionately small allocation of assets to cover debts and liabilities. Dupont transferred less than 20% of its business line, but over 66% of its environmental liabilities and 90% of DuPont's pending litigation. These liabilities were taken on by Chemours in addition to the $3.9 billion in debt it assumed to pay a dividend to DuPont's shareholders. As a result, Chemours did not receive reasonably equivalent value in exchange for the transfer of debts and obligations from DuPont.

518.    In its valuation, DuPont purposefully undervalued the potential maximum liability from the PFAS liabilities it transferred to Chemours. At the time of the spin-off, DuPont had been sued threatened with lawsuits, and had knowledge of forthcoming litigation regarding DuPont's liabilities for damages and injuries from the manufacture, sale, and worldwide use of PFAS containing products. DuPont and Chemours knew or should have known that Chemours would incur debts beyond its ability to pay as they came due.

519.    In further restructuring, DuPont sought to further protect its assets from PFAS liabilities by first merging itself with Dow and then separating its now comingled assets among three newly created companies: DowDuPont, Inc. ("DowDuPont") (which later became New DuPont); Dow, Inc. ("New Dow"), and Corteva.

520.    As a result of the merger, Dow and DuPont became wholly owned subsidiaries of DowDupont. On information and belief, after the merger, DowDupont underwent a hidden internal

reorganization with the net effect being the transfer of a substantial portion of its valuable assets to DowDupont for less than the assets were worth. On information and belief, the transactions were intended to frustrate and hinder creditors with claims against DuPont, including with respect to PFAS liabilities.

521.    As a result of this internal organization, all of Dow and DuPont's assets were reshuffled into three divisions: the Agriculture Business, the Specialty Products Business, and the Material Sciences Business.

522.    On June 1, 2019, the DuPont Defendants completed the final step of the restructuring by spinning off two newly publicly traded entities, Corteva and New Dow. Generally, the assets related to the Agriculture Business division were allocated to Corteva; assets related to the Material Science Business were allocated to New Dow; and the assets related to the Specialty Products Business remained with DowDupont, which then became New DuPont. DuPont became a wholly owned subsidiary of Corteva.

523.    On information and belief, Corteva and New DuPont assumed responsibility for some of DuPont's historic PFAS liabilities.

524.    On information and belief, during the restructuring, DuPont's assets were transferred to Corteva and New DuPont for far less than their actual value. At the end of these transactions, DuPont divested approximately half of its tangible assets, totaling roughly $20 billion.

525.    The net result of the restructuring was to move DuPont's extensive PFAS liabilities to an underfunded company, Chemours, and to further shield DuPont's extensive assets by merging them with Dow's assets and then transferring them to Corteva and New DuPont for far less than their value.

526.    Plaintiffs have been harmed by these transactions, which were designed to shield assets from creditors such as Plaintiffs, which have been damaged by DuPont's conduct.

527.    Plaintiffs are entitled to void these transactions and to recover property or value transferred under 6 Del. C. § 1307.

## TOLLING OF THE STATUTE OF LIMITATIONS

### Discovery Rule Tolling

528.    Plaintiffs had no way of knowing about the risk of serious injury associated with the use of and exposure to PFAS until very recently.

529.    Within the time period of any applicable statute of limitations, Plaintiffs could not have discovered, through the exercise of reasonable diligence, that exposure to PFAS is harmful to human health.

530.    Plaintiffs did not discover and did not know of facts that would cause a reasonable person to suspect the risk associated with the use of and exposure to PFAS; nor would a reasonable and diligent investigation by Plaintiffs have disclosed that PFAS could cause personal injury.

531.    For these reasons, all applicable statutes of limitations have been tolled by operation of the discovery rule with respect to Plaintiffs' claims.

### Fraudulent Concealment Tolling

532.    All applicable statute of limitations have also been tolled by Defendants knowing and active fraudulent concealment and denial of the facts alleged herein throughout the time period relevant to this action.

533.    Instead of disclosing critical safety information regarding PFAS, Defendants have consistently and falsely represented the safety of PFAS and PFAS containing products.

534.    This fraudulent concealment continues through present day.

535.    Due to this fraudulent concealment, all applicable statutes of limitations have been tolled by operation of the discovery rule with respect to Plaintiffs' claims.

## Estoppel

536.    Defendants were under a continuous duty to consumers, end users, and other persons coming into contact with their products, including Plaintiffs, to accurately provide safety information concerning its products and the risk associated with the use of and exposure to PFAS.

537.    Instead, Defendants knowingly, affirmatively, and actively concealed safety information concerning PFAS and the serious risks associated with the use of and exposure to PFAS.

538.    Based on the foregoing, Defendants are estopped from relying on any statute of limitations in defense of this action.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs demand judgments against all Defendants, jointly and severally, on each of the above-referenced claims and causes of action as follows:

a)  Awarding compensatory damages to Plaintiffs for past and future damages, including but not limited, to pain and suffering for severe and permanent personal injuries sustained by Plaintiffs, health care costs, medical monitoring, together with interest and costs as provided by law;

b)  Punitive and/or exemplary damages for the wanton, willful, fraudulent, and/or reckless acts of Defendants who demonstrated a complete disregard and reckless indifference for the safety and welfare of Plaintiffs and of the general public and to Plaintiffs in an amount sufficient to punish Defendants and deter future similar conduct;

c)  Awarding Plaintiffs' attorneys' fees;

d)  Awarding Plaintiffs the costs of these proceedings; and

e)  Such other and further relief as this Court deems just and proper.

## **JURY DEMAND**

Plaintiffs hereby demand a trial by jury.


Respectfully Submitted,

**ASHCRAFT & GEREL, LLP**

By: */s/ R. Bryant McCulley*
R. Bryant McCulley
bmcculley@ashcraftlaw.com
(AL Bar No. 9259R56M)
(USDC D.S.C. Fed. ID No. 14453)

Benjamin H. Joyce
bjoyce@ashcraftlaw.com
(*pro hac vice* application forthcoming)
(USDC D.S.C. Fed. ID No. 11769)

Shane H. Hursh
shursh@ashcraftlaw.com
(*pro hac vice* application forthcoming)
(USDC D.S.C. Fed. ID No. 14446)

701 East Bay Street
Suite 411
Charleston, SC 29403
Telephone: (843) 699-8280

*Attorneys for Plaintiffs*


**SERVE DEFENDANTS AT THE FOLLOWING ADDRESSES BY CERTIFIED MAIL:**

3M COMPANY
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, New Castle, DE 19808

AMEREX CORPORATION
c/o James M. Proctor II
2900 Highway 280
Suite 300
Birmingham, AL 35223

AGC CHEMICALS AMERICAS INC.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

ARCHROMA U.S. INC.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

ARKEMA INC.
900 First Avenue
King of Prussia, PA 19406

BASF CORPORATION
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

BUCKEYE FIRE EQUIPMENT COMPANY
c/o A Haon Corporate Agent, Inc.
29225 Chagrin Blvd
Suite 350
Pepper Pike, OH 44122

CARRIER GLOBAL CORPORATION
United Agent Group Inc.
1521 Concord Pike
Suite 201
Wilmington, DE 19803
CHEMDESIGN PRODUCTS INC.
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, New Castle, DE 19808

DOCUMENT 5

CHEMGUARD INC.
c/o The Prentice-Hall Corporation System, Inc.
251 Little Falls Drive
Wilmington, New Castle, DE 19808

CHEMICALS, INC.
c/o Ashok K. Moza
12321 Hatcherville Road
Baytown, TX 77520

CHEMOURS COMPANY FC, LLC
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

CHUBB FIRE, LTD
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

CLARIANT CORPORATION
c/o Corporation Service Company
8040 Excelsior Drive, Suite 400
Madison, WI 53717

CORTEVA, INC.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

DAIKIN AMERICA, INC.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

DEEPWATER CHEMICALS, INC.
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

DUPONT DE NEMOURS, INC.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

DYNAX CORPORATION
c/o Corporate Systems LLC
3500 S. Dupont Highway
Dover, DE 19901

E.I. DUPONT DE NEMOURS AND COMPANY
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

JOHNSON CONTROLS, INC.
c/o Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

KIDDE P.L.C.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

NATION FORD CHEMICAL COMPANY
c/o John A. Dickson, IV
2300 Bank Street
Fort Mill, SC 29715

NATIONAL FOAM, INC.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

PERIMETER SOLUTIONS, LP
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

THE CHEMOURS COMPANY
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 1980

TYCO FIRE PRODUCTS LP
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

UNITED TECHNOLOGIES CORPORATION
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

UTC FIRE & SECURITY AMERICANS CORPORATION, INC.
c/o Registered Office
15720 Brixham Hill Ave
#300
Charlotte, NC 28277



AlaFile E-Notice

01-CV-2025-903180.00

To:  R. BRYANT MCCULLEY
     bmcculley@ashcraftlaw.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following complaint was FILED on 8/9/2025 12:47:39 PM

Notice Date:     8/9/2025 12:47:39 PM

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

To:  AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION TR (I
     CORPORATION TRUST CENTER
     1209 ORANGE STREET
     WILMINGTON, DE, 19801-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following complaint was FILED on 8/9/2025 12:47:39 PM

Notice Date:        8/9/2025 12:47:39 PM

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

To:  3M COMPANY C/O CORPORATION SERVICE COMPANY (PRO SE
     251 LITTLE FALLS DRIVE
     WILMINGTON, NE, DE, 19808-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following complaint was FILED on 8/9/2025 12:47:39 PM

Notice Date:     8/9/2025 12:47:39 PM

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

To:   AMEREX CORPORATION C/O JAMES M. PROCTOR II (PRO SE)
      2900 HIGHWAY 280
      SUITE 300
      BIRMINGHAM, AL, 35223-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following complaint was FILED on 8/9/2025 12:47:39 PM

Notice Date:      8/9/2025 12:47:39 PM

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

To:  ARCHROMA U.S. INC. C/O THE CORPORATION TRUST COMPA (
     CORPORATION TRUST CENTER
     1209 ORANGE STREET
     WILMINGTON, DE, 19801-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following complaint was FILED on 8/9/2025 12:47:39 PM

Notice Date:    8/9/2025 12:47:39 PM

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

To:  ARKEMA INC (PRO SE)
     900 FIRST AVENUE
     KING OF PRUSSI, PA, 19406-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following complaint was FILED on 8/9/2025 12:47:39 PM

Notice Date:     8/9/2025 12:47:39 PM

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov

AlaFile E-Notice



01-CV-2025-903180.00

To:  BASF CORPORATION C/O THE CORPORATION TRUST COMPAN
     CORPORATION TRUST CENTER
     1209 ORANGE STREET
     WILMINGTON, DE, 19801-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following complaint was FILED on 8/9/2025 12:47:39 PM

Notice Date:     8/9/2025 12:47:39 PM

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

To:   BUCKEYE FIRE EQUIPMENT COMPANY C/O A HAON CORPORA`
      29225 CHAGRIN BLVD
      SUITE 350
      PEPPER PIKE, OH, 44122-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following complaint was FILED on 8/9/2025 12:47:39 PM

Notice Date:      8/9/2025 12:47:39 PM

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

To:  CARRIER GLOBAL CORPORATION C/O THE CORPORATION TRU
     CORPORATION TRUST CENTER
     1209 ORANGE STREET
     WILMINGTON, DE, 19801-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following complaint was FILED on 8/9/2025 12:47:39 PM

Notice Date:     8/9/2025 12:47:39 PM

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

To:   CHEMDESIGN PRODUCTS INC. C/O CORPORATION SERVICE C
      251 LITTLE FALLS DRIVE
      WILMINGTON, NE, DE, 19808-0000

---

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following complaint was FILED on 8/9/2025 12:47:39 PM

Notice Date:     8/9/2025 12:47:39 PM

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

To:  CHEMGUARD INC. C/O THE PRENTICE-HALL CORPORATION S (
251 LITTLE FALLS DRIVE
WILMINGTON, NE, DE, 19808-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following complaint was FILED on 8/9/2025 12:47:39 PM

Notice Date:     8/9/2025 12:47:39 PM

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

To: CHEMICALS, INC. C/O ASHOK K. MOZA (PRO SE)
12321 HATCHERVILLE ROAD
BAYTOWN, TX, 77520-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following complaint was FILED on 8/9/2025 12:47:39 PM

Notice Date:    8/9/2025 12:47:39 PM

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

To:  CHEMOURS COMPANY FC, LLC C/O THE CORPORATION TRUS
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE, 19801-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following complaint was FILED on 8/9/2025 12:47:39 PM

Notice Date:      8/9/2025 12:47:39 PM

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

To:   CHUBB FIRE, LTD C/O THE CORPORATION TRUST COMPANY (F
      CORPORATION TRUST CENTER
      1209 ORANGE STREET
      WILMINGTON, DE, 19801-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following complaint was FILED on 8/9/2025 12:47:39 PM

Notice Date:      8/9/2025 12:47:39 PM

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

To: CLARIANT CORPORATION C/O CORPORATION SERVICE COMP,
8040 EXCELSIOR DRIVE, SUI
MADISON, WI, 53717-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following complaint was FILED on 8/9/2025 12:47:39 PM

Notice Date:        8/9/2025 12:47:39 PM

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

To:  CORTEVA, INC. C/O THE CORPORATION TRUST COMPANY (PR
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE, 19801-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following complaint was FILED on 8/9/2025 12:47:39 PM

Notice Date:    8/9/2025 12:47:39 PM

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

To:   DAIKIN AMERICA, INC. C/O THE CORPORATION TRUST COM (PF
      CORPORATION TRUST CENTER
      1209 ORANGE STREET
      WILMINGTON, DE, 19801-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following complaint was FILED on 8/9/2025 12:47:39 PM

Notice Date:      8/9/2025 12:47:39 PM

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

To:  DEEPWATER CHEMICALS, INC (PRO SE)
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE, 19801-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following complaint was FILED on 8/9/2025 12:47:39 PM

Notice Date:     8/9/2025 12:47:39 PM

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

To:  DUPONT DE NEMOURS, INC. C/O THE CORPORATION TRUST (F
     CORPORATION TRUST CENTER
     1209 ORANGE STREET
     WILMINGTON, DE, 19801-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following complaint was FILED on 8/9/2025 12:47:39 PM

Notice Date:     8/9/2025 12:47:39 PM

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov

AlaFile E-Notice

01-CV-2025-903180.00

To:  DYNAX CORPORATION C/O CORPORATE SYSTEMS LLC (PRO S
3500 S DUPONT HIGHWAY
DOVER, DE, 19901-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following complaint was FILED on 8/9/2025 12:47:39 PM

Notice Date:      8/9/2025 12:47:39 PM

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

To:  E.I. DUPONT DE NEMOURS AND COMPANY C/O THE CORPOR (I
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE, 19801-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following complaint was FILED on 8/9/2025 12:47:39 PM

Notice Date:        8/9/2025 12:47:39 PM

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov

AlaFile E-Notice

01-CV-2025-903180.00

To: JOHNSON CONTROLS, INC. C/O CORPORATION TRUST COMPA
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE, 19801-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following complaint was FILED on 8/9/2025 12:47:39 PM

Notice Date:    8/9/2025 12:47:39 PM

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

To: KIDDE P.L.C. C/O THE CORPORATION TRUST COMPANY (PRO S
1209 ORANGE STREET
WILMINGTON, DE, 19801-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following complaint was FILED on 8/9/2025 12:47:39 PM

Notice Date:    8/9/2025 12:47:39 PM

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

To:  NATION FORD CHEMICAL COMPANY C/O JOHN A. DICKSON, (PI
2300 BANK STREET
FORT MILLS, SC, 29715-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following complaint was FILED on 8/9/2025 12:47:39 PM

Notice Date:     8/9/2025 12:47:39 PM

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov

AlaFile E-Notice

01-CV-2025-903180.00

To:  NATIONAL FOAM, INC. C/O THE CORPORATION TRUST COMP (F
     CORPORATION TRUST CENTER
     1209 ORANGE STREET
     WILMINGTON, DE, 19801-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following complaint was FILED on 8/9/2025 12:47:39 PM

Notice Date:     8/9/2025 12:47:39 PM

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

To:  PERIMETER SOLUTIONS, LP C/O THE CORPORATION TRUST (P
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE, 19801-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following complaint was FILED on 8/9/2025 12:47:39 PM

Notice Date:      8/9/2025 12:47:39 PM

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

To:  THE CHEMOURS COMPANY C/O THE CORPORATION TRUST C(
     CORPORATION TRUST CENTER
     1209 ORANGE STREET
     WILMINGTON, DE, 19801-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following complaint was FILED on 8/9/2025 12:47:39 PM

Notice Date:        8/9/2025 12:47:39 PM

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

To:  TYCO FIRE PRODUCTS LP C/O THE CORPORATION TRUST CO
    CORPORATION TRUST CENTER
    1209 ORANGE STREET
    WILMINGTON, DE, 19801-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following complaint was FILED on 8/9/2025 12:47:39 PM

Notice Date:     8/9/2025 12:47:39 PM

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

To:  UNITED TECHNOLOGIES CORPORATION C/O THE CORPORATIO
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE, 19801-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following complaint was FILED on 8/9/2025 12:47:39 PM

Notice Date:     8/9/2025 12:47:39 PM

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

To:  UTC FIRE & SECURITY AMERICANS CORPORATION, INC. C (PR(
     157020 BRIXHAM HILL AVE
     #300
     CHARLOTTE, NC, 28277-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following complaint was FILED on 8/9/2025 12:47:39 PM

Notice Date:      8/9/2025 12:47:39 PM

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**3M COMPANY C/O CORPORATION SERVICE COMPANY**

**251 LITTLE FALLS DRIVE**

**WILMINGTON, NEW CASTLE, DE 19808**

## COMPLETE THIS SECTION ON DELIVERY

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

CV-25-9 03180



9590 9402 9179 4225 7326 92

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ ... Delivery Restricted Delivery
☐ ...ail
☐ ...ail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)

9589 0710 5270 2071 7175 56

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

**USPS TRACKING #**

WILMINGTON DE 197

AUG 2025 PM 3 L

9590 9402 9179 4225 7326 92

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States**
**Postal Service**

FILED IN OFFICE
CIRCUIT CIVIL DIVISION
AUG 2 0 2025
JACQUELINE ANDERSON SMITH
CLERK

• Sender: Please print your name, address, and ZIP+4® in this box•

JACQUELINE ANDERSON SMITH, CLERK
ROOM 403 1ST JD COURTHOUSE
801 2ND ABRINGTON JR BLVD, N
BIRMINGHAM, ALABAMA 35203





**AlaFile E-Notice**

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  MCCULLEY ROBERT BRYANT
bmcculley@ashcraftlaw.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  ANDERSON MARTELL (PRO SE)
301 FIVE MILE RD
REDFORD, MI, 48239-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  ANDRESS GARY (PRO SE)
     5310 GERBY PLACE
     SAGINAW, MI, 48603-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To: ANDREWS GREGORY (PRO SE)
700 GREENLAWN BLVD.
ROUND ROCK, TX, 78664-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  ASHLEY KERRY (PRO SE)
910 W HUGHES
RICHCREST, CA, 93555-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  BARNES ELSIE (PRO SE)
3007 ELBYRNE DR.
CHESAPEAKE, VA, 23325-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  BASS LAQUETTA (PRO SE)
420 WILLOWWOOD DR
DAYTON, OH, 45405-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  BEALE JUSTIN (PRO SE)
     3349 N ANDERSON RD
     EXETER, CA, 93221-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  BELDIN JULIE (PRO SE)
1148 N IRMA ST
VISALIA, CA, 93292-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  BENNERSON EUGENE (PRO SE)
     445 CLEVELAND AVENUE SE
     ATLANTA, GA, 30354-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  BENNETT ISAAC (PRO SE)
3906 DAWN RISE COURT.
FRESNO, TX, 77545-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov

AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  BENSON LORETTA (PRO SE)
     7275 N SAN PABLO AVE
     PINEDALE, CA, 93650-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  BIENAIME FRANTZ (PRO SE)
410 NW 103RD ST
MIAMI, FL, 33150-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  BOEDICKER KEVIN (PRO SE)
8313 RUSSELL LN
CLEVELAND, OH, 44144-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  BOGINS JOHNETTA (PRO SE)
     5959 FORT CAROLINE
     JACKSONVILLE, FL, 32277-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  BOSWELL MALIA (PRO SE)
     69801 RAMON RD
     CATHEDRAL, CA, 92234-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  BOWENS LEROY (PRO SE)
     4648 CHISLIN RD
     JOHN'S ISLAND, SC, 29455-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  BOYER JUDY (PRO SE)
3285 FALLSMOOR
JACKSON, MI, 49201-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To: BOYKINS KEVIN (PRO SE)
525 WEST 151 STREET
MANHATTAN, NY, 10031-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  BRADSHAW KERRY (PRO SE)
6247 NEW YORK ST
ZEPHYRHILLS, FL, 33542-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  BRANCH MALYNDA (PRO SE)
1100 ALTA VISTA DR
BAKERSFIELD, CA, 93305-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  BRENNAN JOHN (PRO SE)
     188 POND ST
     ROCKLAND, MA, 02370-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  BROOKER KENNETH (PRO SE)
174 S RIVERSIDE ROAD
HIGHLAND, NY, 12528-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To: BROWN ERIC (PRO SE)
5440 WESTHAVEN ST
LOS ANGELES, CA, 90016-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  BROWN JAMES (PRO SE)
6202 6TH AVE
LOS ANGELES, CA, 90043-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  BRUMSEY JAHAD (PRO SE)
     9714 MARY ALEXANDER RD
     CHARLOTTE, NC, 27282-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  BRYANT JACOB (PRO SE)
     11812 SAPOTA DR
     LAKESIDE, FL, 92040-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To: BUCKMAN KIMBERLY (PRO SE)
P.O. BOX 2264
LANCASTER, CA, 93536-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  BURRELL LATASHA (PRO SE)
11620 GLADIOLA ST. NW.
COON RAPIDS, MN, 55433-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  CANOVA JULIO (PRO SE)
2589 NE FOREST ST
HOMESTEAD, FL, 33033-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  CARRANZA JEANNIE (PRO SE)
44916 10TH ST W
LANCASTER, CA, 93534-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  CHRISTOPHER KELLY (PRO SE)
     13 FANELLI LANE
     BLACKWOOD, NJ, 08012-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov

AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  CRUZ JOHNNY (PRO SE)
     408 STEWART ST
     BAYTOWN, TX, 77520-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



## AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  CUNNINGHAM JOHN (PRO SE)
9 SECOND AVE
MIDDLETON, MA, 01949-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  DAVIDSON LOTISHA (PRO SE)
909 KARMA CT
BAKERSFIELD, CA, 93307-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:   DAVIS DOMINIC (PRO SE)
      169 TRINITY AVE SW
      ATLANTA, GA, 30303-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  DESHAZO JOHNSON DYANNE (PRO SE)
817 NEW PORT AVE
ORLAND, CA, 95963-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  DICKSON KEVIN (PRO SE)
16201 HESPERIAN BLVD.
SAN LORENZO, CA, 94580-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:   DILLINGHAM LOREN (PRO SE)
      18723 DIA PRINCESSA
      SANTA CLARITA, CA, 91387-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  DOFTON MARIE (PRO SE)
1001 CITY AVE.
WYNNEWOOD, PA, 19096-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  DUFF DONNA (PRO SE)
309 W. SHANNON LN.
SHEPHERDSVILLE, KY, 40165-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  DURKAN JAMES (PRO SE)
     22 RAVEN STREET
     BOSTON, MA, 02125-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  EUBANKS JAMES (PRO SE)
     15 TIMBER LN
     CABBOT, AR, 72023-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  EVANS JAMIE (PRO SE)
     564 E 61ST ST
     LONG BEACH, CA, 90808-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  FOLKS-COX KIMBERLY (PRO SE)
1208 N. MADISON
BLOOMINGTON, IL, 61701-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov

AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  FOMBON JANICE (PRO SE)
3912 EUCALIPTUS AVE
MCALLEN, TX, 78501-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  FORD JACQUELINE (PRO SE)
     3600 JAEGER RD
     LORAIN, OH, 44053-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  FOSTER LAQUITA (PRO SE)
204 SUN CIRCLE
PETAL, MS, 39465-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  FOX-VOGELFANGER HELEN (PRO SE)
1008 W ATKINS AVE
RIDGECREST, CA, 93555-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  FRU ERNESTO (PRO SE)
     736 HARVEST MOON DR
     VENUS, TX, 76084-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  GALLEGOS LEOBARDO (PRO SE)
857 EMORY CT.
MERCED, CA, 95341-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  GERMAN JACOB (PRO SE)
     1649 GUMDROP DR
     DILLON, SC, 29536-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  GLOVER KIMBERLY (PRO SE)
     24401 CARMEN LN
     MORENO VALLEY, CA, 92551-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  GOODNER JOHNATHAN (PRO SE)
     1833 CHEDDER LOOP
     AUSTIN, TX, 78728-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  GRAVES JENNA (PRO SE)
44520 CEDAR AVENUE
LANCASTER, CA, 93534-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  GRAY JABARI (PRO SE)
20400 NORTHWEST 21ST AVE
MIAMI GARDENS, FL, 33056-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  GUERRERO MARIA (PRO SE)
3333 W CHURCH ST.
ORLANDO, FL, 32805-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  HALL IKE (PRO SE)
     15894 BRINGARD DR
     DETROIT, MI, 48205-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  HAMPTON LETROY (PRO SE)
1683 VALLEY ROAD
MILLEDGEVILLE, GA, 31061-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  HARDEMAN FRANKLIN (PRO SE)
11734 ROANDALE DR
HOUSTON, TX, 77048-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To: HARRISON JANICE (PRO SE)
2149 W 115TH ST
HAWTHORNE, CA, 90250-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  HAYDEN ERWIN (PRO SE)
4705 BROADHILL DR.
AUSTIN, TX, 78723-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  HENLEY KIA (PRO SE)
     919 CHASE LOCK DR.
     BACLIFF, TX, 77518-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To: HERNANDEZ GILBERT (PRO SE)
3212 PONTIAC AVE
RIVERSIDE, CA, 92509-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  HINDS MARK (PRO SE)
     310 NEWELL ROAD NE
     PALM BAY, FL, 32907-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov

AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  HINTON JAMES (PRO SE)
     949 W CLARK RD
     YPSILANTI, MI, 48198-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  HOPKINS KENNETH (PRO SE)
     391 DRY CREEK LANE
     GADSDEN, AL, 35903-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  ISLER KENNETH (PRO SE)
     36942 STRATFORD DR
     PALMDALE, CA, 92552-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  JACKSON EARLENE (PRO SE)
P.0. 65
HARTSWELL, GA, 30643-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  JACKSON JULICIA (PRO SE)
7317 CANARY CIRCLE
TEXAS CITY, TX, 77591-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  JAMES LARRY (PRO SE)
     4114 COPPERHEAD DR.
     WICKENBURG, AZ, 85390-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:   JOBE KENNEDA (PRO SE)
      4709 37TH ST
      DICKERSON, TX, 77539-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:   JORDAN LATASHA (PRO SE)
      3916 WINNIE STREET
      GALVESTON, TX, 77550-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:   JOSEPH LOVENS (PRO SE)
      5647 BERWOOD DR
      ORLANDO, FL, 32808-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  KIMBREL KRISTAL (PRO SE)
108 HOLLY CREEK COURT
WOODSTOCK, GA, 30188-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  CARMICHAEL JULIOUS (PRO SE)
2105 N MINNESOTA AVE.
SHAWNEE, OK, 74804-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To: LARK EUGENE (PRO SE)
3126 POTSHOP RD
NORRISTOWN, PA, 19403-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  LASON JOAN (PRO SE)
     2512 RIESLING WAY
     RANCHO CORDOVA, CA, 95670-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:   LAU JOE (PRO SE)
      2512 RIESLING WAY
      RANCHO CORDOVA, CA, 95670-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  LEONARD JOHN (PRO SE)
     1109 NW 18TH PERACE
     CAPE CORAL, FL, 33993-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  LITTLE HOWELL (PRO SE)
101 MCKINLEY LANE
RINGGOLD, GA, 30736-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  SCOTT JAMES (PRO SE)
     24196 CRESTLEY DR
     CORONA, CA, 92883-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  LUQUE LUIS (PRO SE)
     243 DR MLK JR BLVD
     BAKERSFIELD, CA, 93306-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  LUZANILLA KARINA (PRO SE)
     437 E JANICE ST
     LONG BEACH, CA, 90805-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:   MALENA LYNN (PRO SE)
      7017 BLADE BEAK
      MYRTLE BEACH, SC, 29588-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  MANNING MARNDENA (PRO SE)
     27444 CAMDEN
     MICHAVILLE, CA, 92692-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  MARTIN LASHANDA (PRO SE)
     201 JOANNE DR.
     SEAFORD, VA, 23696-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  MARTIN LYNDELL (PRO SE)
1220 N 6TH ST
BULVERDE, TX, 78163-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  MCCOY HOLLIE (PRO SE)
     3219 POINT PLEASANT RD
     RAVENSWOOD, WV, 26164-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  MEDRANO GRACE (PRO SE)
601 S KENT ST.
KENNEWICK, WA, 99336-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  MENDOZA ERIC (PRO SE)
     703 N PECOS ST
     FORT STOCKTON, TX, 79735-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  MOILANEN KIMBERLY (PRO SE)
3971 VILLA AVENUE
CLEAR LAKE, CA, 95422-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  MOORE JORDAN (PRO SE)
2118 CENTURY BLVD
LOS ANGELES, CA, 90047-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:   MORGAN JOHN (PRO SE)
      917 OPAL LANE
      RIPON, CA, 95366-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To: NORWOOD ERNEST (PRO SE)
625 BROOKS ST
CROWLEY, TX, 76036-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



## AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  PARKER JOHN (PRO SE)
2441 CONNIE DR.
CANYON LAKE, TX, 78133-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To: PARKER GEOFFREY (PRO SE)
302 WHITE HEAVEN DR
KINGSPORT, TN, 37660-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  PAXIAO KATHY (PRO SE)
     4800 AUBURN FOLSOM RD #99
     LOOMIS, CA, 95650-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  PAYNE KATHY (PRO SE)
     5100 BLUFFTOWN HIGHWAY
     TALLAHASSEE, FL, 32304-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  PAYTON KEITH (PRO SE)
     3002 BRUNSWICK LN
     GREENVILLE, NC, 27834-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  PERRET JOE (PRO SE)
     5069 F ST.
     CHINO, CA, 91710-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  PERRY KENNETH (PRO SE)
PO BOX 7692
MARINO VALLEY, CA, 92552-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  PETTIT MARCUS (PRO SE)
     45465 25RD ST E
     LANCASTER, CA, 98535-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  PHARES JENNIFER (PRO SE)
     904 FM 686
     DAYTON, TX, 77535-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:   PITRE LARRY (PRO SE)
      10925
      STUDIO CITY, CA, 91604-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  POORE JESSE (PRO SE)
     1081 SOMERSET ST
     PORT CHARLOTTE, FL, 33952-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To: POPPS JOSEPH (PRO SE)
5431 NE 35TH ST LOT 17
SLIVER SPRING, FL, 34488-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  PRESTON KRISTOPHER (PRO SE)
156100 BLACK MEADOW RD
PARKERDAM, CA, 92267-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  PUGH DONALD (PRO SE)
808 E MONTGOMERY ST.
MARIETTA, OH, 45750-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To: REID JUDY (PRO SE)
589 OLD AUGUSTA RD.
PLUM BRANCH, SC, 29845-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  RICE JAMES (PRO SE)
     1716 W 60TH PLACE
     LOS ANGELES, CA, 90047-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  ROBINSON ISABEL (PRO SE)
     5070 LAKE VILLAGE LOT 16
     SAN ANTONIO, TX, 78223-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  ROBINSON LAMUNA (PRO SE)
1208 WEST 81ST PLACE
LOS ANGELES, CA, 90044-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  ROBINSON LEON (PRO SE)
330 NW 19TH ST
MIAMI, FL, 33136-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:   ROBINSON LUCILLE (PRO SE)
      1811 TERMINO AVENUE APT.
      LONG BEACH, CA, 90815-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov

AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  RODRIGUEZ JOSE (PRO SE)
42 PINKROW
UNCASVILLE, CT, 06382-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  ROMO FRANK (PRO SE)
2263 DICKERMAN PL.
POMONA, CA, 91766-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov

AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  ROUSH JANICE (PRO SE)
     12141 JEROME ST
     SUN VALLEY, CA, 91352-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  RUGG ERIC (PRO SE)
463 HART ST.
DIGHTON, MA, 02715-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  SANCHEZ JUAN (PRO SE)
6701 PRISCILLA LANE
LAKE WORTH BEA, FL, 33463-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  SERTILE FRIENDLEY (PRO SE)
6701 PRISCILLA LANE
LAKE WORTH BEA, FL, 33463-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  SILVERNAIL EDWARD (PRO SE)
     WESTBRIDGE
     CATSKILL, NY, 12414-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov

AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  SMITH MARILYN (PRO SE)
     689 GOLDENROD ST
     HEMET, CA, 92545-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To: SOUTHERN GILMER (PRO SE)
1509 OAK ST
GREENSBORO, NC, 27403-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  STAGNER LOYLE (PRO SE)
     1521 ARON DR
     BESSEMER, AL, 35022-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  STAPLETON LLOYD (PRO SE)
     3710 SAYERS ST
     HOUSTON, TX, 77026-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  STOKES MARCUS (PRO SE)
337 EAST UNIVERSITY AVE
LAFAYETTE, LA, 70503-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To: SUMRALL LAURIE (PRO SE)
4200 TREVOR LANE
HEMET, CA, 92544-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  TATE KAWAINE (PRO SE)
     1443 W 179TH ST
     GARDENA, CA, 90248-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov

AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  THOMPSON JUSTIN (PRO SE)
     525 PARKHILL ST
     COLUSA, CA, 95932-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  THOMPSON LASHAUNDRA (PRO SE)
2211 34TH STREET NORTH
TEXAS CITY, TX, 77598-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  TURNER LUIS (PRO SE)
26871 SUN CITY BLVD
MENIFEE, CA, 92586-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  VAZQUEZ JESUS (PRO SE)
2827 EMPIRE PL
SANFORD, FL, 32773-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  VIGNES EARL (PRO SE)
6710 WOODROW
TEXAS CITY, TX, 77591-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov

AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To: VIGUIE GEESJI (PRO SE)
315 MONTECITO PL
POINCIANA, FL, 34759-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  VILLAGRANA KATHLEEN (PRO SE)
56 EAST 6100 SOUTH
MURRAY, UT, 84107-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  WALSBURG GARY (PRO SE)
4565 MARSHALL ROAD
BROOKSTON, MN, 55711-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  WALTON GERALD (PRO SE)
45 BALL ST
NEWNAN, GA, 30263-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  WEBSTER JEFFREY (PRO SE)
7102 21ST ST
WEST MINSTER, CA, 92683-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  WEISS HERBERT (PRO SE)
179 CALIFORNIA PLACE NORT
ISLAND PARK, NY, 11558-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  WELLS MAE (PRO SE)
     148 BELLEFORD RIDGE RD.
     COLUMBIA, SC, 29223-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov

AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  WEST LAWRENCE (PRO SE)
3905 WEST HILLSDALE COURT
VISALIA, CA, 93291-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:   WHITE JUANAKEE (PRO SE)
      686 LEE RD 315
      SMITH STATION, AL, 36877-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov

AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  WIEBEL JOHN (PRO SE)
     4026 WEST GEORGIA RD
     PELVER, SC, 29669-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  WILLIAMS ERIC (PRO SE)
     1530 S GRAMERCY
     LOS ANGELES, CA, 90019-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  WILLIAMS LISA (PRO SE)
     SPOT 2100 DELSBURG DR
     DAYTON, OH, 45459-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To: WINDSOR LORETTA (PRO SE)
P0 2178
ALBERTVILLE, AL, 35950-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  WISE HAROLD (PRO SE)
2210 ASCOT ST
CORONA, CA, 92879-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  WOOD KAY (PRO SE)
     131 MEADOW WAY
     PARIS, TN, 38242-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov

AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  WORTHY LORRAINE (PRO SE)
160 BRECKENRIDGE CT
FLORENCE, AL, 35630-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  WRIGHT JOHNNY (PRO SE)
160 BRECKENRIDGE CT
FLORENCE, AL, 35630-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  YELVERTON MARIA (PRO SE)
    1013 FILLMORE ST
    PHILADELPHIA, PA, 19124-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  YOUNG JOHN (PRO SE)
     33219 WOODTON CT
     FULSHER, TX, 75441-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



## AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To: AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION TR (I
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE, 19801-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  3M COMPANY C/O CORPORATION SERVICE COMPANY (PRO SE
251 LITTLE FALLS DRIVE
WILMINGTON, NE, DE, 19808-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  AMEREX CORPORATION C/O JAMES M. PROCTOR II (PRO SE)
2900 HIGHWAY 280
SUITE 300
BIRMINGHAM, AL, 35223-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  ARCHROMA U.S. INC. C/O THE CORPORATION TRUST COMPA (
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE, 19801-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov

AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  ARKEMA INC (PRO SE)
     900 FIRST AVENUE
     KING OF PRUSSI, PA, 19406-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  BASF CORPORATION C/O THE CORPORATION TRUST COMPAN
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE, 19801-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



**AlaFile E-Notice**

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  BUCKEYE FIRE EQUIPMENT COMPANY C/O A HAON CORPORA`
29225 CHAGRIN BLVD
SUITE 350
PEPPER PIKE, OH, 44122-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  CARRIER GLOBAL CORPORATION C/O THE CORPORATION TRL
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE, 19801-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**

**Corresponding To**

CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  CHEMDESIGN PRODUCTS INC. C/O CORPORATION SERVICE C
251 LITTLE FALLS DRIVE
WILMINGTON, NE, DE, 19808-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To: CHEMGUARD INC. C/O THE PRENTICE-HALL CORPORATION S (
251 LITTLE FALLS DRIVE
WILMINGTON, NE, DE, 19808-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  CHEMICALS, INC. C/O ASHOK K. MOZA (PRO SE)
     12321 HATCHERVILLE ROAD
     BAYTOWN, TX, 77520-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  CHEMOURS COMPANY FC, LLC C/O THE CORPORATION TRUS
     CORPORATION TRUST CENTER
     1209 ORANGE STREET
     WILMINGTON, DE, 19801-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  CHUBB FIRE, LTD C/O THE CORPORATION TRUST COMPANY (F
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE, 19801-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  CLARIANT CORPORATION C/O CORPORATION SERVICE COMP,
8040 EXCELSIOR DRIVE, SUI
MADISON, WI, 53717-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



## AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  CORTEVA, INC. C/O THE CORPORATION TRUST COMPANY (PRO
     CORPORATION TRUST CENTER
     1209 ORANGE STREET
     WILMINGTON, DE, 19801-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  DAIKIN AMERICA, INC. C/O THE CORPORATION TRUST COM (PF
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE, 19801-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  DEEPWATER CHEMICALS, INC (PRO SE)
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE, 19801-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  DUPONT DE NEMOURS, INC. C/O THE CORPORATION TRUST (F
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE, 19801-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  DYNAX CORPORATION C/O CORPORATE SYSTEMS LLC (PRO S
3500 S DUPONT HIGHWAY
DOVER, DE, 19901-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  E.I. DUPONT DE NEMOURS AND COMPANY C/O THE CORPOR (I
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE, 19801-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  JOHNSON CONTROLS, INC. C/O CORPORATION TRUST COMPA
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE, 19801-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  KIDDE P.L.C. C/O THE CORPORATION TRUST COMPANY (PRO S
1209 ORANGE STREET
WILMINGTON, DE, 19801-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  NATION FORD CHEMICAL COMPANY C/O JOHN A. DICKSON, (PI
2300 BANK STREET
FORT MILLS, SC, 29715-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To: NATIONAL FOAM, INC. C/O THE CORPORATION TRUST COMP (F
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE, 19801-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**

**Corresponding To**

CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



## AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  PERIMETER SOLUTIONS, LP C/O THE CORPORATION TRUST (P
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE, 19801-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To: THE CHEMOURS COMPANY C/O THE CORPORATION TRUST CC
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE, 19801-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  TYCO FIRE PRODUCTS LP C/O THE CORPORATION TRUST CO
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE, 19801-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  UNITED TECHNOLOGIES CORPORATION C/O THE CORPORATION
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE, 19801-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



## AlaFile E-Notice

01-CV-2025-903180.00

Judge: MONICA Y. AGEE

To:  UTC FIRE & SECURITY AMERICANS CORPORATION, INC. C (PR(
157020 BRIXHAM HILL AVE
#300
CHARLOTTE, NC, 28277-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLA ALEXANDER V. AGC CHEMICALS AMERICAS INC. C/O THE CORPORATION
01-CV-2025-903180.00

The following matter was served on 8/20/2025

**D002 3M COMPANY C/O CORPORATION SERVICE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov